THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA, ex rel.
Cori Rigsby, et al.,

      Plaintiff,

v.

STATE FARM INS. CO., et al.

      Defendants.

Civil Action No. 1:06cv433WJG

FILED UNDER SEAL

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 5 2006
J.T. NOBLIN, CLERK
By _____ Deputy

### UNITED STATES' UNOPPOSED EX PARTE APPLICATION FOR A SIX-MONTH EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE

For the reasons set forth in the accompanying Memorandum of Points and Authorities, the United States of America respectfully requests an ex parte order under the False Claims Act, as amended, 31 U.S.C. § 3730(b)(3), for an extension until January 3, 2007 of its period in which to notify the Court of its decision regarding intervention in the above-captioned False Claims Act qui tam action. The intervention deadline is currently July 3, 2006, based on service of process having been completed as to the United States Attorney General as of May 3, 2006. This is the first extension request that the United States has made in this case. The United States further requests that the Complaint and other related filings remain under seal during this time. Relators, through counsel, have informed the Government that they concur in this request.

As set forth in the accompanying Memorandum of Points and Authorities, the United States has been investigating this matter diligently, but needs more time to complete its investigation. An extension of time will enable the Government to make an informed decision as to whether to take over this action pursuant to 31 U.S.C. § 3730(b)(4).

Accordingly, the Government asks that it be given until January 3, 2007, to complete its investigation before it decides whether to intervene in this case and during which time the complaint and other related pleadings will remain under seal.

3

                                                    Respectfully submitted,

                                                    Dunn O. Lampton
                                                    United States Attorney
                                                    Southern District of Mississippi

Dated: July 3, 2006                            */s/ Felicia Adams*
                                                    FELICIA ADAMS
                                                    Assistant United States Attorney
                                                    188 East Capitol Street, Suite 500
                                                    Jackson, MS 39201
                                                    Telephone: (601) 965-4480
                                                    Fax: (601) 965-4409

                                                    */s/ Jay D. Majors*
                                                    MICHAEL F. HERTZ
                                                    PATRICIA R. DAVIS
                                                    JAY D. MAJORS
                                                    Attorneys, Department of Justice
                                                    Civil Division
                                                    Post Office Box 261
                                                    Ben Franklin Station
                                                    Washington, DC 20044
                                                    Tel: (202) 307-0264
                                                    Fax: (202) 514-0280