UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CORI RIGSBY**                                                                                              **PLAINTIFF**

**V.**                                                                        **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**                              **DEFENDANTS**

**ORDER GRANTING EXTENSION OF TIME
TO CONSIDER ELECTION TO INTERVENE**

Upon due consideration of the unopposed motion [3] of the United States of America for an extension of time to consider its option of electing whether to intervene in this action, it is hereby

**ORDERED**

That the motion [3] for an extension of time to consider election of intervention is hereby **GRANTED**; and

The time within which to make this election is hereby **EXTENDED** to February 5, 2007.

Decided this the 7th day of December, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge