UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA
EX REL. CORI RIGSBY AND KERRI RIGSBY                    PLAINTIFFS

VERSUS                          CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM INSURANCE COMPANY, ET AL                     DEFENDANTS

### ORDER FOR PARTIAL LIFTING OF THE SEAL

Comes now the Court, and having been apprised of the facts and the need to partially lift the seal of this sealed case, the Court now orders:

Permission is granted to disclose the existence of this case to Judge William M. Acker, Jr., and any other judicial or court officer who is or may be assigned to Case # 2:06-cv-01752-WMA, in the United States District Court for the Northern District of Alabama.

SO ORDERED, this the 10th day of January, 2007.

UNITED STATES MAGISTRATE JUDGE