THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      JAN 1 1 2007
    J.T. NOBLIN, CLERK
BY_____DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Cori Rigsby, et al., | )<br>)<br>) |
| Plaintiff, | )<br>) Civil No. 1:06cv433WJG-JMR |
| v. | )<br>) |
| STATE FARM INS. CO., et al. | ) FILED UNDER SEAL<br>) |
| Defendants. | )<br>) |

UNITED STATES' UNOPPOSED EX PARTE APPLICATION NUNC PRO TUNC
FOR A SECOND SIX-MONTH EXTENSION OF TIME
TO CONSIDER ELECTION TO INTERVENE

For the reasons set forth in the accompanying Memorandum of Points and Authorities, the United States of America respectfully requests an ex parte order under the False Claims Act, as amended, 31 U.S.C. § 3730(b)(3), for an extension nunc pro tunc from January 3, 2007 to July 3, 2007, of its period in which to notify the Court of its decision regarding intervention in the above-captioned False Claims Act qui tam action. The intervention deadline is currently January 3, 2007.[1] This is the second extension request that the United States has made in this case. The United States further requests that the Complaint and other related filings remain under seal during this time. Relators, through counsel, have informed the Government that they concur in this request.

As set forth in the accompanying Memorandum of Points and Authorities, the United States has been investigating this matter diligently, but needs more time to complete its investigation. An extension of time will enable the Government to make an informed decision as to whether to take over this action pursuant to 31 U.S.C. § 3730(b)(4).

---

[1] Counsel for the United States apologizes to the Court for the untimeliness of this filing. The undersigned Trial Attorney assigned by the Department of Justice inadvertently recorded the extension deadline as January 15, 2007, due to confusion with another case.

Accordingly, the Government asks that it be given until July 3, 2007, to complete its investigation before it decides whether to intervene in this case and during which time the complaint and other related pleadings will remain under seal.

Respectfully submitted,

Dunn O. Lampton
United States Attorney
Southern District of Mississippi

Dated: January 10, 2007

*Felicia Adams* (signature)

FELICIA ADAMS
Assistant United States Attorney
188 East Capitol Street, Suite 500
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409

MICHAEL F. HERTZ
PATRICIA R. DAVIS
JAY D. MAJORS
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0264
Fax: (202) 514-0280

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Ex Parte Unopposed Application *Nunc Pro Tunc* for a Second Six-month Extension of Time to Consider Election to Intervene has been sent via United States Mail, to the party noted below, on January 10, 2007. The Memorandum in support of that application and proposed Order have not been served upon the party noted below, because that pleading refers to details of the Government's investigation of this case.

Counsel for Relators

    Sidney A. Backstrom, Esq.
    Scruggs Law Firm
    Post Office Box 1136
    Oxford, MS 38655

/s/ Felicia Adams
FELICIA ADAMS
Assistant United States Attorney