THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



FILED
JAN 19 2007

UNITED STATES OF AMERICA, ex rel.
CORI RIGSBY, et al.

    Plaintiff,

v.

STATE FARM INS. CO., et al.

    Defendants.

Civil No. 1:06cv433LTS-RHW

FILED UNDER SEAL

### [PROPOSED] ORDER

Upon consideration of the United States' unopposed ex parte motion, pursuant to the False Claims Act, 31 U.S.C. §3730(b)(3), for a six-month extension of time, *nunc pro tunc* from January 3, 2007 to and including July 3, 2007, in which to determine whether or not to intervene in the above-captioned action and during which the complaint and other filings shall remain under seal, it is hereby

**ORDERED** *nunc pro tunc* that the United States shall have until and including July 3, 2007 to intervene in the above-captioned action or to notify the Court that it declines to do so; and

**FURTHER ORDERED** *nunc pro tunc* that the complaint and all other filings shall remain under seal until and including July 3, 2007, unless the United States requests that the seal be lifted prior to that date.

                                              UNITED STATES MAGISTRATE JUDGE

Dated: 1-19-07

10