THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY - 9 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>Cori Rigsby, et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM INS. CO., et al.<br><br>　　　　　Defendants. | Civil No. 1:06cv433WJG-JMR<br><br>**FILED UNDER SEAL<br>AND IN CAMERA** |

### UNITED STATES' EX PARTE APPLICATION FOR A STAY
### OF CIVIL PROCEEDINGS

The United States of America respectfully petitions this Court for an ex parte order granting a stay of the above-captioned civil proceedings until the completion of a criminal investigation by the United States Attorney's Office for the Southern District of Mississippi. The United States seeks a stay of the civil proceedings in this case to avoid prejudice to an ongoing criminal investigation that is directly related to the allegations in the instant qui tam action. The United States also requests that the Complaint and any documents filed in the above-captioned case remain under seal for the duration of the requested stay. If a stay is granted, the United States will advise the Court and relators every four months as to whether the stay continues to be justified. Relators have represented, through counsel, that so long as the continuing need for a stay is reassessed every four months, they do not object to this application for a stay.

As set forth in the accompanying Memorandum of Points and Authorities, the United States is unable to conduct a thorough investigation into the matters alleged in the qui tam Complaint because of a pending related criminal investigation. Accordingly, the Government requests a stay of all civil proceedings until the criminal investigation has been completed, at which time the United States will promptly notify this Court of the status of this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DUNN O. LAMPTON
United States Attorney
Southern District of Mississippi

By: FELICIA ADAMS
Assistant U.S. Attorney
188 East Capitol Street, Suite 500
Jackson, MS 39201
Phone: (601) 965-4480
Fax: (601) 965-4409

JOYCE R. BRANDA
PATRICIA R. DAVIS
JAY D. MAJORS
Commercial Litigation Branch, Civil Division
United States Department of Justice
601 D Street, N.W.
Washington, D.C. 20004
Phone: (202) 307-0264
Fax:: (202) 514-0280

Dated: May 8, 2007

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Ex Parte Application for a Stay of civil Proceedings and proposed Order have been sent via first-class mail, postage prepaid to the party noted below, on _May 8_, 2007. The Memorandum in support of that application has not been served upon the party noted below, because that pleading refers to details of the Government's investigation of this case.

Counsel for Relators

    Edward D. Robertson, Jr.
    Anthony L. Dewitt
    Mary Doerhoff Winter
    Bartimus, Frickleton, Robertson & Gorny, P.C.
    715 Swifts Highway
    Jefferson City, MO 65109

                                          FELICIA ADAMS
                                          Assistant United States Attorney