UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| SEAL | )<br>)<br>) |
|          Plaintiff, | )<br>) |
| v. | )<br>) |
| SEAL | )<br>) |
|          Defendants. | )<br>)<br>) |

Civil No. 1:06cv433 LTS-RHW ~~WJG-JMR~~

**FILED UNDER SEAL**

**STIPULATION AND [PROPOSED] ORDER**

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Cori Rigsby, et al., | ) ) ) |
| Plaintiff, | ) Civil No. 1:06cv433WJG-JMR ) |
| v. | ) ) **FILED UNDER SEAL** |
| STATE FARM INS. CO., et al. | ) ) |
| Defendants. | ) ) ) |

### STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF UNITED STATES' TIME TO RESPOND TO RELATORS' MOTION TO LIFT THE SEAL

The United States and the Relators have conferred, and the Relators have agreed to the Government's request that the United States have until July 24, 2007 to file its response to Relators' pending Motion To Lift The Seal. The United States respectfully requests this Court's consent thereto.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DUNN O. LAMPTON
United States Attorney
Southern District of Mississippi

Dated: July 9, 2007

_/s/ Felicia Adams_
FELICIA ADAMS
Assistant United States Attorney
188 East Capitol Street, Suite 500
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409

MICHAEL F. HERTZ
PATRICIA R. DAVIS
JAY D. MAJORS
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0264
Fax: (202) 514-0280

SO ORDERED.  7/11/07          _____
                              UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation and [Proposed] Order has been sent via first-class mail, postage prepaid, to the party noted below:

Counsel for Relators

Edward D. Robertson, Jr.
Anthony L. Dewitt
Mary Doerhoff Winter
Bartimus, Frickleton, Robertson & Gorny, P.C.
715 Swifts Highway
Jefferson City, MO 65109

This, the 9th day of July, 2006.

FELICIA C. ADAMS
Assistant United States Attorney