THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 27 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Cori Rigsby, et al., | ) ) ) |
| Plaintiff, | ) Civil No. 1:06cv433WJG-JMR ) |
| v. | ) ) FILED UNDER SEAL |
| STATE FARM INS. CO., et al. | ) ) |
| Defendants. | ) |

UNITED STATES' EX PARTE APPLICATION
FOR PARTIAL LIFTING OF THE SEAL

The United States of America respectfully applies to this Court for a partial lifting of the seal in this case for the limited purpose of disclosing the complaint to the Court and, through counsel, the Relator in *United States ex rel. Branch Consultants LLC v. Allstate Ins. Co.*, Civ. No. 2:06-4091 (Eastern District of Louisiana) ("Louisiana Qui Tam"). The complaint in this later-filed case alleges violations of the False Claims Act, some of which are substantially the same as contained in the instant case. The Louisiana Qui Tam is no longer under seal and is publicly available.

The basis for the Government's application is contained in the memorandum of points and authorities in support of the application for partial unsealing of the complaint, which is filed herewith. A proposed order is also submitted for the Court's convenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DUNN O. LAMPTON
United States Attorney
Southern District of Mississippi

Dated: July 25, 2007

/s/ Felicia Adams
FELICIA ADAMS
Assistant United States Attorney
188 East Capitol Street, Suite 500
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409

JOYCE R. BRANDA
PATRICIA R. DAVIS
JAY D. MAJORS
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0264
Fax: (202) 514-0280

## CERTIFICATE OF SERVICE AND NO SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Ex Parte Application for Partial Lifting of the Seal, the Memorandum in support of that application, and proposed Order have been sent via U.S. Mail, first-class, postage pre-paid, to the party noted below, on July 25, 2007.

Counsel for Relators

Edward D. Robertson, Jr.
Anthony L. Dewitt
Mary Doerhoff Winter
Bartimus, Frickleton, Robertson & Gorny, P.C.
715 Swifts Highway
Jefferson City, MO 65109

FELICIA ADAMS