UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SEALED | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:06CV433-LTS-RHW |
| SEALED | DEFENDANTS |

### ORDER UNSEALING CASE

Before the Court is Relators' Motion to Unseal the case. This lawsuit was filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730. The United States of America, through the U.S. Attorney's Office, has not decided yet whether to intervene in the action. The Government has filed a Motion for Partial Lifting of the Seal. The Government argues against a full lifting of the seal because it would "compromise the Government's ability to conduct an adequate civil investigation of this case." The Government gives no explanation for how the investigation would be compromised by unsealing the case.

The Court has reviewed the pleadings and finds that Relators' Motion to Unseal should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Relators'' Motion to Unseal is Granted, and the clerk of court is directed to unseal the case in its entirety.

IT IS FURTHER ORDERED that discovery is stayed until further order of the Court.

SO ORDERED, this the 1st day of August, 2007.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE