UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


CORI RIGSBY and
KERRI RIGSBY                                                                    PLAINTIFFS


VERSUS                                             CIVIL ACTION NO. 1:06CV433-LTS-RHW


STATE FARM INSURANCE COMPANY, et al                          DEFENDANTS


## ORDER

Before the Court are the Government's [9] Motion for Extension of Time to Consider

Election to Intervene, Plaintiffs' [18] Motion for Revocation of Consent to Stay of Civil

Proceedings, and the Government's [23] Motion for Partial Lifting of the Seal.

The relief sought in the Government's [9] Motion for Extension was granted by Court

[10] Order on January 19, 2007.  Since then, the Government has requested an extension until

January 31, 2008, to intervene.  The Court also entered an [25] Order lifting the seal of the entire

case, thereby rendering moot the Government's [23] Motion for Partial Lifting of the Seal.  The

Court further ordered that discovery is stayed pending further direction of the Court;  therefore,

the stay order entered in this case remains in effect at this time.  Thus, Plaintiffs' [18] Motion for

Revocation of Consent to Stay is also moot.

IT IS THEREFORE ORDERED AND ADJUDGED that the [9] Motion for Extension,

[18] Motion for Revocation, and [23] Motion for Partial Lifting of the Seal are found to be

MOOT.

IT IS FURTHER ORDERED that the Government shall have until **January 31, 2008**, to

intervene in the above-captioned action or to notify the Court that it declines to do so.

SO ORDERED, this the 7th day of August, 2007.

s/  *Robert H. Walker*

UNITED STATES MAGISTRATE JUDGE