State Farm and Renfroe Cases

McIntosh v. State Farm        (1:06-cv-1080)
Shows v. Forensic, et al.,    (1:07-cv-709)

There are 177 other civil cases pending against State Farm that do not have Case Management Orders entered, and hence, are not currently in discovery.