**From:** Majors, Jay (CIV) [Jay.Majors@usdoj.gov]
**Sent:** Friday, April 13, 2007 2:28 PM
**To:** Anthony L. DeWitt
**Subject:** RE: Supplemental Disclosure

I meant to email you yesterday to acknowledge receipt of these. Thanks very much.

-- Jay

---

**From:** Anthony L. DeWitt [mailto:aldewitt@sprintmail.com]
**Sent:** Wednesday, April 11, 2007 5:27 PM
**To:** Majors, Jay (CIV)
**Subject:** Supplemental Disclosure

Jay:

These emails are evidence of State Farm's work with the engineers to falsify their reports. Read through these and feel free to pass them on to the criminal side.

Regards,

t