THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u> Cori Rigsby, et al., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM INS. CO., et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 1:06cv433WJG-JMR <br><br> FILED UNDER SEAL |

**UNITED STATES' UNOPPOSED APPLICATION
FOR A SEVEN-DAY EXTENSION OF TIME TO RESPOND TO RELATORS' MOTION
TO LIFT THE STAY OF DISCOVERY AND AUTHORIZE SERVICE OF COMPLAINT**

The United States of America respectfully requests a seven-day extension of its period in which to file its response to Relators' Motion To Lift the Stay of Discovery and Authorize Service of Complaint. Currently, the Government's response is due October 24, 2007, and this extension would set a new due date of October 31, 2007. Relators, through counsel, have informed the Government that they do not object to this request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Principal Deputy
Assistant Attorney General

DUNN O. LAMPTON
United States Attorney
Southern District of Mississippi

Dated: October 22, 2007

*s/Felicia C. Adams*
FELICIA C. ADAMS
Assistant United States Attorney
188 East Capitol Street, Suite 500
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409
MS Bar No. 1049

JOYCE R. BRANDA

          PATRICIA R. DAVIS
          JAY D. MAJORS
          Attorneys, Department of Justice
          Civil Division
          Post Office Box 261
          Ben Franklin Station
          Washington, DC  20044
          Tel:  (202) 307-0264
          Fax:  (202) 514-0280

## **CERTIFICATE OF SERVICE**

I, FELICIA C. ADAMS, hereby certify that on this date I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel for Relators

Edward D. Robertson, Jr.
Anthony L. Dewitt
Mary Doerhoff Winter
Bartimus, Frickleton, Robertson & Gorny, P.C.
715 Swifts Highway
Jefferson City, MO 65109

          *s/Felicia C. Adams*
          FELICIA C. ADAMS
          ASSISTANT UNITED STATES ATTORNEY