THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>Cori Rigsby, et al., | )<br>)<br>) | |
| Plaintiff, | ) | Civil No. 1:06cv433-LTS-RHW |
| | ) | |
| v. | )<br>) | |
| STATE FARM INS. CO., et al. | )<br>) | |
| Defendants. | )<br>) | |

# **ORDER**

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The Amended Complaint be served upon the defendants by the relators within 60 days;

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

3. All orders of this Court will be sent to the United States; and that

4. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 7th day of February, 2008.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE