THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>Cori Rigsby, et al.,<br><br>       Plaintiff,<br><br>v.<br><br>STATE FARM INS. CO., et al.<br><br>       Defendants. | Case No. 1:06-CV-433-LTS-RHW |

ORDER

Comes Now the Court, being duly apprised of the need to amend for purposes of service of process, and hereby grants Relators motion to amend to change Exponent Failure Analysis to Exponent, Inc., in the First Amended Complaint.

                                                        s/ *Robert H. Walker*
                                                        Magistrate Judge