AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Mississippi_____

United States of America ex rel.
Cori Rigsby, and Kerri Rigsby,
    Relators,

**SUMMONS IN A CIVIL CASE**

V.

State Farm Mutual Insurance Co.,
Forensic Analysis Engineering Corp.,
Exponent Failure Analysis,
Haag Engineering Co.,
Jade Engineering,
Rimkus Consulting Group Inc.,
Structures Group,
E.A. Renfroe, Inc.,
Jana Renfroe,
Gene Renfroe, Alexis King

CASE NUMBER: 1:06-cv-00433-LTS-RHW

TO: (Name and address of Defendant)

Forensic Analysis Engineering Corp.
registered agent
Robert K. Kochan
5301 Capital Blvd., Suite A
Raleigh, NC 27616-2956

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony L. DeWitt
Bartimus Frickleton Robertson & Gorny
715 Swifts Highway
Jefferson City, MO 65109
573-659-4454
aldewitt@sprintmail.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN
CLERK

3/13/08
DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)*  *certified mail* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                 *Signature of Server*

                                  _____
                                  *Address of Server*

*Return to Plaintiff's attorney*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.