

**THE WORLEY COMPANIES**
RISK MANAGEMENT SERVICES

Remit To:
The Worley Companies
Post Office Box 249
Hammond, LA, 70404
(504) 887-6685 FAX:(504) 887-6735
Federal Identification No. 72-0792115

# INVOICE
No.240189943

DATE: 09/24/2005

**STATE FARM / CAT CODE:PL**

ADJUSTER NO./NAME: 2864 , Christina (Christy) Sims

LOCATION: bilouxi   Event No: 534   INSURED NAME: terri mullins

RISK LOCATION: 6057 Pine tree dr   CLAIM NO: 24Z-456-029

BILLING TYPE: INTERIM ☐  FINAL ☑  SUPPLEMENTAL ☐   POLICY NO: 96-ct-5147-5

| SEVERITY CODE: | 1 | (2) | 3 | | | |
|---|---|---|---|---|---|---|
| DUPLICATE CLAIM SET-UP | | N/A | $10 | ALE | $50 | N/A |
| CLAIM WITHDRAWN-NO INSPECTION | | N/A | $40 | OUT BUILDINGS ___ @40 | | N/A |
| BASE FEE | | ($170) | $160 | STEEP CHARGE 7/12 OR GREATER ___ @30 | | N/A |
| NO CLAIMS | | N/A | $140 | 2 STORY OR DOUBLE PULL ___ @30 | | N/A |
| FENCE ONLY | | N/A | $140 | MORE THAN 50 SQUARES ___ @30 | | N/A |
| CONTENTS ONLY | | N/A | $140 | ADDITIONAL CONTS: $5,000-$10,000 = $115; $10,001-$14,999 = $140; $15,000 & > USE % FEE | | N/A |
| COV A EXTERIOR | | ($65) | $50 | ADDITIONAL BASE AT 90 | | N/A |
| COV A FRAMING | | ($75) | N/A | GROSS AMOUNT OF LOSS | | |
| COV A INTERIOR | | ($100) | $50 | FEE BILLING % | | |
| WOOD, SLATE, TILE, OR CON. ROOF | | $75 | $75 | SERVICES | | $430.00 |
| ROPE & HARNESS | | $150 | $150 | EXPENSES | | $2.00 |
| | | | | TAX: STATE/AMOUNT | MS / | |

SEVERITY 1 & SEVERITY 2 OVER $14,999.99
$15,000-$30,000...3.8%  $30,001-$50,000...3.5%(MIN $1,140)
$50,001-$75,000...3.0%(MIN $1,750)  $75,001-AND UP...2.6%(MIN $2,250)

**TOTAL INVOICE**  $432.00

**Expense Explanation:** Default Cell Expense

Rayna Lynch
OIL BB
10/6/05


EXHIBIT
11

RDU-24-Z456-029
100010