UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
**EX REL. CORI RIGSBY and KERRI RIGSBY**                                    **RELATORS**

**V.**                                                        **CIVIL ACTION NO.1:06CV0433 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**                          **DEFENDANTS**

ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That State Farm Fire & Casualty Company's motion [103] to disqualify plaintiffs' counsel, Bartimus, Frickleton, Robertson & Gorny, PC and Bartle, Marcus & Graves, PC, from further participation in this action is **GRANTED**.

The disqualified attorneys shall furnish a copy of this order to the relators, and the relators are allowed a period of forty-five days from the date of this order to either retain new counsel or notify the Court of their intention to proceed *pro se.*

**SO ORDERED**  this 19th day of May, 2006.

                                                   s/ L. T. Senter, Jr.
                                                   L. T. SENTER, JR.
                                                   SENIOR JUDGE