UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
MISSISSIPPI SOUTHERN DIVISION

**UNITED STATES OF AMERICA**  **RELATORS**
**EX REL. CORI RIGSBY and KERRI RIGSBY**

**V.**  **CIVIL ACTION NO.1:06CV0433 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**  **DEFENDANTS**

**OPINION SETTING TIME FOR RELATORS TO RETAIN COUNSEL OR
TO NOTIFY THE COURT THAT THEY WILL PROCEED *PRO SE* and
EXTENDING DEADLINES TO RESPOND TO PENDING MOTIONS**

The Court has before it the following motions:

1.  The motion [58] of Relators Cori and Kerri Rigsby (the Relators or the Rigsby sisters) entitled "Consent Motion to Dismiss the Complaint Against Defendants Nationwide, USAA, and Allstate."  The United States of America has formally consented [63] to this motion, and it will be granted.

2.  Defendant State Farm Mutual Insurance Company's (SFM) motions [91] [98] to dismiss and its motion [96] for summary judgment.  Haag Engineering Company (Haag) has joined [109] in SGM's motion [98] to dismiss.  Rimkus Consulting Group, Inc. (Rimkus) has joined [111] [112] in SGM's motions [91] [98] to dismiss. Defendant Structures Group (Structures) has joined [143] [144] in SGM's motions [91] [98] to dismiss.  Defendant Jade Engineering (Jade) has joined in SGM's motions [91] [98]. Exponent, Inc. (Exponent), has twice joined [155] [162] SGM's motion [91] to dismiss.

3.  Haag's motions [106] and [108] to dismiss.

4.  Defendant E. A. Renfroe, Inc.'s, motion [115] to dismiss.

5.  Exponent's motion [156] to dismiss.

6.  Jade's motions [160] [161] to dismiss.

7.  Relators' motion [163] to clarify the Court's ruling of April 10, 2008.  This motion will be granted.

8.  Defendants Gene Renfroe and Jana Renfroe's motion [179] to dismiss.

9.  Defendants Gene Renfroe and Jana Renfroe and E. A. Renfroe Inc.'s motion [181] for summary judgment.

The deadlines for responses to these motions was suspended by text order entered on April 10, 2008.  By order entered May 19, 2008, the Relators' former attorneys were disqualified, and, by order entered separately this day, the Relators' motion for reconsideration of the order of disqualification has been denied.  Thus, at this juncture Relators are appearing *pro se.*

I will allow a period of forty-five days from the date of this order during which the Relators must notify the Court of their having retained new counsel or of their intention to proceed *pro se.*  Notification may be given by entry of the appearance of new counsel for the Relators.  At the close of this period, a briefing schedule will be entered for resolution of the pending motions identified above.  The deadlines for responding to all of the motions identified above will be extended pending the appearance of new counsel for the Relators and the entry of a new briefing schedule.

An appropriate order will be entered.

**DECIDED** this 16th day of June, 2008.

            s/ L. T. Senter, Jr.
            L. T. SENTER,
            JR. SENIOR
            JUDGE