IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. CORI RIGSBY AND KERRY RIGSBY | RELATORS |
| VERSUS | CIVIL ACTION NO. 1:06CV00433-LTS-RHW |
| STATE FARM INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY, USAA INSURANCE COMPANY, FORENSIC ANALYSIS ENGINEERING CORPORATION, EXPONENT FAILURE ANALYSIS, HAAG ENGINEERING CO., JADE ENGINEERING, RIMKUS CONSULTING COMPANY INC., And STRUCTURES GROUP | DEFENDANTS |

**NOTICE OF APPEARANCE**

Please take notice that Robert D. Gholson, of the firm Gholson Burson Entrekin & Orr, P.A., 535 North 5th Avenue, P. O. Box 1289, Laurel, Mississippi, 39441-1289, enters his appearance as counsel to represent the interests of Forensic Analysis Engineering Corporation, in the above mentioned matter.

The undersigned requests that his name referenced above be placed on the certificate of service and that all motions, notices, pleadings and discovery documents in the matter be served on him as attorney of record for said defendants.

This the 6th day of November, 2008.

Respectfully submitted,

**FORENSIC ANALYSIS ENGINEERING CORPORATION**

BY: s/Robert D. Gholson

<u>OF COUNSEL</u>:

Robert D. Gholson, MS Bar No. 4811
Gholson Burson Entrekin & Orr, P.A.
535 North 5th Avenue (39440)
P. O. Box 1289
Laurel, Mississippi 39441-1289
Telephone: (601) 649-4440
Facsimile: (601) 649-4441
gholson@gbeolaw.com
  **Attorney for Forensic Analysis Engineering Corporation**

## CERTIFICATE OF SERVICE

  I hereby certify that on November 6, 2008, I electronically filed the foregoing with the clerk of the Court using the ECF system, which sent notification of such filing to the following:

Cecil Maison Heidelberg, Esquire
Virginia R. Kennedy, Esquire
MAISON HEIDELBERG, PA
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
Email: maison@heidelbergpa.com
Email: ginny@heidelbergpa.com

August J. Matties, Jr. (PHV)
Benjamin R. Davidson (PHV)
Craig J. Litherland (PHV)
GILBERT RANDOLPH, LLP
1100 New York Ave., NW, Suite 220
Ridgeland, MS 39157
  **ATTORNEYS FOR RELATORS/COUNTER-DEFENDANTS**

Felicia C. Adams, Esquire
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capital Street
Jackson, MS 39201
  **ATTORNEYS FOR THE UNITED STATES**

H. Hunter Twiford, III, Esquire
Stephen F. Schelver, Esquire
 Candy Burnette, Esquire
MCGLINCHEY STAFFORD, PLLC
200 South Lamar Street
Suite 1100, City Centre South (39201)
P. O. Drawer 22949
Jackson, MS 39225-2949

John T. Boese, Esquire (PHV)
Beth C. McClain, Esquire (PHV)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004-2505
  **ATTORNEYS FOR E. A. RENFROE, INC.,**
  **GENE RENFROE, & JANA RENFROE**

Robert C. Galloway, Esquire
Jeffrey A. Walker, Esquire
E. Barney Robinson, III, Esquire
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street, 17th Floor
P. O. Box 22567
Jackson, MS 39225-2567
Email: jeff.walker@butlersnow.com
Email: bob.galloway@butlersnow.com
Email: barney.robinson@butlersnow.com

Michael B. Beers, Esquire (PHV)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
Email: mbeers@beersanderson.com
    **ATTORNEYS FOR STATE FARM INSURANCE COMPANY**

Philip Williams Thomas, Esquire
Philip W. Thomas, P.A.
Post Office Box 24464
Jackson, MS 39225-4464
Email: pthomas@thomasattorney.com
    **ATTORNEY FOR EXPONENT, INC.**

Frank W. Trapp, Esquire
Kelly R. Blackwood, Esquire
PHELPS DUNBAR
P. O. Box 23066
Jackson, MS 39225-3066
Email: trappf@phelps.com
Email: blackwok@phelps.com
    **ATTORNEYS FOR STRUCTURES GROUP**

Larry G. Canada, Esquire
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Email: lcanada@gjtbs.com

Kathryn Beard Platt, Esquire
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1213 31st Avenue
Gulfport, MS 39501
Email: kplatt@gjtbs.com
    **ATTORNEYS FOR HAAG ENGINEERING CO.**

William C. Bell, Esquire
WILLIAM C. BELL, ATTORNEY
P. O. Box 1876
Ridgeland, MS 39157
Email: wcbelllaw@aol.com
    **ATTORNEY FOR JADE ENGINEERING**

James C. Simpson, Jr., Esquire
MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP
2310 19th Street
Gulfport, MS 39501
Email: jsimpson@monbar.com

David A. Ward, Jr. (PHV)
THE WARD LAW FIRM
10003 Woodloch Forest Dr., Suite 100
The Woodlands, TX 77382
Email: ward@dwardlaw.com
    **ATTORNEYS FOR RIMKUS CONSULTING GROUP, INC.**

                                                        s/Robert D. Gholson