UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
**EX REL. CORI RIGSBY and KERRI RIGSBY**                                      **RELATORS**

**V.**                                                           **CIVIL ACTION NO.1:06CV0433 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**                                      **DEFENDANTS**

ORDER

The Court has before it the unopposed motions of the Relators to voluntarily dismiss the following defendants from this action: Rimkus Consulting Group, Inc. [242]; Jade Engineering [243]; Exponent, Inc. [248]; and Structures Group [250].

Dismissal of this action requires the consent of the United States. I will allow the United States sixty days from the date of this order within which it may make any objection it deems proper. If the United States does not file an objection to the dismissal of these defendants, the Relators' motions will be granted on the expiration of this sixty-day period.

Accordingly, it is

**ORDERED**

A copy of this order shall be furnished to the United States Attorney for this district. A period of sixty days from the date of this order shall be allowed within which the United States may file its objection, if any, to the dismissal of these defendants.

If the United States files no objection on or before January 17, 2009, the Relators' motions [242] [243] [248] [250] to dismiss this action as to Rimkus Consulting Group, Inc., Jade Engineering, Exponent, Inc., and Structures Group will be **GRANTED**.

**SO ORDERED**  this 14th day of November, 2008.

                                                                                        s/ L. T. Senter, Jr.
                                                                                        L. T. SENTER, JR.
                                                                                        SENIOR JUDGE