# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
**EX REL. CORI RIGSBY and KERRI RIGSBY**                                       **RELATORS**

**V.**                                       **CIVIL ACTION NO.1:06CV0433 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**                             **DEFENDANTS**

## ORDER

The Court has before it the unopposed motions of the Relators to voluntarily dismiss the following defendants from this action: Rimkus Consulting Group, Inc. [242]; Jade Engineering [243]; Exponent, Inc. [248]; and Structures Group [250].

The United States having consented [257] to this relief, it is hereby

**ORDERED**

That the Relators' motions [242] [243] [248] [250] to dismiss this action as to Rimkus Consulting Group, Inc.; Jade Engineering; Exponent, Inc.; and Structures Group are **GRANTED**.

**SO ORDERED** this 5th day of January, 2009.


                                                  s/ L. T. Senter, Jr.
                                                  L. T. SENTER, JR.
                                                  SENIOR JUDGE