IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                          RELATORS/COUNTER-DEFENDANTS

v.                                                                                  CASE NO. 1:06cv433-LTS-RHW

STATE FARM MUTUAL INSURANCE COMPANY        DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
EXPONENT, INC.; HAAG ENGINEERING CO.;
JADE ENGINEERING; RIMKUS CONSULTING GROUP INC.;
STRUCTURES GROUP; E.A. RENFROE, INC.;
JANA RENFROE; GENE RENFROE; and
ALEXIS KING                                                                              DEFENDANTS

**DEFENDANT/COUNTER-PLAINTIFF
STATE FARM FIRE AND CASUALTY COMPANY'S
COMBINED EXPERT DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's February 12, 2009 Order [261],

Defendant/Counter-plaintiff State Farm Fire and Casualty Company, improperly denominated in the

First Amended Complaint as "State Farm Mutual Insurance Company" ("State Farm"), submits this

Combined Expert Disclosure.

State Farm anticipates calling the following expert witnesses:[1]

> Kurtis R. Gurley, Ph.D.
> Dept. of Civil and Coastal Engineering
> University of Florida
> Post Office Box 116580
> Gainesville, FL 32611

---

[1] As explained in "Defendant/Counter-Plaintiff State Farm Fire and Casualty Company's Combined Disclosure Regarding Mike Ferrier and Report of Mike Ferrier," State Farm reserves the right to offer fact, opinion, mixed fact and opinion, technical or other specialized testimony by Mr. Ferrier at the hearing set to begin on May 20, 2009. State Farm does not concede that any expert designation, report or disclosure is required for Mr. Ferrier's potential testimony, either under the Rules or any Order of this Court.

Dr. Gurley's report containing the information required by Fed. R. Civ. P. 26(a)(2) is attached hereto as collective Exhibit A and is incorporated herein.

> Robert G. Dean, Sc.D.
> Dept. of Civil and Coastal Engineering
> University of Florida
> P.O. Box 116580
> Gainesville, FL 32611

Dr. Dean's report containing the information required by Fed. R. Civ. P. 26(a)(2) is attached hereto as collective Exhibit B and is incorporated herein.

> Mark Watson, P.E., SECB
> Jenkins Engineering, Inc.
> 218 S. Thomas Street
> Suite 209
> Tupelo, Mississippi  38803

Mr. Watson's report containing the information required by Fed. R. Civ. P. 26(a)(2) is attached hereto as collective Exhibit C and is incorporated herein.

> Gary Dailey
> Cornerstone Construction, Inc.
> 1720 Woodside Cr.
> Tupelo, MS  38801

Mr. Dailey's report containing the information required by Fed. R. Civ. P. 26(a)(2) is attached hereto as collective Exhibit D and is incorporated herein.

State Farm reserves the right to call any expert witness listed, designated or called by any other Party.

This the 20th day of April, 2009.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY

By:    s/E. Barney Robinson III (MSB # 09432)
          Robert C. Galloway (MSB # 4388)
          Jeffrey A. Walker (MSB # 6879)
          E. Barney Robinson III (MSB # 09432)
          Benjamin M. Watson (MSB # 100078)

ITS ATTORNEYS

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P) (601) 948-5711
(F) (601) 985-4500
(E) bob.galloway@butlersnow.com
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com

Michael B. Beers (ASB-4992-S80M)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama  36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

3

## CERTIFICATE OF SERVICE

I, E. Barney Robinson III, one of the attorneys for State Farm Fire and Casualty Company, do

hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be

delivered to the following, via the means directed by the Court's ECF System:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
(E) maison@heidlebergpa.com

August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT OSHINSKY LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
(E) matteisa@gilbertoshinsky.com
(E) litherlandc@ gilbertoshinsky.com
(E) davidsonb@ gilbertoshinsky.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409

ATTORNEYS FOR THE UNITED STATES

H. Hunter Twiford III
Stephen F. Schelver
Candy Burnette
MCGLINCHEY STAFFORD, PLLC
Suite 1100, City Centre South
200 South Lamar Street (39201)
P.O. Box 22949
Jackson, MS 39225-2949
(P) (601) 960-8400
(F) (601) 960-8432

John T. Boese
Beth C. McClain
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004-2505
(P) (202) 639-7220

ATTORNEYS FOR DEFENDANTS E.A. RENFROE & COMPANY, INC.,
GENE RENFROE AND JANA RENFROE

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street
Suite 4040
New Orleans, LA 70139
(P) (504) 525-6802
(F) (504) 525-2456

ATTORNEYS FOR HAAG ENGINEERING CO.

5

William C. Bell
WILLIAM C. BELL, ATTORNEY
Post Office Box 1876
Ridgeland, MS 39157
(P) (601) 956-0360

ATTORNEY FOR JADE ENGINEERING

James C. Simpson, Jr.
MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, LLP
2310 19th Street
Gulfport, MS 39501
(P) (228) 863-6534
(F) (228) 367-1084

ATTORNEY FOR RIMKUS CONSULTING GROUP, INC.

Frank W. Trapp
Kelly R. Blackwood
PHELPS DUNBAR, LLP
P.O. Box 23066
Jackson, MS 39225-3066
(P) (601) 352-2300
(F) (601) 360-9777

ATTORNEYS FOR STRUCTURES GROUP

Philip Williams Thomas
PHILIP W. THOMAS, P.A.
Post Office Box 24464
Jackson, MS 39225-4464
(P) (601) 714-5660
(F) (601) 714-5659

ATTORNEY FOR EXPONENT, INC.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441

ATTORNEY FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

This the 20th day of April, 2009.

s/ E. Barney Robinson III (MSB # 09432)
E. Barney Robinson III (MSB # 09432)

Jackson 3870529v.2