IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA ex rel.**     **RELATORS**
**CORI RIGSBY AND KERRI RIGSBY**

**VS**     **CIVIL ACTION NO. 1:06-cv-00433-LTS-RHW**

**STATE FARM MUTUAL INSURANCE**     **DEFENDANTS**
**COMPANY; FORENSIC ANALYSIS**
**ENGINEERING CORPORATION; HAAG**
**ENGINEERING CO.; E. A. RENFROE, INC.;**
**JANA RENFROE; GENE RENFROE; and**
**ALEXIS KING**

## ORDER

The Court has before it the unopposed [285] motion of the Relators to voluntarily dismiss Count V of the Amended Complaint as against defendants E.A. Renfroe & Company, Inc., Gene Renfroe, and Jana Renfroe from this action. Although the [285] motion refers to investigation/intervention by the United States, the Court has been advised that the parties maintain that the government's consent to dismiss this particular count of the Amended Complaint is not necessary.

Accordingly, it is hereby **ORDERED** that the Relators' [285] Motion to Dismiss Count V of the Amended Complaint as to E.A. Renfroe & Company, Inc., Gene Renfroe, and Jana Renfroe is **GRANTED**.

It is further **ORDERED** that all claims asserted against defendants E.A. Renfroe & Company, Inc., Gene Renfroe, and Jana Renfroe under 31 U.S.C. § 3730(h) are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED** this 28th day of April, 2009.

                                               s/ L. T. Senter, Jr.
                                               L. T. SENTER, JR.
                                               SENIOR JUDGE