IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA ex rel.**     **RELATORS**
**CORI RIGSBY AND KERRI RIGSBY**

**VS**     **CIVIL ACTION NO. 1:06-cv-00433-LTS-RHW**

**STATE FARM MUTUAL INSURANCE**     **DEFENDANTS**
**COMPANY; FORENSIC ANALYSIS**
**ENGINEERING CORPORATION; HAAG**
**ENGINEERING CO.; E. A. RENFROE, INC.;**
**JANA RENFROE; GENE RENFROE; and**
**ALEXIS KING**

# ORDER

The Court has before it the [284] motion of the Relators to voluntarily dismiss Counts I through IV as to Defendants E.A. Renfroe & Company, Inc., Gene Renfroe, and Jana Renfroe.

Dismissal of these counts requires the consent of the United States. I will allow the United States fifteen (15) days from the date of this order within which it may make any objection it deems proper. The United States' failure to file an objection to the dismissal of these defendants shall be deemed as consent to the relief requested, and the Relators' [284] motion will be granted upon the expiration of the fifteen-day period in the event no objection is offered..

Accordingly, it is **ORDERED** that a copy of this order shall be furnished to the United States Attorney for this district. A period of fifteen days from the date of this order shall be allowed within which the United States may file its objection, if any, to the dismissal of Counts I through IV as to Defendants E.A. Renfroe & Company, Inc., Gene Renfroe, and Jana Renfroe.

If the United States files no objection on or before the expiration of the fifteen-day period, it will be considered as consent to the relief requested, and the Relators' motion will be granted.

**SO ORDERED** this 28th day of April, 2009.

                                                         s/ L. T. Senter, Jr.
                                                         L. T. SENTER, JR.
                                                         SENIOR JUDGE