UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA
EX REL. CORI RIGSBY and KERRI RIGSBY                             RELATORS

V.                                        CIVIL ACTION NO.1:06CV433 LTS-RHW

STATE FARM INSURANCE COMPANY, ET AL.                             DEFENDANTS

**SUPPLEMENTAL ORDER
SETTING DEADLINE FOR STATE FARM'S *IN CAMERA*
SUBMISSION OF LIST OF PROPERTIES**

On August 10, 2009, I entered an Order [344] requiring State Farm to submit, *in camera*, a list of properties covered under its homeowners policies and meeting three specified criteria. State Farm has not yet responded to this portion of the Order, and I note that the Order did not specify a time-frame for the preparation and submission of this list. I find that setting such a time-frame is required in the interest of justice.

Accordingly, it is hereby

**ORDERED**

That State Farm Fire and Casualty Company shall submit the list called for under item number 6 in my order [344] of August 10, 2009, within thirty days of the date of this Supplemental Order, i.e. on or before the close of business on October 19, 2009.

**SO ORDERED** this 11th day of September, 2009.

                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE