UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY et al                                                                          PLAINTIFFS

VERSUS                                                        CIVIL ACTION NO. 1:08CV433-LTS-RHW

STATE FARM INSURANCE COMPANY et al                                      DEFENDANTS

### ORDER RE-SETTING TELEPHONIC STATUS CONFERENCE

This matter is currently scheduled for a telephonic status conference before the undersigned on October 13, 2009 at 1:30 p.m.  The undersigned hereby re-sets the conference for **October 29, 2009 at 1:30 p.m.**  Counsel for the plaintiff will place the call to Judge Walker's chambers with all necessary counsel on the line.

SO ORDERED, this the 9th day of October, 2009.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE