UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Cori Rigsby, *et al.*                          PLAINTIFF(S)

VERSUS                          CIVIL ACTION NO. 1:06cv433-LTS-RHW

State Farm Insurance Company, *et al.*                          DEFENDANT(S)

## CASE MANAGEMENT ORDER

This case management order can be modified only by order of the Court upon a showing of good cause. IT IS HEREBY ORDERED:

1. Case Track
   - ___ The case is assigned to the Standard Track.
   - _X_ The case is assigned to the Complex Track.

2. Disclosure
   - _X_ The initial disclosure requirements must be complete no later than November 13, 2009.
   - ___ The following additional disclosure is ordered:

3. Early Filing of Motions

4. Specific Discovery Provisions or Limitations
   Interrogatories are limited to 30, request for production are limited to 50 and admissions are limited to 50.
   Depositions are limited to parties, experts and no more than 25 fact witnesses.
   _N/A_ 1. Plaintiff must execute a waiver of medical privilege.
   _N/A_ 2. Defendant may have a local IME (within subpoena range of Court) with a doctor who has not examined plaintiff. IME must be completed in time to comply with expert designation deadlines.

5. Consent to Trial by Magistrate Judge
   - ___ The parties CONSENT to trial by Magistrate Judge.
   - _X_ The parties do NOT consent to trial by Magistrate Judge.

6. Scheduling Order

   a. ORDERED that MOTIONS for joinder of parties or amendments to the pleadings shall be filed on or before N/A.

   b. ORDERED that all the PLAINTIFF'S EXPERTS shall be designated on or before 1/15/10.

   c. ORDERED that all the DEFENDANT'S EXPERTS shall be designated on or before 2/16/10.

    d.  ORDERED that all DISCOVERY shall be completed on or before 7/1/10.

    e.  ORDERED that all MOTIONS, other than in limine motions, but including Daubert motions, shall be filed by 7/15/10.  The deadline for in limine motions is ten (10) days before the pretrial conference, with responses due five (5) days before the pretrial conference.

    f.  ORDERED that the SETTLEMENT CONFERENCE in this case is set 10/6/10 at 9:00 a.m. with Judge Walker.  Parties are to be present or immediately available by telephone at the conference.

    g.  ORDERED that the PRETRIAL CONFERENCE in this case is date to be announced.  Parties are to be present or immediately available by telephone at the conference.

    h.  ORDERED that this case is set for JURY TRIAL :
        1.  on a day certain beginning _____ or;
        2.  during a 3  week trial calendar beginning 12/1/2010.

Estimated time of trial is  15  days.

    i.  CONFLICTS:  None .  (The court will only consider conflicts specified in this ORDER)

SO ORDERED this the 29th day of October, 2009.


                                                s/  *Robert H. Walker*
                                                UNITED STATES MAGISTRATE JUDGE