**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA ex rel.**
**CORI RIGSBY AND KERRI RIGSBY**          **RELATORS/COUNTER-DEFENDANTS**

**VS**                                              **CIVIL ACTION NO. 1:06-cv-00433-LTS-RHW**

**STATE FARM MUTUAL INSURANCE**           **DEFENDANT/COUNTER-PLAINTIFF**
**COMPANY**

**FORENSIC ANALYSIS ENGINEERING CORPORATION;**
**EXPONENT, INC.: HAAG ENGINEERING CO.;**
**JADE ENGINEERING; RIMKUS CONSULTING GROUP INC.,**
**STRUCTURES GROUP; E.A. RENFROE, INC.,**
**JANA RENFROE, GENE RENFROE;**
**and ALEXIS KING**                                              **DEFENDANTS**

**JOINT MOTION FOR EXTENSION OF CERTAIN DISCOVERY AND**
**SCHEDULING ORDER DEADLINES**

Relators and all remaining Defendants jointly move the Court for extension of certain discovery and Scheduling Order Guidelines as follows:

1. The deadlines for all parties to respond to outstanding Interrogatories and Requests for Production, from on or about December 28, 2009, to Monday, January 11, 2010;

2. The deadline for Relators to serve expert designations and reports, from January 15, 2010, to Friday, January 29, 2010;

3. The deadline for Defendants to serve expert designations and reports from February 16, 2010, to Tuesday, March 2, 2010.

The parties show that responding to the current written discovery will require substantial work beyond that normally expected and cannot reasonably be completed within the thirty (30) days provided by the rules, and that additional time is required due to the intervening holidays,

that extension of the expert designation deadlines is needed so experts will have time to review discovery responses, that no extension of the deadline to complete all discovery is sought, and that this Motion is filed not for the purpose of delay but that so adequate time may be had to comply with outstanding discovery requests.

WHEREFORE, the parties jointly pray that the Court will enter an Order extending the deadlines set forth above.

Respectfully Submitted,

CORI RIGSBY AND KERRI RIGSBY

By: *S/ C. Maison Heidelberg*_____

STATE FARM FIRE AND CASUALTY COMPANY

By: S*/ Robert C. Galloway*_____
Robert C. Galloway (MSB# 4388)
Jeffrey A. Walker (MSB# 6879)
Benjamin M. Watson (MSB#100078)

HAAG ENGINEERING CO.

By: *S/Kathryn Breard Platt*_____

FORENSIC ANALYSIS ENGINEERING CORPORATION

By: *S/ Robert Gholson*_____

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands parkway, suite 220
Ridgeland, ms 39157
Telephone- 601-351-3333
Facsimile- 601-956-2090

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza
Post Office Box 22567
Telephone 601-984-5711
Facsimile 601-985-4500
bob.galloway@butlersnow.com
jeff.walker@butlersnow.com
ben.watson@butlersnow.com


Michael B. Beers (ASB-4992-S80M)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama 36102
Telephone 334-834-5311
Facsimile 834-5362
mbeers@beersanderson.com
PRO HAC VICE

Kathryn Breard Platt
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
1213 31st Ave.
Gulfport, MS 39501
Telephone 228-214-4250
Facsimile 228-214-9650
kbreard@gjtbs.com

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR
535 N 5th Ave
P.O. Box 1289
Laurel, MS 39441
Telephone 601-649-4440
Facsimile 601-649-4441
Gholson@gbeolaw.com

CERTIFICATE OF SERVICE

I the Robert C. Galloway, Butler, Snow, O'Mara, Stevens and Cannada, P.L.L.C, one of the attorneys for State Farm Fire and Casualty Company, hereby certify that on this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing System:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands parkway, suite 220
Ridgeland, ms 39157
Telephone- 601-351-3333
Facsimile- 601-956-2090

Kathryn Breard Platt
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
1213 31st Ave.
Gulfport, MS 39501
Telephone 228-214-4250
Facsimile 228-214-9650
kbreard@gjtbs.com

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR
535 N 5th Ave
P.O. Box 1289
Laurel, MS 39441
Telephone 601-649-4440
Facsimile 601-649-4441
Gholson@gbeolaw.com


Scott D. Glbert
August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
gilberts@gotofirm.com
matteisa@gotofirm.com
litherlandc@gotofirm.com
davidsonb@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Telephone-202-307-0264
Facsimile-202-514-0280

THIS, the 21st day of December, 2009

*S/ Robert C. Galloway*_____

Jackson 4678525v1