IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM MUTUAL INSURANCE COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**RELATORS' RESPONSE TO STATE FARM'S MOTION TO CLARIFY THE NON-APPLICATION OF MISSISSIPPI COMPETENCY LAW**

Cori and Kerri Rigsby ("Relators") do not oppose State Farm's request for an order clarifying the application of Mississippi's engineering license requirements to this case. Miss. Code Ann. § 73-13-1, *et seq* ("the Statute"). The Relators expressly reserve all rights under the Federal Rules of Evidence to challenge experts designated by the other parties. The Relators further reserve all rights to challenge experts based on the application of the Statute, should the Court determine that the Statute is applicable to this case.

THIS the 23rd day of December, 2009

                                              Respectfully, submitted,

                                              /s/ C. Maison Heidelberg
                                          C. MAISON HEIDELBERG, MB #9559
                                          GINNY H. KENNEDY, MB#102199

| | |
|---|---|
| OF COUNSEL | Attorneys for Cori Rigsby and Kerri Rigsby |
| August J. Matteis, Jr. (*admitted pro hac vice*) | MAISON HEIDELBERG PA |
| Craig J. Litherland (*admitted pro hac vice*) | 795 Woodlands Parkway, Suite 220 |
| Scott D. Gilbert (*admitted pro hac vice*) | Ridgeland, Mississippi 39157 |
| Benjamin Davidson (*admitted pro hac vice*) | Phone No.     (601) 351-3333 |
| GILBERT LLP | Fax No.       (602) 956-2090 |
| 1100 New York Avenue NW, Suite 700 | |
| Washington, DC 20005 | |
| Fax No.     (202) 772-3333 | |
| Phone No.   (202) 772-2200 | |

1

**CERTIFICATE OF SERVICE**

    I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means direct by the Court's Electronic Filing System:

    Dunn O. Lampton, Esq.
    UNITED STATES ATTORNEY
      FOR MISSISSIPPI
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Felicia Adams, Esq.
    ASSISTANT U.S. ATTORNEY
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Joyce R. Branda, Esq.
    Patricia R. Davis, Esq.
    Jay D. Majors, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE
    Commercial Litigation Branch
    Civil Division
    601 D Street, NW
    Washington, DC 20004

    Larry G. Canada, Esq.
    Kathryn Breard Platt, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA 70139
    (p) 504-525-6802
    ATTORNEYS FOR HAAG ENGINEERING CO.

    Robert C. Galloway, Esq.
    Emerson Barney Robinson, III, Esq.
    Jeffrey A. Walker, Esq.
    BUTLER, SNOW, O'MARA,
      STEVENS & CANNADA, PLLC
    P.O. Box 22567
    Jackson, MS 39225
    (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

          /s/     C. Maison Heidelberg___