IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; <br>    CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM MUTUAL <br>    INSURANCE COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**NOTICE OF ENDORSEMENT OF CONSENT PROTECTIVE ORDER [402]**

    Relators, Cori and Kerri Rigsby, by and through their attorneys, hereby notify the Court of their endorsement of the Consent Protective Order [Doc. 402]

THIS the 26th day of January, 2010

                                                Respectfully submitted,

                                                /s/ C. Maison Heidelberg
                                            C. MAISON HEIDELBERG, MB #9559
                                            GINNY Y. KENNEDY, MB #102199

| | |
|---|---|
| OF COUNSEL | Attorneys for Cori Rigsby and Kerri Rigsby |
| August J. Matteis, Jr. (*admitted pro hac vice*) | MAISON HEIDELBERG PA |
| Craig J. Litherland (*admitted pro hac vice*) | 795 Woodlands Parkway, Suite 220 |
| Scott D. Gilbert (*admitted pro hac vice*) | Ridgeland, Mississippi 39157 |
| Benjamin Davidson (*admitted pro hac vice*) | Phone No.      (601) 351-3333 |
| GILBERT LLP | Fax No.        (601) 956-2090 |
| 1100 New York Avenue NW, Suite 700 | |
| Washington, DC 20005 | |
| Phone No.    (202) 772-2200 | |
| Fax No.      (202) 772-3333 | |

**CERTIFICATE OF SERVICE**

     I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing System and electronic mail:

        Don Burkhalter, Esq.
        UNITED STATES ATTORNEY
          FOR MISSISSIPPI
        188 East Capitol Street, Suite 500
        Jackson, MS 39201

        Felicia Adams, Esq.
        ASSISTANT U.S. ATTORNEY
        188 East Capitol Street, Suite 500
        Jackson, MS 39201

        Joyce R. Branda, Esq.
        Patricia R. Davis, Esq.
        Jay D. Majors, Esq.
        UNITED STATES DEPARTMENT OF JUSTICE
        Commercial Litigation Branch
        Civil Division
        601 D Street, NW
        Washington, DC 20004

        Larry G. Canada, Esq.
        Kathryn Breard Platt, Esq.
        Galloway, Johnson, Tompkins, Burr & Smith
        701 Poydras Street, Suite 4040
        New Orleans, LA 70139
        (p) 504-525-6802
        ATTORNEYS FOR HAAG ENGINEERING CO.

        Robert C. Galloway, Esq.
        Emerson Barney Robinson, III, Esq.
        Jeffrey A. Walker, Esq.
        BUTLER, SNOW, O'MARA,
          STEVENS & CANNADA, PLLC
        P.O. Box 22567
        Jackson, MS 39225
        (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION


/s/    C. Maison Heidelberg___