IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY        RELATORS/COUNTER-DEFENDANTS

v.                                  CASE NO. 1:06cv433-LTS-RHW

STATE FARM MUTUAL INSURANCE
COMPANY                             DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
HAAG ENGINEERING CO.; and ALEXIS KING       DEFENDANTS

## APPLICATION FOR ADMISSION *PRO HAC VICE*

(A) Name:            James R. Robie
    Firm Name:       Robie and Matthai
    Office Address:  Biltmore Tower, 500 South Grand Avenue, Suite 1500
    City:            Los Angeles    State: California    Zip: 90071
    Telephone:       (213) 706-8000    Fax: (213) 706-9913
    E-Mail           JRobie@romalaw.com

(B) Client:          State Farm Fire and Casualty Company
    Address:         1 State Farm Plaza
    City:            Bloomington    State: Illinois    Zip: 61701
    Telephone:       (309) 766-2311    Fax: (309)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

**I have previously appeared as co-counsel for State Farm Fire & Casualty Company in *McIntosh v. State Farm*, Case No. 1:06cv1080-LTS-RHW, which was dismissed by Judge Senter on September 15, 2008. I am familiar with damages in that case which are the central issue in this Qui Tam litigation.**

-1-

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

(C) Applicant is admitted to practice in the United States District Court for the Central District of California and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:
312 North Spring Street
Los Angeles, CA 90012
(213) 894-1565
http://www.cacd.uscourts.gov

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State Bar of California | December 18, 1975 – present |
| California Supreme Court, Appellate, Superior Courts | December 4, 1975 - present |
| United States District Court | |
|     Central District of California | May 17, 1976 |
|     Southern District of California | November 24, 1986 |
|     Eastern District of California | February 2, 1987 |
|     Northern District of California | April 27, 2001 |
| United States Court of Appeals, 5th Circuit | May 24, 2007 |
| United States Court of Appeals, 8th Circuit | April 21, 1978 |
| United States Court of Appeals, 9th Circuit | January 16, 1981 |
| United States Supreme Court | May 15, 1989 |

|  | Yes | No |
|---|---|---|
| (D) Has Applicant been denied admission pro hac vice in this state? | ☐ | ☑ |
| Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☑ |
| Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

Not applicable.

–2–

|     |     | Yes | No |
|-----|-----|-----|-----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☑ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

Not applicable.

|     |     | Yes | No |
|-----|-----|-----|-----|
| (F) | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobedience to its rules or orders? | ☐ | ☑ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

Not applicable.

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

Not applicable

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

Not applicable

|     |     | Yes | No |
|-----|-----|-----|-----|
| (I) | Has Applicant read and become familiar with the LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE | | |

–3–

|   |   |
|---|---|
| NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☑ ☐ |
| Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☑ ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No.:  Jeffrey A. Walker, MSB #6879

Firm Name:  Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Office Address:  1020 Highland Colony Parkway, Suite 1400

City: Ridgeland       State: Mississippi       Zip: 39157

Telephone: (601) 948-5711    Fax: (601) 985-4500

E-Mail:  jeff.walker@butlersnow.com

(K) The undersigned resident attorney certifies that he agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Jeffrey A. Walker
Resident Attorney

I certify that the information provided in this Application is true and correct.

_Jan 27, 2010_         _____
Date                    James R. Robie
                        Applicant

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

-4-

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 27th day of January, 2010.

_____
James R. Robie
Applicant

Jackson 4783318v1