IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA EX
REL. CORI RIGSBY AND KERRY RIGSBY            RELATORS

VERSUS                            CIVIL ACTION NO. 1:06CV00433-LTS-RHW

STATE FARM INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY,
USAA INSURANCE COMPANY,
FORENSIC ANALYSIS & ENGINEERING CORPORATION,
EXPONENT FAILURE ANALYSIS,
HAAG ENGINEERING CO.,
JADE ENGINEERING,
RIMKUS CONSULTING COMPANY INC.,
and STRUCTURES GROUP                         DEFENDANTS

## MOTION TO BE RELIEVED AS ATTORNEYS FOR DEFENDANT FORENSIC ANALYSIS & ENGINEERING CORPORATION

COMES NOW Robert D. Gholson, Daniel D. Wallace and the law firm of Gholson Burson Entrekin & Orr, PA, and brings this Motion to be Relieved as Attorneys of record for Defendant Forensic Analysis & Engineering Corporation. Said motion is based on the facts as set forth more fully in the Memorandum in Support of Motion to be Relieved as Attorney for Defendant Forensic Analysis & Engineering Corporation, which is being submitted contemporaneously with the filing of this Motion.

For the reasons set forth in the Memorandum in Support of this Motion, the Court should allow Robert D. Gholson, Daniel D. Wallace and the law firm of Gholson Burson Entrekin & Orr, PA to withdraw as attorneys of record for Defendant Forensic Analysis & Engineering Corporation. Additionally, Counsel would request an Order extending Forensic's deadlines as reasonably necessary.

This the 11th day of February, 2010.

1

Respectfully submitted,

BY: **s/Robert D. Gholson**

I, **Robert K. Kochan**, President of Forensic Analysis & Engineering Corporation, do hereby agree and consent to the withdrawal of Robert D. Gholson and Daniel D. Wallace and the law firm of Gholson Burson Entrekin & Orr, P.A.

Robert K. Kochan, President
Forensic Analysis & Engineering
Corporation

OF COUNSEL:

Robert D. Gholson, MS Bar No. 4811
Daniel D. Wallace, MS Bar No. 100659
GHOLSON BURSON ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P. O. Box 1289
Laurel, Mississippi 39441-1289
Telephone: (601) 649-4440
Facsimile: (601) 649-4441
gholson@gbeolaw.com

*Attorneys for Forensic Analysis & Engineering Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 11, 2010**, I electronically filed the foregoing with the clerk of the Court using the ECF system, which sent notification of such filing to the following:

Cecil Maison Heidelberg, Esquire
Virginia R. Kennedy, Esquire
MAISON HEIDELBERG, PA
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
Email: maison@heidelbergpa.com
Email: ginny@heidelbergpa.com

Scott D. Gilbert (PHV)
August J. Matties, Jr. (PHV)
Benjamin R. Davidson (PHV)
Craig J. Litherland (PHV)
GILBERT LLP
1100 New York Ave., NW, Suite 220
Washington, DC 20005
Email: gilberts@gotofirm.com
Email: mattiesa@gotofirm.com
Email: davidsonb@gotofirm.com
Email: litherlandc@gotofirm.com
   **ATTORNEYS FOR RELATORS/COUNTER-DEFENDANTS**


Jeffrey S. Bucholtz, Esquire
Joyce R. Branda, Esquire
Patricia R. Davis, Esquire
Jay D. Majors, Esquire
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Alfred B. Jernigan, Jr., Esquire
Felicia C. Adams, Esquire
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capital Street
Jackson, MS 39201
   **ATTORNEYS FOR THE UNITED STATES**

H. Hunter Twiford, III, Esquire
Stephen F. Schelver, Esquire
Candy Burnette, Esquire
MCGLINCHEY STAFFORD, PLLC
200 South Lamar Street
Suite 1100, City Centre South (39201)
P. O. Drawer 22949
Jackson, MS 39225-2949

John T. Boese, Esquire (PHV)
Beth C. McClain, Esquire (PHV)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004-2505
    **ATTORNEYS FOR E. A. RENFROE, INC.,**
    **GENE RENFROE, & JANA RENFROE**

Robert C. Galloway, Esquire
Jeffrey A. Walker, Esquire
E. Barney Robinson, III, Esquire
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street, 17th Floor
P. O. Box 22567
Jackson, MS 39225-2567
Email: jeff.walker@butlersnow.com
Email: bob.galloway@butlersnow.com
Email: barney.robinson@butlersnow.com

Michael B. Beers, Esquire (PHV)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
Email: mbeers@beersanderson.com
    **ATTORNEYS FOR STATE FARM FIRE AND CASUALTY COMPANY**

Larry G. Canada, Esquire
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Email: lcanada@gjtbs.com

Kathryn Beard Platt, Esquire
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1213 31st Avenue
Gulfport, MS 39501
Email: kplatt@gjtbs.com
    **ATTORNEYS FOR HAAG ENGINEERING CO.**

Robert K. Kochan, President
Forensic Analysis & Engineering Corporation
3401 Atlantic Avenue, Suite 101
Raleigh, North Carolina 27604
rkkochan@forsenic-analysis.com


                                          **s/Robert D. Gholson**