UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX  * | | |
| REL. CORI RIGSBY AND KERRI RIGSBY  * | | RELATORS |
| * | | |
| VS.  * | | CASE NO. 1:06cv00433-LTS-RHW |
| * | | |
| STATE FARM INSURANCE  * | | |
| COMPANY, ET. AL.  * | | DEFENDANTS |
| * * * * * * * * * * * * * * * * * | | |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Galloway, Johnson, Tompkins, Burr & Smith, counsel for Defendant Haag Engineering Co., has a new address effective March 1, 2010. Counsel hereby requests that it be copied on all correspondence, pleadings and orders at the following address:

> GALLOWAY, JOHNSON, TOMPKINS,
>     BURR & SMITH
> 2510 14th Street, Suite 910
> Gulfport, MS  39501

Respectfully submitted this the 26th day of February, 2010.

HAAG ENGINEERING CO.


By: _/s/ Kathryn Platt_
KATHRYN BREARD PLATT (MSB#102141)


LARRY G. CANADA (MSB #10480)
KATHRYN BREARD PLATT (MSB#102141)
GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS  39501
Telephone: (228) 214-4250
Facsimile:  (228) 214-9650
*Attorneys for Haag Engineering Co.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon all counsel of record and other interested persons via the Court's electronic notification system.

**THIS** the 26th day of February, 2010.

      /s/ Kathryn Platt
KATHRYN BREARD PLATT (MSB#102141)