IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA EX
REL. CORI RIGSBY AND KERRY RIGSBY                                RELATORS

VERSUS                                         CIVIL ACTION NO. 1:06CV00433-LTS-RHW

STATE FARM INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY,
USAA INSURANCE COMPANY,
FORENSIC ANALYSIS & ENGINEERING CORPORATION,
EXPONENT FAILURE ANALYSIS,
HAAG ENGINEERING CO.,
JADE ENGINEERING,
RIMKUS CONSULTING COMPANY INC.,
and STRUCTURES GROUP                                              DEFENDANTS

**MOTION TO EXTEND EXPERT DESIGNATION DEADLINE OF FORENSIC ANALYSIS & ENGINEERING CORPORATION[1]**

COMES NOW Forensic Analysis & Engineering Corporation ("Forensic") by and through its attorney of record, Robert D. Gholson, and files this its Motion to Extend Expert Designation Deadline of Forensic Analysis & Engineering Corporation. Said motion is based on the facts as set out below:

**I. ARGUMENT**

On February 11, 2010, counsel for Forensic filed its Motion to be Relieved as Attorney for Forensic. In that Motion, it was requested that counsel for Forensic be relieved in this matter and that Forensic be granted additional time to obtain new counsel and/or respond to discovery deadlines. A Notice of Hearing on the aforementioned Motion to Withdraw was filed on February 23, 2010, setting a hearing on the aforementioned Motion to Withdraw for February 25,

---

[1] Due to the nature and brevity of the issue before the Court a Memorandum Brief is not being submitted with this Motion. However, should the Court require such a Memorandum one will be submitted.

1

2010. The Hearing on the Motion to Withdraw as Attorney for Forensic was thereafter held on February 25, 2010. As of today's date, no further Order has issued from the Court regarding the Motion to Withdraw. On December 22, 2009, this Court fixed today's date, March 2, 2010, as the deadline by which Forensic should designate its Expert Witnesses. An extension of this deadline is reasonably necessary.

## II.  CONCLUSION

Due to facts as set forth above and in the Motion and Memorandum Brief in Support of Motion to Withdraw as Attorney, which is incorporated fully herein, the Court should grant the Motion for Extension of Expert Designation Deadline for a period of thirty (30) days or pending a determination of the pending Motion to Withdraw as Attorney.

This the 2nd day of March, 2010.

Respectfully submitted,

BY:    **s/Robert D. Gholson**

OF COUNSEL:

Robert D. Gholson, MS Bar No. 4811
Daniel D. Wallace, MS Bar No. 100659
GHOLSON BURSON ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P. O. Box 1289
Laurel, Mississippi 39441-1289
Telephone: (601) 649-4440
Facsimile: (601) 649-4441
gholson@gbeolaw.com
   *Attorneys for Forensic Analysis & Engineering Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 2**,** 2010, I electronically filed the foregoing with the clerk of the Court using the ECF system, which sent notification of such filing to the following:

  Cecil Maison Heidelberg, Esquire
  Virginia R. Kennedy, Esquire
  MAISON HEIDELBERG, PA
  795 Woodlands Parkway, Suite 220
  Ridgeland, MS 39157
  Email: maison@heidelbergpa.com
  Email: ginny@heidelbergpa.com

  Scott D. Gilbert (PHV)
  August J. Matties, Jr. (PHV)
  Benjamin R. Davidson (PHV)
  Craig J. Litherland (PHV)
  GILBERT LLP
  1100 New York Ave., NW, Suite 220
  Washington, DC 20005
  Email: gilberts@gotofirm.com
  Email: mattiesa@gotofirm.com
  Email: davidsonb@gotofirm.com
  Email: litherlandc@gotofirm.com
    **ATTORNEYS FOR RELATORS/COUNTER-DEFENDANTS**

  Jeffrey S. Bucholtz, Esquire
  Joyce R. Branda, Esquire
  Patricia R. Davis, Esquire
  Jay D. Majors, Esquire
  UNITED STATES DEPARTMENT OF JUSTICE
  Civil Division
  P. O. Box 261
  Ben Franklin Station
  Washington, D.C. 20044
  Alfred B. Jernigan, Jr., Esquire
  Felicia C. Adams, Esquire
  UNITED STATES ATTORNEY'S OFFICE
  Southern District of Mississippi
  Suite 500
  188 East Capital Street
  Jackson, MS 39201
    **ATTORNEYS FOR THE UNITED STATES**

H. Hunter Twiford, III, Esquire
Stephen F. Schelver, Esquire
Candy Burnette, Esquire
MCGLINCHEY STAFFORD, PLLC
200 South Lamar Street
Suite 1100, City Centre South (39201)
P. O. Drawer 22949
Jackson, MS 39225-2949

John T. Boese, Esquire (PHV)
Beth C. McClain, Esquire (PHV)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004-2505
    **ATTORNEYS FOR E. A. RENFROE, INC.,**
    **GENE RENFROE, & JANA RENFROE**

Robert C. Galloway, Esquire
Jeffrey A. Walker, Esquire
E. Barney Robinson, III, Esquire
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street, 17th Floor
P. O. Box 22567
Jackson, MS 39225-2567
Email: jeff.walker@butlersnow.com
Email: bob.galloway@butlersnow.com
Email: barney.robinson@butlersnow.com

Michael B. Beers, Esquire (PHV)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
Email: mbeers@beersanderson.com
    **ATTORNEYS FOR STATE FARM FIRE AND CASUALTY COMPANY**

Larry G. Canada, Esquire
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Email: lcanada@gjtbs.com

4

Kathryn Beard Platt, Esquire
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1213 31st Avenue
Gulfport, MS 39501
Email: kplatt@gjtbs.com
    **ATTORNEYS FOR HAAG ENGINEERING CO.**

Robert K. Kochan, President
Forensic Analysis & Engineering Corporation
3401 Atlantic Avenue, Suite 101
Raleigh, North Carolina 27604
rkkochan@forsenic-analysis.com
    **PRESIDENT OF FORENSIC ANALYSIS & ENGINEERING CORPORATION**

                                    **s/Robert D. Gholson**