IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. | |
| CORI RIGSBY and KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| | |
| v. | CASE NO. 1:06cv433-LTS-RHW |
| | |
| STATE FARM MUTUAL INSURANCE COMPANY | DEFENDANT/COUNTER-PLAINTIFF |
| | |
| and | |
| | |
| FORENSIC ANALYSIS ENGINEERING CORPORATION; | |
| HAAG ENGINEERING CO.; and ALEXIS KING | DEFENDANTS |

**DEFENDANT/COUNTER-PLAINTIFF
STATE FARM FIRE AND CASUALTY COMPANY'S
SUPPLEMENTAL COMBINED EXPERT DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's December 22, 2009 Text Only Order, Defendant/Counter-plaintiff State Farm Fire and Casualty Company, improperly denominated in the First Amended Complaint as "State Farm Mutual Insurance Company" ("State Farm"), submits this Supplemental Combined Expert Disclosure.

State Farm anticipates calling the following expert witnesses:[1]

> Kurtis R. Gurley, Ph.D.
> Dept. of Civil and Coastal Engineering
> University of Florida
> Post Office Box 116580
> Gainesville, FL 32611

---

[1] As explained in State Farm's Combined Disclosure Regarding Mike Ferrier and Report of Mike Ferrier [277] and the Supplemental Combined Disclosure Regarding Mike Ferrier and Report of Mike Ferrier, State Farm reserves the right to offer fact, opinion, mixed fact and opinion, technical or other specialized testimony by Mr. Ferrier. State Farm does not concede that any expert designation, report or disclosure is required for Mr. Ferrier's potential testimony, either under the Rules or any Order of this Court.

Additionally, State Farm has requested additional time to file a disclosure or report from Gerald B. Waytowich due to a pending request to FEMA/NFIP relating to that agency's *Touhy* regulations. State Farm reserves the right to offer fact, opinion, mixed fact and opinion, technical or other specialized testimony by Mr. Waytowich. State Farm does not concede that any expert designation, report or disclosure is required for Mr. Waytowich's potential testimony, either under the Rules or any Order of this Court.

Dr. Gurley's report containing the information required by Fed. R. Civ. P. 26(a)(2) was attached to State Farm's April 20, 2009 Combined Expert Disclosure [275-1] and is incorporated herein. In addition, Dr. Gurley's supplement to his report is attached hereto as collective Exhibit A and is incorporated herein.

>    Robert G. Dean, Sc.D.
>    Dept. of Civil and Coastal Engineering
>    University of Florida
>    P.O. Box 116580
>    Gainesville, FL 32611

Dr. Dean's report containing the information required by Fed. R. Civ. P. 26(a)(2) was attached to State Farm's April 20, 2009 Combined Expert Disclosure [275-2] and is incorporated herein. In addition, Dr. Dean's supplement to his report is attached hereto as collective Exhibit B and is incorporated herein.

>    Mark Watson, P.E., SECB
>    Jenkins Engineering, Inc.
>    218 S. Thomas Street
>    Suite 209
>    Tupelo, Mississippi  38803

Mr. Watson's report containing the information required by Fed. R. Civ. P. 26(a)(2) was attached to State Farm's April 20, 2009 Combined Expert Disclosure [275-3, 4, 5] and is incorporated herein. In addition, Mr. Watson's supplement to his report is attached hereto as collective Exhibit C and is incorporated herein.

>    Gary Dailey
>    Cornerstone Construction, Inc.
>    1720 Woodside Cr.
>    Tupelo, MS  38801

Mr. Dailey's report containing the information required by Fed. R. Civ. P. 26(a)(2) was attached to State Farm's April 20, 2009 Combined Expert Disclosure [275-6, 7, 8] and is incorporated herein. In addition, Mr. Dailey's supplement to his report is attached hereto as collective Exhibit D and is incorporated herein.

        Robert C. McVadon, Jr.
        McVadon Enterprises, Inc.
        450 Bordeaux Cove
        Biloxi, MS  39531

Mr. McVadon's report containing the information required by Fed. R. Civ. P. 26(a)(2) is attached hereto as collective Exhibit E and is incorporated herein.

State Farm reserves the right to call any expert witness listed, designated or called by any other Party.

This the 2nd day of March, 2010.

        Respectfully submitted,
        STATE FARM FIRE AND CASUALTY COMPANY

        *s/ Benjamin M. Watson* (MSB # 100078)
        Robert C. Galloway (MSB # 4388)
        Jeffrey A. Walker (MSB # 6879)
        E. Barney Robinson III (MSB # 09432)
        Benjamin M. Watson (MSB # 100078)
        Amanda B. Barbour (MSB # 99119)

        ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 6010
Ridgeland, Mississippi  39158
(P) (601) 948-5711
(F) (601) 985-4500
(E) bob.galloway@butlersnow.com
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama 36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (CA State Bar # 67303)
Robie & Matthai
Suite 1500
Biltmore Tower
500 South Grand Avenue
Los Angeles, California 90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) jrobie@romalaw.com

*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I, Benjamin M. Watson, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
maison@heidlebergpa.com
ginny@heidelbergpa.com

Scott D. Gilbert
August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
gilberts@gotofirm.com
matteisa@gotofirm.com
litherlandc@gotofirm.com
davidsonb@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280
(E) joyce.branda@usdoj.gov
(E) patricia.davis@usdoj.gov
(E) jay.majors@usdoj.gov

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409
(E) felicia.adams@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
2510 14th Street
Suite 910
Gulfport, MS 39501
(P) (228) 214-4250
(F) (228) 214-9650
(E) lcanada@gjtbs.com
(E) kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441
gholson@gbeolaw.com
wallace@gbeolaw.com

ATTORNEYS FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

THIS the 2nd day of March, 2010.

*s/ Benjamin M .Watson*
Benjamin M. Watson (MSB # 100078)