IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                RELATORS/COUNTER-DEFENDANTS

v.                                          CASE NO. 1:06cv433-LTS-RHW

STATE FARM MUTUAL INSURANCE COMPANY   DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
EXPONENT, INC.; and HAAG ENGINEERING CO.                       DEFENDANTS

**DEFENDANT/COUNTER-PLAINTIFF
STATE FARM FIRE AND CASUALTY COMPANY'S FIRST
SUPPLEMENTAL COMBINED DISCLOSURE REGARDING MIKE
FERRIER AND REPORT OF MIKE FERRIER**

Defendant/Counter-plaintiff State Farm Fire and Casualty Company, improperly denominated in the First Amended Complaint as "State Farm Mutual Insurance Company" ("State Farm"), submits this First Supplemental Combined Disclosure Regarding Mike Ferrier and Report of Mike Ferrier.[1] This disclosure and report is without prejudice to, any prior, future or supplemental disclosures.

Mr. Ferrier supplements as follows: In addition to the materials reviewed by Mr. Ferrier identified in the disclosure and report served on April 20, 2009, Mr. Ferrier has reviewed the photographs produced to State Farm in this case by Thomas and Pamela McIntosh.

This the 2nd day of March, 2010.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY

By:     *s/Jeffrey A. Walker* (MSB # 6879)
        Jeffrey A. Walker (MSB # 6879)
        ITS ATTORNEYS

---

[1] By offering this disclosure and report, State Farm does not concede that any expert designation, report or disclosure is required for Mr. Ferrier's potential testimony, either under the Rules or any Order of this Court.

1

OF COUNSEL:

Robert C. Galloway (MSB # 4388)
E. Barney Robinson III (MSB # 09432)
Benjamin M. Watson (MSB # 100078)
Amanda B. Barbour (MSB # 99119)
BUTLER, SNOW, O'MARA, STEVENS
   & CANNADA, PLLC
Suite 1400
1020 Highland Colony Parkway
P.O. Box 6010
Ridgeland, MS 39158-6010
 (P) (601) 948-5711
(F) (601) 985-4500
(E) bob.galloway@butlersnow.com
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama  36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (Bar No. 67303)
ROBIE AND MATTHAI
Biltmore Tower, 500 South Grand Avenue, Suite 1500
Los Angeles, CA 90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) JRobie@romalaw.com

*PRO HAC VICE*

2

Respectfully submitted,

MICHAEL FERRIER

By: /s/ Michael Ferrier
Michael Ferrier

## CERTIFICATE OF SERVICE

I, Jeffrey A. Walker, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing System:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
(E) maison@heidlebergpa.com

August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT OSHINSKY LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
(E) matteisa@gilbertoshinsky.com
(E) litherlandc@gilbertoshinsky.com
(E) davidsonb@gilbertoshinsky.com
COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280
(E) joyce.branda@usdoj.gov
(E) patricia.davis@usdoj.gov
(E) jay.majors@usdoj.gov

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409
(E) felicia.adams@usdoj.gov
ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street
Suite 4040
New Orleans, LA 70139
(P) (504) 525-6802
(F) (504) 525-2456
ATTORNEYS FOR HAAG ENGINEERING CO.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441
(E) gholson@gbeolaw.com
ATTORNEYS FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

This the 2nd day of March, 2010.

/s/ Jeffrey A. Walker
JEFFREY A. WALKER

Jackson 4902583v1

4