**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM MUTUAL INSURANCE COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**RELATORS' NOTICE OF SERVICE OF SECOND SETS OF DISCOVERY TO
FORENSIC ANALYSIS & ENGINEERING CO., INC. AND
<u>STATE FARM MUTUAL INSURANCE COMPANY</u>**

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on March 8, 2010, Relators have served the attorneys of record with their Second Sets of Requests for Production of Documents and Second Set of Interrogatories to Forensic Analysis & Engineering Co., Inc. and Second Sets of Requests for Production of Documents and Second Set of Interrogatories to State Farm Mutual Insurance Company.  Due to Robert Gholson's request to be relieved as attorney for Forensic, copies of these requests are also being sent directly to Forensic's headquarters THIS the 8th day of March, 2010

                                                   Respectfully, submitted,

                                                   __/s/ C. Maison Heidelberg__
                                                 C. MAISON HEIDELBERG, MB #9559
                                                 GINNY H. KENNEDY, MB #102199

OF COUNSEL                                     Attorneys for Cori Rigsby and Kerri Rigsby
August J. Matteis, Jr. (*admitted pro hac vice*)   HEIDELBERG HARMON PA
Craig J. Litherland (*admitted pro hac vice*)     795 Woodlands Parkway, Suite 220
Scott D. Gilbert (*admitted pro hac vice*)        Ridgeland, Mississippi 39157
Benjamin Davidson (*admitted pro hac vice*)    Phone No.       (601) 351-3333
GILBERT LLP                                    Fax No.          (602) 956-2090
1100 New York Avenue NW, Suite 700
Washington, DC 20005
Fax No.         (202) 772-3333
Phone No.     (202) 772-2200

1

**CERTIFICATE OF SERVICE**

      I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this day caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record. I further certify that a true and correct copy of the foregoing instrument to be delivered to the following, via electronic mail where available or United States mail:

      Don Burkhalter, Esq.
      UNITED STATES ATTORNEY
        FOR MISSISSIPPI
      188 East Capitol Street, Suite 500
      Jackson, MS 39201

      Felicia Adams, Esq.
      ASSISTANT U.S. ATTORNEY
      188 East Capitol Street, Suite 500
      Jackson, MS 39201

      Joyce R. Branda, Esq.
      Patricia R. Davis, Esq.
      Jay D. Majors, Esq.
      UNITED STATES DEPARTMENT OF JUSTICE
      Commercial Litigation Branch
      Civil Division
      601 D Street, NW
      Washington, DC 20004

      Larry G. Canada, Esq.
      Kathryn Breard Platt, Esq.
      Galloway, Johnson, Tompkins, Burr & Smith
      701 Poydras Street, Suite 4040
      New Orleans, LA 70139
      (p) 504-525-6802
      ATTORNEYS FOR HAAG ENGINEERING CO.

      Robert C. Galloway, Esq.
      Emerson Barney Robinson, III, Esq.
      Benjamin M. Watson, Esq.
      Jeffrey A. Walker, Esq.
      Amanda B. Barbour, Esq.
      BUTLER, SNOW, O'MARA,
        STEVENS & CANNADA, PLLC
      P.O. Box 22567
      Jackson, MS 39225
      (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
   PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

Forensic Analysis and Engineering Company
3401 Atlantic Avenue, Suite 101
Raleigh, NC 27604


    /s/    C. Maison Heidelberg___