UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX | * | |
| REL. CORI RIGSBY AND KERRI RIGSBY | * | RELATORS |
| | * | |
| VS. | * | CASE NO. 1:06cv00433-LTS-RHW |
| | * | |
| STATE FARM INSURANCE | * | |
| COMPANY, ET. AL. | * | DEFENDANTS |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RE-NOTICE OF DEPOSITION OF TIMOTHY P. MARSHALL

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant, Haag Engineering Co. ("Haag"), will take the deposition of Timothy P. Marshall, pursuant to Federal Rule of Civil Procedure 30, on Tuesday, April 6, 2010 beginning at 9:00 a.m. The deposition will take place at the law offices of Thompson Coe Cousins & Irons, LLP, 700 North Pearl Street, 25th Floor, Plaza of the Americas, Dallas, Texas 75201. The deposition will continue from day to day until completed and may be recorded by stenographic, sound, and visual means. This deposition is being taken for all purposes permitted under the Federal Rules of Civil Procedure. You are hereby invited to be present for this deposition.

Respectfully submitted, this 23rd day of March, 2010.

HAAG ENGINEERING CO.

By: _/s/ Larry Canada_
LARRY G. CANADA (MSB #10480)

LARRY G. CANADA (MSB #10480)
KATHRYN BREARD PLATT (MSB#102141)
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS  39501
Telephone: (228) 214-4250
Facsimile:  (228) 214-9650

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon all counsel of record and other interested persons via the Court's electronic notification system.

**THIS** the 23rd day of March, 2010.


                                         */s/ Larry Canada*
                                         LARRY G. CANADA (MSB #10480)