UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY and
KERRI RIGSBY                                                                                         PLAINTIFFS

VERSUS                                                      CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM INSURANCE COMPANY et al                                          DEFENDANTS

## ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY

Before the Court is a [411] Motion to Withdraw as attorney filed by Robert D. Gholson and Daniel D. Wallace who are counsel of record for Forensic Analysis & Engineering Corporation. In support of the motion, Gholson and Wallace indicate that professional considerations require termination of the attorney-client relationship but that ethical considerations prevent counsel from disclosing the specific factual grounds for the requested withdrawal.

The motion to withdraw was filed on February 11, 2010. Substitute counsel has not made an entry of appearance. Although 28 U.S.C. § 1654 authorizes individuals to proceed pro se, courts regularly have held that corporations are not permitted to appear in court otherwise than by licensed counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).

Accordingly, the Court finds that the [411] Motion to Withdraw is DENIED subject to re-urging once Forensic obtains substitute counsel.

SO ORDERED, this the 25th day of March, 2010.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE