UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX  * | | |
| REL. CORI RIGSBY AND KERRI RIGSBY  * | | RELATORS |
|                                                     * | | |
| VS.                                              * | | CASE NO. 1:06cv00433-LTS-RHW |
|                                                     * | | |
| STATE FARM INSURANCE        * | | |
| COMPANY, ET. AL.                   * | | DEFENDANTS |
| * * * * * * * * * * * * * * * | | |

### NOTICE OF SERVICE

**NOTICE IS HEREBY GIVEN**, Defendant, Haag Engineering, has this date served in the above entitled action Defendant Haag Engineering Co.'s First Supplemental Rule 26 Initial Disclosures, as required by Federal Rule of Civil Procedure 26(a)(1) and Uniform Local Rule 26(a)(1). The undersigned counsel of record retains the originals of these discovery disclosures as custodian thereof pursuant to local court rule.

Respectfully submitted, this 26th day of March, 2010.

                                        HAAG ENGINEERING CO.

                                        By:  */s/ Kathryn Platt*
                                              KATHRYN BREARD PLATT (MSB#102141)

LARRY G. CANADA (MSB #10480)
KATHRYN BREARD PLATT (MSB#102141)
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS  39501
Telephone: (228) 214-4250
Facsimile:  (228) 214-9650
*Attorneys for Haag Engineering Co.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon all counsel of record and other interested persons via the Court's Electronic Notification System.

**THIS** the 26th day of March, 2010.

                                                      /s/ Kathryn Platt
                                                    KATHRYN BREARD PLATT (MSB#102141)