IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA EX
REL. CORI RIGSBY AND KERRY RIGSBY         RELATORS

VERSUS        CIVIL ACTION NO. 1:06CV00433-LTS-RHW

STATE FARM INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY,
USAA INSURANCE COMPANY,
FORENSIC ANALYSIS ENGINEERING CORPORATION,
EXPONENT FAILURE ANALYSIS,
HAAG ENGINEERING CO.,
JADE ENGINEERING,
RIMKUS CONSULTING COMPANY INC.,
And STRUCTURES GROUP           DEFENDANTS

**FORENSIC ANALYSIS ENGINEERING CORPORATION'S
DESIGNATION OF EXPERTS**

   Pursuant to Fed. R. Civ. P. 26 (a)(2) and the Scheduling Order for this matter, Forensic designates John B. Kelly, P.E., as one of their experts. John B. Kelly is a Principal Structural Engineer that will opine that all the engineering reports and revised engineering reports were true and correct, and done in accordance with sound scientific/engineering principles and observation of the conditions at the site.

   Forensic reserves the right to call any expert listed, designated or called by any other Party.

   Forensic also reserves the right to supplement this expert designation, and further reserves the right to designate additional experts in the future.

                Respectfully submitted,

                FORENSIC ANALYSIS ENGINEERING
                CORPORATION

                BY: s/Robert D. Gholson

OF COUNSEL:
Robert D. Gholson, MS Bar No. 4811
Gholson Burson Entrekin & Orr, P.A.
535 North 5th Avenue (39440)
P. O. Box 1289
Laurel, Mississippi 39441-1289
Telephone: (601) 649-4440
Facsimile: (601) 649-4441
gholson@gbeolaw.com
**ATTORNEY FOR FORENSIC ANALYSIS ENGINEERING CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2010, I electronically filed the foregoing with the clerk of the Court using the ECF system, which sent notification of such filing to the following:

Cecil Maison Heidelberg, Esquire
Virginia R. Kennedy, Esquire
MAISON HEIDELBERG, PA
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
Email: maison@heidelbergpa.com
Email: ginny@heidelbergpa.com

August J. Matties, Jr. (PHV)
Benjamin R. Davidson (PHV)
Craig J. Litherland (PHV)
GILBERT OSHINSKY, LLP
1100 New York Ave., NW, Suite 220
Washington, DC 20005
Email: mattiesa@gilbertoshinsky.com
Email: davidsonb@gilbertoshinsky.com
Email: litherlandc@gilbertoshinsky.com
**ATTORNEYS FOR RELATORS/COUNTER-DEFENDANTS**
Felicia C. Adams, Esquire
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capital Street
Jackson, MS 39201
**ATTORNEYS FOR THE UNITED STATES**

H. Hunter Twiford, III, Esquire
Stephen F. Schelver, Esquire
Candy Burnette, Esquire
MCGLINCHEY STAFFORD, PLLC
200 South Lamar Street
Suite 1100, City Centre South (39201)
P. O. Drawer 22949
Jackson, MS 39225-2949

John T. Boese, Esquire (PHV)
Beth C. McClain, Esquire (PHV)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP
1001 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20004-2505
  **ATTORNEYS FOR E. A. RENFROE, INC.,**
  **GENE RENFROE, & JANA RENFROE**

Robert C. Galloway, Esquire
Jeffrey A. Walker, Esquire
E. Barney Robinson, III, Esquire
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street, 17th Floor
P. O. Box 22567
Jackson, MS 39225-2567
Email: jeff.walker@butlersnow.com
Email: bob.galloway@butlersnow.com
Email: barney.robinson@butlersnow.com

Michael B. Beers, Esquire (PHV)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
Email: mbeers@beersanderson.com
  **ATTORNEYS FOR STATE FARM INSURANCE COMPANY**

Larry G. Canada, Esquire
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
701 Poydras Street, Suite 4040
New Orleans, LA 70139
Email: lcanada@gjtbs.com

Kathryn Beard Platt, Esquire
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1213 31st Avenue
Gulfport, MS 39501
Email: kplatt@gjtbs.com
    **ATTORNEYS FOR HAAG ENGINEERING CO.**

                                                                                            s/Robert D. Gholson