# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*;<br>   CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM MUTUAL<br>   INSURANCE COMPANY | DEFENDANT/COUNTER-PLAINTIFF |
| and | |
| FORENSIC ANALYSIS<br>   ENGINEERING CORPORATION;<br>EXPONENT, INC.;<br>HAAG ENGINEERING CO.;<br>JADE ENGINEERING;<br>RIMKUS CONSULTING GROUP INC.;<br>STRUCTURES GROUP;<br>E. A. RENFROE, INC.;<br>JANA RENFROE;<br>GENE RENFROE; AND<br>ALEXIS KING | DEFENDANTS |

## NOTICE OF DEPOSITION OF ROBERT C. MCVADON

PLEASE TAKE NOTICE that the undersigned counsel for Relators Kerri Rigsby and Cori Rigsby (the "Relators") will take the deposition of Robert C. McVadon pursuant to Federal Rule of Civil Procedure 30, on Friday, April 9, 2010 beginning at 9:00 a.m. or such other time as Relators and deponent agree. The deposition will take place at the law offices of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the Whitney National Bank Building 1300 25th Avenue, Suite 204, Gulfport, MS 39501 or such other place as Relators and deponent agree. The deposition will continue from day to day until completed and may be recorded by stenographic, sound, and visual means.

1229/001/1225340.1

THIS the 5th of April, 2010

                                       Respectfully submitted,

                                        /s/ C. Maison Heidelberg
                                      C. MAISON HEIDELBERG, MB #9559
                                      GINNY Y. KENNEDY, MB #102199

                                      OF COUNSEL:

                                      HEIDELBERG HARMON PLLC.
                                      795 Woodlands Parkway, Suite 220
                                      Ridgeland, Mississippi  39157
                                      Phone No.    (601) 351-3333
                                      Fax No.      (601) 956-2090

                                      August J. Matteis, Jr. (admitted *pro hac vice*)
                                      Craig J. Litherland (admitted *pro hac vice*)
                                      Benjamin Davidson (admitted *pro hac vice*)
                                      GILBERT LLP
                                      1100 New York Avenue NW, Suite 700
                                      Washington, DC 20005
                                      Phone No.    (202) 772-2200
                                      Fax No.      (202) 772-3333

                                      Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

     I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this day caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

          Don Burkhalter, Esq.
          UNITED STATES ATTORNEY
            FOR MISSISSIPPI
          188 East Capitol Street, Suite 500
          Jackson, MS 39201

          Felicia Adams, Esq.
          ASSISTANT U.S. ATTORNEY
          188 East Capitol Street, Suite 500
          Jackson, MS 39201

          Joyce R. Branda, Esq.
          Patricia R. Davis, Esq.
          Jay D. Majors, Esq.
          UNITED STATES DEPARTMENT OF JUSTICE
          Commercial Litigation Branch
          Civil Division
          601 D Street, NW
          Washington, DC 20004

          Larry G. Canada, Esq.
          Kathryn Breard Platt, Esq.
          Galloway, Johnson, Tompkins, Burr & Smith
          701 Poydras Street, Suite 4040
          New Orleans, LA 70139
          (p) 504-525-6802
          ATTORNEYS FOR HAAG ENGINEERING CO.

          Robert C. Galloway, Esq.
          Emerson Barney Robinson, III, Esq.
          Benjamin M. Watson, Esq.
          Jeffrey A. Walker, Esq.
          Amanda B. Barbour, Esq.
          BUTLER, SNOW, O'MARA,
            STEVENS & CANNADA, PLLC
          P.O. Box 22567
          Jackson, MS 39225
          (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
   PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

    /s/    C. Maison Heidelberg___