UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA
EX REL. CORI RIGSBY and KERRI RIGSBY                    RELATORS

V.                              CIVIL ACTION NO.1:06CV0433 LTS-RHW

STATE FARM INSURANCE COMPANY, ET AL.                    DEFENDANTS

### ORDER GRANTING MOTION FOR CLARIFICATION

The Court has before it the unopposed [380] motion [374] of State Farm Fire and Casualty Company (State Farm) seeking clarification on the applicability of state law to certain expert evidence that may be offered in this case. State Farm asserts, and Relators apparently agree, that because this action is brought under the False Claims Act, Mississippi's rules of competency for testimony on matters of engineering are inapplicable.

I will grant this motion, and I will admit the testimony of any expert in the field of engineering who is qualified to express expert opinions under the Federal Rules of Evidence, regardless of whether the expert is licensed to practice engineering under Mississippi law.

Accordingly, it is

**ORDERED**

That the unopposed motion of State Farm Fire and Casualty Company [374] is hereby **GRANTED**.

**SO ORDERED** this 7th day of April, 2010.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE

-1-