## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.;
   CORI RIGSBY; AND KERRI RIGSBY      RELATORS/COUNTER-DEFENDANTS

v.                               CASE No. 1:06-cv-433-LTS-RHW

STATE FARM MUTUAL
   INSURANCE COMPANY, et al.      DEFENDANTS/COUNTER-PLAINTIFFS

### NOTICE OF DEPOSITION OF JUAN GUEVARA

PLEASE TAKE NOTICE[1] that the undersigned counsel for Relators Kerri Rigsby and

Cori Rigsby (the "Relators") will take the deposition of Juan Guevara pursuant to Federal Rule

of Civil Procedure 30, on Thursday April 15, 2010 beginning at 9:00 a.m. or such other time as

Relators and deponent agree. The deposition will take place at the Chateau Hotel and

Conference Center, 1601 Jumer Drive Bloomington, Illinois 61704 or such other location as may

be agreed upon by Relators and deponent. The deposition will continue from day to day until

completed and may be recorded by stenographic, sound, and visual means.

THIS the 9th of April, 2010

                                Respectfully submitted,

                                 /s/ C. Maison Heidelberg
                                C. MAISON HEIDELBERG, MB #9559
                                GINNY Y. KENNEDY, MB #102199

                                OF COUNSEL:

                                HEIDELBERG HARMON PLLC.
                                795 Woodlands Parkway, Suite 220

---

[1] This notice reflects a change in the location of Juan Guevara's deposition. It is otherwise the same as the notice filed on April 7, 2010.

Ridgeland, Mississippi  39157
Phone No.      (601) 351-3333
Fax No.         (601) 956-2090

August J. Matteis, Jr. (admitted *pro hac vice*)
Craig J. Litherland (admitted *pro hac vice*)
Benjamin Davidson (admitted *pro hac vice*)
GILBERT LLP
1100 New York Avenue NW, Suite 700
Washington, DC 20005
Phone No.      (202) 772-2200
Fax No.         (202) 772-3333

Attorneys for Kerri Rigsby and Cori Rigsby

2

**CERTIFICATE OF SERVICE**

I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this day caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

Don Burkhalter, Esq.
UNITED STATES ATTORNEY
  FOR MISSISSIPPI
188 East Capitol Street, Suite 500
Jackson, MS 39201

Felicia Adams, Esq.
ASSISTANT U.S. ATTORNEY
188 East Capitol Street, Suite 500
Jackson, MS 39201

Joyce R. Branda, Esq.
Patricia R. Davis, Esq.
Jay D. Majors, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
601 D Street, NW
Washington, DC 20004

Larry G. Canada, Esq.
Kathryn Breard Platt, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139
(p) 504-525-6802
ATTORNEYS FOR HAAG ENGINEERING CO.

Robert C. Galloway, Esq.
Emerson Barney Robinson, III, Esq.
Benjamin M. Watson, Esq.
Jeffrey A. Walker, Esq.
Amanda B. Barbour, Esq.
BUTLER, SNOW, O'MARA,
    STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225
(p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION


                     /s/    C. Maison Heidelberg___

2