UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX | * | |
| REL. CORI RIGSBY AND KERRI | * | |
| RIGSBY | * | RELATORS |
| | * | |
| VS. | * | CASE NO. 1:06cv00433-LTS-RHW |
| | * | |
| STATE FARM INSURANCE | * | |
| COMPANY,  ET. AL. | * | DEFENDANTS |
| * * * * * * * * * * * * * * * * * | | |

## HAAG ENGINEERING CO.'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant, Haag Engineering Co. ("Haag"), by and through its counsel

at Galloway, Johnson, Tompkins, Burr & Smith, and respectfully moves this Honorable Court

for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  In support

of its Motion, Haag attaches hereto and incorporates herein in full its Memorandum in Support

with supporting Exhibits.  Haag submits there is no genuine issue of any material fact relative to

Relators' claims against Haag and, more importantly, Relators have absolutely no evidence to

support any of their claims against Haag.  Therefore, Haag should be dismissed from this matter

with prejudice.

**WHEREFORE, PREMISES CONSIDERED,** Haag requests this Honorable Court

grant summary judgment in its favor, on all issues, with prejudice.

Respectfully submitted, this 11th day of May, 2010.

HAAG ENGINEERING CO.

By:  */s/ Kathryn Platt*
LARRY G. CANADA (MSB #10480)
KATHRYN BREARD PLATT (MSB#102141)
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS  39501
Telephone: (228) 214-4250
Facsimile:  (228) 214-9650

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr &

Smith, has this day served a copy of the above and foregoing upon all counsel of record and

other interested persons via the Court's Electronic Notification System.

**THIS** the 11th day of May, 2010.

                                          /s/ Kathryn Platt_____
                                          KATHRYN BREARD PLATT (MSB#102141)