UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY et al                                                                 PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY et al         DEFENDANTS

## ORDER EXPEDITING RESPONSE TIME

Before the Court is Defendant's [521] Motion to Compel Patricia Lobrano to Comply with a Subpoena Duces Tecum. Defendant filed the motion on May 21, 2010. The discovery deadline is July 1, 2010. Given the fast-approaching discovery deadline, the Court finds that response and reply times should be shortened to allow the Court sufficient time to address the discovery dispute and issue an order in advance of the discovery deadline.

IT IS THEREFORE ORDERED that Relators shall file a response to the [521] Motion to Compel on or before June 1, 2010, and that Defendants shall file a reply on or before June 7, 2010.

SO ORDERED, this the 25th day of May, 2010.

                                                      s/ *Robert H. Walker*
                                                     UNITED STATES MAGISTRATE JUDGE