# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

## ORDER

The Court has before it [539] the Relators' Motion for Leave to File Under Seal Pursuant to Local Rule 79 Relators' Response in Objection to Haag Engineering Company's Motion for Summary Judgment ("Relators' Motion for Leave to File Under Seal"). For good cause shown, it is hereby

**ORDERED**

That Relators' Motion for Leave to File Under Seal is **GRANTED.**

**IT IS FURTHER ORDERED**

That Relators' Response in Objection to Haag Engineering Company's Motion for Summary Judgment may be submitted in physical form to chambers and to the Clerk of the Court in sealed containers bearing the statement:

**SUBJECT TO PROTECTIVE ORDER
NOT TO BE OPENED OR THE CONTENTS REVEALED
EXCEPT (1) TO THE COURT OR (2) BY ORDER OF THIS COURT**

**IT IS FURTHER ORDERED**

That the Relators may deliver their Response via overnight Fed Ex delivery or via hand delivery by courier.

**IT IS FURTHER ORDERED**

That Relators shall electronically file a Notice of Filing Under Seal with the Court's CM/ECF system to ensure that the docket reflects the document is physically filed under seal.

**SO ORDERED** this 27th day of May, 2010.


                                s/ <u>L. T. Senter, Jr.</u>
                                L. T. SENTER, JR.
                                SENIOR JUDGE