# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.;
  CORI RIGSBY; AND KERRI RIGSBY       RELATORS/COUNTER-DEFENDANTS

v.                                    CASE No. 1:06-cv-433-LTS-RHW

STATE FARM MUTUAL
  INSURANCE COMPANY, et al.           DEFENDANTS/COUNTER-PLAINTIFFS

## NOTICE OF DEPOSITION OF LISA WACHTER

PLEASE TAKE NOTICE that the undersigned counsel for Relators Kerri Rigsby and Cori Rigsby (the "Relators") will take the deposition of Lisa Wachter pursuant to Federal Rule of Civil Procedure 30, on June 18, 2010, beginning at 9:00 a.m. or such other time as Relators and deponent agree. The deposition will take place at the offices of Leonard, Street and Deinard, 150 South 5th Street, Minneapolis, MN 55402, or such other location as may be agreed upon by Relators and deponent. The deposition will continue from day to day until completed and may be recorded by stenographic, sound, and visual means.

THIS the 4th day of June, 2010

> Respectfully submitted,
>
>   /s/ C. Maison Heidelberg
> C. MAISON HEIDELBERG, MB #9559
> mheidelberg@heidelbergharmon.com
> GINNY Y. KENNEDY, MB #102199
> gkennedy@heidelbergharmon.com
> OF COUNSEL:
>
> HEIDELBERG HARMON PLLC.
> 795 Woodlands Parkway, Suite 220
> Ridgeland, Mississippi  39157
> Phone No.    (601) 351-3333
> Fax No.      (601) 956-2090

2

August J. Matteis, Jr. (admitted *pro hac vice*)
matteisa@gotofirm.com
Craig J. Litherland (admitted *pro hac vice*)
litherlandc@gotofirm.com
Benjamin Davidson (admitted *pro hac vice*)
davidsonb@gotofirm.com
GILBERT LLP
1100 New York Avenue NW, Suite 700
Washington, DC 20005
Phone No.      (202) 772-2200
Fax No.         (202) 772-3333

Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

 I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **4th day of June** caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

    Don Burkhalter, Esq.
    UNITED STATES ATTORNEY
     FOR MISSISSIPPI
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Felicia Adams, Esq.
    ASSISTANT U.S. ATTORNEY
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Joyce R. Branda, Esq.
    Patricia R. Davis, Esq.
    Jay D. Majors, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE
    Commercial Litigation Branch
    Civil Division
    601 D Street, NW
    Washington, DC 20004

    Larry G. Canada, Esq.
    Kathryn Breard Platt, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA 70139
    (p) 504-525-6802
    ATTORNEYS FOR HAAG ENGINEERING CO.

    Robert C. Galloway, Esq.
    Emerson Barney Robinson, III, Esq.
    Benjamin M. Watson, Esq.
    Jeffrey A. Walker, Esq.
    Amanda B. Barbour, Esq.
    BUTLER, SNOW, O'MARA,
     STEVENS & CANNADA, PLLC
    P.O. Box 22567
    Jackson, MS 39225
    (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
   PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

                                            /s/    C. Maison Heidelberg