**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**RELATORS' MOTION TO COMPEL COMPLETE AND PROMPT PRODUCTION OF DOCUMENTS AND REQUEST FOR RELATED COSTS AND SANCTIONS AGAINST STATE FARM FIRE & CASUALTY COMPANY**

Cori and Kerri Rigsby ("Relators"), pursuant to Federal Rules of Civil Procedure 37(a) hereby move the Court for an order compelling State Farm Fire & Casualty Co. ("State Farm") to complete the production of all documents responsive to Relators' Requests for Production of Documents and for related costs and other sanctions against State Farm for failing to comply with discovery obligations. A verified good faith certificate is attached to this motion. Relators would show:

1.  State Farm has repeatedly delayed its production of documents responsive to Relators' requests. On four separate occasions, including this past Tuesday, June 2, State Farm produced documents on the eve of a deposition to which those documents related. The documents produced on the eve of depositions had been requested previously but had not been produced in conjunction with State Farm's original responsive production. State Farm has offered only limited explanations as to why its document production has been routinely tardy. In each of these cases, the documents tardily produced appear to be documents readily available to State Farm.

2.       Furthermore, on May 25, 2010, State Farm finally produced responsive emails that were sent by or addressed to Ms. King and Mr. Gauvara, two of the key State Farm participants in the actions that are at the core of this litigation.  State Farm could not possibly have failed to appreciate that it was required to have searched all of the emails addressed to or sent by these individuals.

3.       In an effort to address the concerns raised by the first three instances in which State Farm made supplemental productions on the eve of depositions, Relators' counsel wrote to counsel for State Farm on May 3, 2010.  In response, State Farm's counsel indicated that State Farm's production of documents in response to Relators' document requests was complete.  In particular, State Farm's counsel stated:

> State Farm has made every effort to locate all responsive documents and produce them to you in a timely fashion.  We believe we have produced all responsive documents that we have been able to locate to date.  If any other responsive documents should be subsequently identified, their production will be made in accordance with the rule.

4.       Obviously, the assurances provided by State Farm's counsel were not accurate or reliable.  In fact, on June 4, 2010, State Farm confirmed that it will still be producing documents responsive to the Relators' first set of requests for production of documents.

5.       Given this history, Relators cannot rely upon State Farm to timely and completely meet its document production obligations.

WHEREFORE, Relators ask this Court to enter an order compelling complete and prompt responses to Relators Requests for production of documents, awarding costs for filing this motion, and granting a limited sanction consisting of a requirement that State Farm's lead

counsel certify that the document search and review procedures employed by State Farm would reasonable be expected to meet its discovery obligations and for such other relief as is just.

Respectfully submitted,

THIS the 4th day of June  2010

                                         /s/ C. Maison Heidelberg
                                        C. MAISON HEIDELBERG, MB #9559
                                        mheidelberg@heidelbergharmon.com
                                        GINNY Y. KENNEDY, MB #102199
                                        gkennedy@heidelbergharmon.com
                                        OF COUNSEL:

                                        HEIDELBERG HARMON PLLC.
                                        795 Woodlands Parkway, Suite 220
                                        Ridgeland, Mississippi  39157
                                        Phone No.     (601) 351-3333
                                        Fax No.         (601) 956-2090

                                        August J. Matteis, Jr. (admitted *pro hac vice*)
                                        matteisa@gotofirm.com
                                        Craig J. Litherland (admitted *pro hac vice*)
                                        litherlandc@gotofirm.com
                                        Benjamin Davidson (admitted *pro hac vice*)
                                        davidsonb@gotofirm.com
                                        GILBERT LLP
                                        1100 New York Avenue NW, Suite 700
                                        Washington, DC 20005
                                        Phone No.     (202) 772-2200
                                        Fax No.         (202) 772-3333

                                        Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

  I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this 4th day of June, 2010, caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

    Don Burkhalter, Esq.
    UNITED STATES ATTORNEY
     FOR MISSISSIPPI
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Felicia Adams, Esq.
    ASSISTANT U.S. ATTORNEY
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Joyce R. Branda, Esq.
    Patricia R. Davis, Esq.
    Jay D. Majors, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE
    Commercial Litigation Branch
    Civil Division
    601 D Street, NW
    Washington, DC 20004

    Larry G. Canada, Esq.
    Kathryn Breard Platt, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA 70139
    (p) 504-525-6802
    ATTORNEYS FOR HAAG ENGINEERING CO.

    Robert C. Galloway, Esq.
    Emerson Barney Robinson, III, Esq.
    Benjamin M. Watson, Esq.
    Jeffrey A. Walker, Esq.
    Amanda B. Barbour, Esq.
    BUTLER, SNOW, O'MARA,
     STEVENS & CANNADA, PLLC
    P.O. Box 22567
    Jackson, MS 39225
    (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

                                              /s/     C. Maison Heidelberg