UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY et al            PLAINTIFFS

VERSUS            CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM INSURANCE COMPANY et al            DEFENDANTS

## ORDER EXPEDITING RESPONSE/REPLY TIME

Before the Court are Relators' [569] Motion to Quash Subpoena Duces Tecum to Charlene Bosarge and Relators' [573] Motion to Compel Complete and Prompt Production. In order to maintain the deadlines established in the case management order, including the fast-approaching July 1, 2010 discovery deadline, the Court finds that the time for filing responses and replies to these pending motions should be shortened.

IT IS THEREFORE ORDERED that Defendants' responses to the pending motions shall be due on or before June 11, 2010, and that Relators' replies shall be due on or before June 15, 2010.

SO ORDERED, this the 7th day of June, 2010.

           s/ *Robert H. Walker*
           UNITED STATES MAGISTRATE JUDGE