AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

# CERTIFICATE OF GOOD STANDING

I, Fernando Galindo, Clerk of this Court,

certify that Derek Sugimura, Bar # 68693,

was duly admitted to practice in this Court on

9/11/09, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at Alexandria, VA on 6/7/10.
LOCATION                              DATE

Fernando Galindo                    Tina L. Fitzgerald
CLERK OF COURT                       DEPUTY CLERK