# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA** *ex rel.;*
**CORI RIGSBY; AND KERRI RIGSBY**           **RELATORS/COUNTER-DEFENDANTS**

**VS.**                                      **CASE NO. 1:06-CV-433-LTS-RHW**

**STATE FARM FIRE AND**
**CASUALTY COMPANY, ET AL**                  **DEFENDANT/COUNTER-PLAINTIFF**

### NOTICE OF CANCELLATION OF THE DEPOSITION OF TAMMY HARDISON

PLEASE TAKE NOTICE that the undersigned counsel for Relators, Kerri Rigsby and Cori Rigsby, (the "Relators"), hereby cancels the deposition of Tammy Hardison which was noticed pursuant to Federal Rule of Civil Procedure 30, for Friday, June 18, 2010, beginning at 10:30 a.m.

THIS the 11th day of June, 2010.

                                            Respectfully submitted,


                                            /s/ C. Maison Heidelberg
                                            C. MAISON HEIDELBERG, MB#9559

OF COUNSEL:

HEIDELBERG HARMON PLLC
795 Woodlands Parkway
Suite 220
Ridgeland, Mississippi 39157
Phone: (601) 351-3333
Fax:     (601) 956-2090


August J. Matteis, Jr., (admitted *pro hac vice*)
Craig J. Litherland (admitted *pro hac vice*)
Benjamin Davidson (admitted *pro hac vice*)
GILBERT LLP
1100 New York Avenue NW, Suite 700
Washington, DC 20005
Phone No.   (202) 772-2200
Fax No.     (202) 772-3333

Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that
I have this day caused the foregoing document to be filed with the Court's CM/ECF system which will cause notice to be delivered to all counsel of record.

Don Burkhalter, Esq.
UNITED STATES ATTORNEY FOR MISSISSIPPI
188 East Capitol Street, Suite 500
Jackson, MS 39201

Felicia Adams, Esq
ASSISTANT U.S. ATTORNEY
188 East Capitol Street, Suite 500
Jackson, MS 39201

Joyce R. Branda, Esq.
Patricia R. Davis, Esq.
Jay D. Majors, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
601 D. Street, NW
Washington, DC 20004

Larry G. Canada, Esq.
Kathryn Breard Platt, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139

Robert C. Galloway, Esq.
Emerson Barney Robinson, Esq.
Benjamin M. Watson, Esq.
Jeffrey A. Walker, Esq.
Amanda B. Barbour, Esq.
Butler, Snow, O'Mara, Stevens, & Cannada PLLC
P.O. Box 6010
Ridgeland, MS 39158-6010

Michael B. Beers, Esq.
Beers, Anderson, Jackson, Patty & Falwal, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104

```
```

Robert D. Gholson
Gholson Burson Entrekin & Orr, P.A.
P.O. Box 1289
Laurel, MS 39441-1289

THIS the 11th day of June, 2010.

                                          /s/ C. Maison Heidelberg
                                          C. MAISON HEIDELBERG

Robert D. Gholson
Gholson Burson Entrekin & Orr, P.A.
P.O. Box 1289
Laurel, MS 39441-1289

THIS the 11th day of June, 2010.

                                      /s/ C. Maison Heidelberg
                                      C. MAISON HEIDELBERG