# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

## AMENDED NOTICE OF DEPOSITION OF JOHN CONSER

PLEASE TAKE NOTICE that the undersigned counsel for Relators Kerri Rigsby and Cori Rigsby (the "Relators") will take the deposition of John Conser pursuant to Federal Rule of Civil Procedure 30, on June 18, 2010, beginning at 9:00 a.m. or such other time as Relators and deponent agree.[1]  The deposition will take place at the offices of Leonard, Street, and Deinard, 150 South 5th Street, Minneapolis, MN 55402 or such other location as may be agreed upon by Relators and deponent.  The deposition will continue from day to day until completed and may be recorded by stenographic, sound, and visual means.

THIS the 11th day of June, 2010

Respectfully submitted,

/s/ C. Maison Heidelberg

| | |
|---|---|
| August J. Matteis, Jr. (admitted *pro hac vice*) | C. MAISON HEIDELBERG, MB #9559 |
| matteisa@gotofirm.com | mheidelberg@heidelbergharmon.com |
| Craig J. Litherland (admitted *pro hac vice*) | GINNY Y. KENNEDY, MB #102199 |
| litherlandc@gotofirm.com | gkennedy@heidelbergharmon.com |
| Benjamin Davidson (admitted *pro hac vice*) | OF COUNSEL: |
| davidsonb@gotofirm.com | HEIDELBERG HARMON PLLC. |

---

[1] Conser's deposition previously was noticed for June 17, 2010. By agreement of counsel, it has been rescheduled. The deposition of Lisa Wachter previously scheduled for June 18, 2010, has been rescheduled for June 17, 2010; an appropriate notice has been filed.

Derek Y. Sugimura (admitted *pro hac vice*)  795 Woodlands Parkway, Suite 220
sugimurad@gotofirm.com  Ridgeland, Mississippi  39157
GILBERT LLP  Phone No.     (601) 351-3333
1100 New York Avenue NW, Suite 700  Fax No.        (601) 956-2090
Washington, DC 20005
Phone No.     (202) 772-2200
Fax No.        (202) 772-3333

        Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

     I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **11th day of June, 2010**, caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

> Don Burkhalter, Esq.
> UNITED STATES ATTORNEY
>   FOR MISSISSIPPI
> 188 East Capitol Street, Suite 500
> Jackson, MS 39201
>
> Felicia Adams, Esq.
> ASSISTANT U.S. ATTORNEY
> 188 East Capitol Street, Suite 500
> Jackson, MS 39201
>
> Joyce R. Branda, Esq.
> Patricia R. Davis, Esq.
> Jay D. Majors, Esq.
> UNITED STATES DEPARTMENT OF JUSTICE
> Commercial Litigation Branch
> Civil Division
> 601 D Street, NW
> Washington, DC 20004
>
> Larry G. Canada, Esq.
> Kathryn Breard Platt, Esq.
> Galloway, Johnson, Tompkins, Burr & Smith
> 701 Poydras Street, Suite 4040
> New Orleans, LA 70139
> (p) 504-525-6802
> ATTORNEYS FOR HAAG ENGINEERING CO.
>
> Robert C. Galloway, Esq.
> Emerson Barney Robinson, III, Esq.
> Benjamin M. Watson, Esq.
> Jeffrey A. Walker, Esq.
> Amanda B. Barbour, Esq.
> BUTLER, SNOW, O'MARA,
>    STEVENS & CANNADA, PLLC
> P.O. Box 22567
> Jackson, MS 39225
> (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM FIRE & CASUALTY
COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

                                      /s/     C. Maison Heidelberg