**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**RELATORS' NOTICE OF ENDORSEMENT OF AGREED ORDER ADDRESSING
[569] MOTION TO QUASH BOSARGE SUBPOENA DUCES TECUM,
ADDRESSING DETMAN [529] SUBPOENA DUCES TECUM
AND ADDRESSING BROWN [532] SUBPOENA DUCES TECUM**

Relators, Cori and Kerri Rigsby hereby notify the Court of their endorsement of the Agreed Order Addressing [569] Motion to Quash Bosarge Subpoena Duces Tecum, Addressing Detman [529] Subpoena Duces Tecum and Addressing Brown [532] Subpoena Duces Tecum.

Respectfully submitted this the 11th day of June, 2010,

|   |   |
|---|---|
|  | /s/ C. Maison Heidelberg |
| August J. Matteis, Jr. (admitted *pro hac vice*) | C. MAISON HEIDELBERG, MB #9559 |
| matteisa@gotofirm.com | mheidelberg@heidelbergharmon.com |
| Craig J. Litherland (admitted *pro hac vice*) | GINNY Y. KENNEDY, MB #102199 |
| litherlandc@gotofirm.com | gkennedy@heidelbergharmon.com |
| Benjamin Davidson (admitted *pro hac vice*) | OF COUNSEL: |
| davidsonb@gotofirm.com | HEIDELBERG HARMON PLLC. |
| Derek Y. Sugimura (admitted *pro hac vice*) | 795 Woodlands Parkway, Suite 220 |
| sugimurad@gotofirm.com | Ridgeland, Mississippi  39157 |
| GILBERT LLP | Phone No.    (601) 351-3333 |
| 1100 New York Avenue NW, Suite 700 | Fax No.       (601) 956-2090 |
| Washington, DC 20005 | |
| Phone No.    (202) 772-2200 | |
| Fax No.       (202) 772-3333 | |

Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

     I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **11th day of June, 2010**, caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

          Don Burkhalter, Esq.
          UNITED STATES ATTORNEY
            FOR MISSISSIPPI
          188 East Capitol Street, Suite 500
          Jackson, MS 39201

          Felicia Adams, Esq.
          ASSISTANT U.S. ATTORNEY
          188 East Capitol Street, Suite 500
          Jackson, MS 39201

          Joyce R. Branda, Esq.
          Patricia R. Davis, Esq.
          Jay D. Majors, Esq.
          UNITED STATES DEPARTMENT OF JUSTICE
          Commercial Litigation Branch
          Civil Division
          601 D Street, NW
          Washington, DC 20004

          Larry G. Canada, Esq.
          Kathryn Breard Platt, Esq.
          Galloway, Johnson, Tompkins, Burr & Smith
          701 Poydras Street, Suite 4040
          New Orleans, LA 70139
          (p) 504-525-6802
          ATTORNEYS FOR HAAG ENGINEERING CO.

          Robert C. Galloway, Esq.
          Emerson Barney Robinson, III, Esq.
          Benjamin M. Watson, Esq.
          Jeffrey A. Walker, Esq.
          Amanda B. Barbour, Esq.
          BUTLER, SNOW, O'MARA,
             STEVENS & CANNADA, PLLC
          P.O. Box 22567
          Jackson, MS 39225
          (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
    PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM FIRE & CASUALTY
COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

/s/     C. Mais