IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY RELATORS/COUNTER-DEFENDANTS

v. CASE NO. 1:06cv433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
HAAG ENGINEERING CO.; and ALEXIS KING DEFENDANTS

**STATE FARM FIRE AND CASUALTY COMPANY'S**
**NOTICE OF AMENDMENT**
**OF CERTIFICATES OF SERVICE ON [593] & [594]**

Defendant/Counter-Plaintiff State Farm Fire and Casualty Company ("State Farm") respectfully submits this Notice of Amendment of Certificates of Service with respect to one portion of the certificates of service on [593] & [594].

1. The certificates of service on [593] & [594] each reflected service via e-mail on:

**Via E-mail** @ dmcmullan@barrettlawoffice.com
David McMullan, Jr., Esq.
Barrett Law Office
404 Court Square North
Post Office Box 987
Lexington, MS 39095

ATTORNEY FOR BARRETT LAW FIRM AND KATRINA LITIGATION GROUP

2. In fact, both [593] & [594] were served via e-mail on David McMullan, Jr. on June 11, 2010, as reflected by each certificate of service. However, the Barrett Law Firm's e-mail system returned the e-mail copy of [593] as undeliverable, due to the large file size of the attachment, with its voluminous exhibits.

3. As a result, State Farm's counsel re-sent Mr. McMullan [593] via e-mail that same day, without exhibits. On the re-send, the e-mail copy of [593] was not returned as undeliverable.

4. State Farm's counsel then e-mailed Mr. McMullan and asked him if he would also like a hard copy of both documents, with exhibits or would prefer to download the exhibits to [593] off of PACER. Mr. McMullan thereafter requested a hard copy of each document and such (with all exhibits) were hand delivered to him on Monday, June 14, 2010.

5. Accordingly, the portions of the certificates of service of [593] & [594] regarding service on David McMullan, Jr. via e-mail on June 11, 2010, should be amended to reflect that the e-mail copy of [593] ultimately successfully transmitted that day lacked exhibits and that both [593] & [594] were again served on David McMullan, Jr., this time with all exhibits and via hand delivery, on Monday, June 14, 2010.

This the 17th day of June, 2010.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY

By: s/*E. Barney Robinson III* (MSB #09432)

Robert C. Galloway (MSB # 4388)
Jeffrey A. Walker (MSB # 6879)
E. Barney Robinson III (MSB #09432)
Benjamin M. Watson (MSB #100078)
Amanda B. Barbour (MSB # 99119)

ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Drawer 4248
Gulfport, MS 39502
(P)(228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M), PHV
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama 36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*
James R. Robie (CA State Bar # 67303), PHV
ROBIE & MATTHAI
Suite 1500
Biltmore Tower
500 South Grand Avenue
Los Angeles, California 90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) jrobie@romalaw.com

*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I, E. Barney Robinson III, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System or as otherwise indicated below:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
maison@heidlebergpa.com
ginny@heidelbergpa.com

Scott D. Gilbert
August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
gilberts@gotofirm.com
matteisa@gotofirm.com
litherlandc@gotofirm.com
davidsonb@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409
(E) felicia.adams@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street
Suite 4040
New Orleans, LA 70139
(P) (504) 525-6802
(F) (504) 525-2456
lcanada@gjtbs.com
kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441
gholson@gbeolaw.com
wallace@gbeolaw.com

ATTORNEYS FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

**Via E-mail** @ dmcmullan@barrettlawoffice.com
David McMullan, Jr., Esq.
Barrett Law Office
404 Court Square North
Post Office Box 987
Lexington, MS 39095

ATTORNEY FOR BARRETT LAW FIRM AND KATRINA LITIGATION GROUP

THIS the 17th day of June, 2010.

By: s/*E. Barney Robinson III* (MSB #09432)
E. Barney Robinson III (MSB #09432)

Jackson 5259335v1