UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY et al                                                                                        PLAINTIFFS

VERSUS                                                      CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM INSURANCE COMPANY et al                                         DEFENDANTS

## ORDER EXPEDITING RESPONSE/REPLY TIME

Before the Court are State Farm's [593] Motion to Compel and Relators' [604] Motion to Compel.  In order to maintain the deadlines established in the case management order, including the fast-approaching July 1, 2010 discovery deadline, the Court finds that the time for filing responses and replies to these pending motions should be shortened.

IT IS THEREFORE ORDERED that responses to the pending motions shall be due on or before June 23, 2010, and that replies shall be due on or before June 25, 2010.

SO ORDERED, this the 17thth day of June, 2010.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE