**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**NOTICE OF ASSERTION OF PRIVILEGE**

Relators Kerri Rigsby and Cori Rigsby ("Relators") hereby provide notice that they decline to waive or relinquish their attorney-client privilege, work product privilege, or other privileges or protections to which they may be entitled as to documents or information that may be in the possession of any former counsel, persons who acted at the direction of former counsel, or the successors thereto. Relators assert their right to have any and all former counsel, persons who acted at the direction of former counsel, or the successors thereto take appropriate steps to maintain and protect that confidentiality and privileged nature of whatever information or documents may exist their files or otherwise in their possession, including but not limited to asserting where appropriate privileges or protections affecting the Relators' former counsel's billing records in the possession of the Katrina Litigation Group.

\*      \*      \*

THIS the 23rd day of June, 2010

| | |
|---|---|
| August J. Matteis, Jr. (admitted *pro hac vice*)<br>matteisa@gotofirm.com<br>Craig J. Litherland (admitted *pro hac vice*)<br>litherlandc@gotofirm.com<br>Benjamin Davidson (admitted *pro hac vice*)<br>davidsonb@gotofirm.com<br>Derek Y. Sugimura (admitted *pro hac vice*)<br>sugimurad@gotofirm.com<br>GILBERT LLP<br>1100 New York Avenue NW, Suite 700<br>Washington, DC 20005<br>Phone No.   (202) 772-2200<br>Fax No.   (202) 772-3333 | /s/ C. Maison Heidelberg<br>C. MAISON HEIDELBERG, MB #9559<br>mheidelberg@heidelbergharmon.com<br>GINNY Y. KENNEDY, MB #102199<br>gkennedy@heidelbergharmon.com<br>OF COUNSEL:<br>HEIDELBERG HARMON PLLC.<br>795 Woodlands Parkway, Suite 220<br>Ridgeland, Mississippi  39157<br>Phone No.   (601) 351-3333<br>Fax No.   (601) 956-2090<br><br>Attorneys for Kerri Rigsby and Cori Rigsby |

**CERTIFICATE OF SERVICE**

     I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **23rd day of June, 2010**, caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

          Don Burkhalter, Esq.
          UNITED STATES ATTORNEY
            FOR MISSISSIPPI
          188 East Capitol Street, Suite 500
          Jackson, MS 39201

          Felicia Adams, Esq.
          ASSISTANT U.S. ATTORNEY
          188 East Capitol Street, Suite 500
          Jackson, MS 39201

          Joyce R. Branda, Esq.
          Patricia R. Davis, Esq.
          Jay D. Majors, Esq.
          UNITED STATES DEPARTMENT OF JUSTICE
          Commercial Litigation Branch
          Civil Division
          601 D Street, NW
          Washington, DC 20004

          Larry G. Canada, Esq.
          Kathryn Breard Platt, Esq.
          Galloway, Johnson, Tompkins, Burr & Smith
          701 Poydras Street, Suite 4040
          New Orleans, LA 70139
          (p) 504-525-6802
          ATTORNEYS FOR HAAG ENGINEERING CO.

          Robert C. Galloway, Esq.
          Emerson Barney Robinson, III, Esq.
          Benjamin M. Watson, Esq.
          Jeffrey A. Walker, Esq.
          Amanda B. Barbour, Esq.
          BUTLER, SNOW, O'MARA,
            STEVENS & CANNADA, PLLC
          P.O. Box 22567
          Jackson, MS 39225
          (p) 601-948-5711

        Michael B. Beers, Esq.
        BEERS, ANDERSON, JACKSON
          PATTY & FALWAL, PC
        250 Commerce Street, Suite 100
        Montgomery, AL 36104
        (p) 334-834-5311
        ATTORNEYS FOR STATE FARM FIRE & CASUALTY
        COMPANY

        Robert D. Gholson
        GHOLSON BURSON ENTREKIN & ORR, P.A.
        55 North 5th Avenue
        P.O. Box 1289
        Laurel, MS 39441-1289
        ATTORNEYS FOR FORENSIC ANALYSIS
        ENGINEERING CORPORATION


        /s/     C. Maison Heidelberg____