# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.;
   CORI RIGSBY; AND KERRI RIGSBY      RELATORS/COUNTER-DEFENDANTS

v.                                                CASE No. 1:06-cv-433-LTS-RHW

STATE FARM FIRE AND
   CASUALTY COMPANY, et al.

                                                DEFENDANTS/COUNTER-PLAINTIFFS

## RELATORS' WITHDRAWAL OF EXPERT DESIGNATION

Relators Kerri Rigsby and Cori Rigsby hereby withdraw their designation of Joe Gregg as an expert witness.

This the 1st day of July, 2010           Respectfully, submitted,

                                                      /s/ C. Maison Heidelberg
                                                    C. MAISON HEIDELBERG, MB #9559
                                              GINNY Y. KENNEDY, MB #102199

OF COUNSEL                               Attorneys for Cori Rigsby and Kerri Rigsby
August J. Matteis, Jr. (*admitted pro hac vice*)   HEIDELBERG HARMON PLLC
Craig J. Litherland (*admitted pro hac vice*)     795 Woodlands Parkway, Suite 220
Scott D. Gilbert (*admitted pro hac vice*)        Ridgeland, Mississippi 39157
Benjamin Davidson (*admitted pro hac vice*)    Phone No.     (601) 351-3333
GILBERT LLP                              Fax No.       (601) 956-2090
1100 New York Avenue NW, Suite 700       mheidelberg@heidelbergharmon.com
Washington, DC 20005
Phone No.     (202) 772-2200
Fax No.       (202) 772-3333
matteisa@gotofirm.com
litherlandc@gotofirm.com
gilberts@gotofirm.com
davidsonb@gotofirm.com

**CERTIFICATE OF SERVICE**

  I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **1st day of July, 2010**, caused the foregoing instrument to be filed with the Court's CM/ECF system, which will send notice and a link to the document to the following persons or parties:

    Don Burkhalter, Esq.
    UNITED STATES ATTORNEY
     FOR MISSISSIPPI
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Felicia Adams, Esq.
    ASSISTANT U.S. ATTORNEY
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Joyce R. Branda, Esq.
    Patricia R. Davis, Esq.
    Jay D. Majors, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE
    Commercial Litigation Branch
    Civil Division
    601 D Street, NW
    Washington, DC 20004

    Larry G. Canada, Esq.
    Kathryn Breard Platt, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA 70139
    (p) 504-525-6802
    ATTORNEYS FOR HAAG ENGINEERING CO.

    Robert C. Galloway, Esq.
    Emerson Barney Robinson, III, Esq.
    Benjamin M. Watson, Esq.
    Jeffrey A. Walker, Esq.
    Amanda B. Barbour, Esq.
    BUTLER, SNOW, O'MARA,
     STEVENS & CANNADA, PLLC
    P.O. Box 22567
    Jackson, MS 39225
    (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
   PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM FIRE & CASUALTY
COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION


                              /s/     C. Maison Heidelberg___