UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORRI RIGSBY and
KERRI RIGSBY                                                                    RELATORS

VERSUS                                              CIVIL ACTION NO. 1:06CV433-LG-RHW

STATE FARM FIRE AND CASUALTY COMPANY et al                    DEFENDANTS

## ORDER EXPEDITING RESPONSE TIME

Before the Court is State Farm's [671] Motion for a Limited Amendment to the Case

Management Order.  In the motion, State Farm requests out-of-time discovery to obtain materials

from SLF, to obtain materials from The Rendon Group (TRG), and to complete the depositions

of the Rigsbys, SLF, and possibly TRG.  State Farm also requests an extension of the motion

deadline by 30 days.  State Farm represents that the Rigsbys do not oppose the request for relief

with respect to TRG and the request to extend the motion deadline to August 16, 2010;  however,

the Rigsbys oppose the balance of the motion.

Based on the foregoing, the Court finds that the response and reply times on this motion

shall be reduced.  Responses shall be due on or before **July 7, 2010**.  Replies shall be due on or

before **July 8, 2010**.  Once briefing has been completed and a final order entered, the Court

intends to grant by agreement the motion with respect to out-of time discovery for TRG and to

extend the motion deadline to August 16, 2010.  The remaining disputed topics will be addressed

in the Order as well.

SO ORDERED, this the 2nd day of July, 2010.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE