IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                RELATORS/COUNTER-DEFENDANTS

v.                                           CASE NO. 1:06cv433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY   DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
HAAG ENGINEERING CO.; and ALEXIS KING                        DEFENDANTS

**STATE FARM FIRE AND CASUALTY COMPANY'S
FED. R. CIV. P. 16(f)(1)(C), 37(c) & MISS. UNIF. CIV. L. R. 26(a)(3)
MOTION TO EXCLUDE/IN LIMINE FOR FAILURE TO TIMELY DISCLOSE**

*(With Verified Good Faith Certificate)*

Defendant/Counterclaimant State Farm and Casualty Company ("State Farm") submits this Fed. R. Civ. P. 16(f)(1)(C), 37(c) & Miss. Unif. Civ. L. R. 26(a)(3) Motion to Exclude/In Limine for Failure to Timely Disclose.  State Farm would show:

1. State Farm incorporates by reference its concomitant memorandum of authorities filed in support of this motion, including all arguments, authorities and evidence therein.

2. State Farm respectfully requests that this Court, at a minimum, strike Owen McPeek, Shirley McPeek, Michael Cavanaugh, Shannon Cavanaugh, Sam Larosa, Ann Larosa, Eugene Batia, Debora Batia, Tarra Lee Barnes, and Patricia Day from the Rigsbys' Supplemental Disclosures, and preclude the Rigsbys from offering their testimony in any motion, at any hearing, or at trial.  *See* Fed. R. Civ. P. 16(f)(1)(C); Fed. R. Civ. P. 37(b)(2)(A)(ii); Fed. R. Civ. P. 37(c)(1).

WHEREFORE, PREMISES CONSIDERED, for the foregoing reasons, State Farm respectfully requests that its motion be granted. State Farm seeks such further, supplemental and alternative relief as may be appropriate in the premises.

This the 12th day of July, 2010.

                        Respectfully submitted,

                        STATE FARM FIRE AND CASUALTY COMPANY

By:   s/*E. Barney Robinson III* (MSB #09432)
       Robert C. Galloway (MSB # 4388)
       Jeffrey A. Walker (MSB # 6879)
       E. Barney Robinson III (MSB #09432)
       Benjamin M. Watson (MSB #100078)
       Amanda B. Barbour (MSB # 99119)

                      ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Drawer 4248
Gulfport, MS  39502
(P)(228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M), PHV
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, AL  36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (CA State Bar # 67303), PHV
ROBIE & MATTHAI
Suite 1500
Biltmore Tower
500 South Grand Avenue
Los Angeles, CA  90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) jrobie@romalaw.com

*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I, E. Barney Robinson III, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS  39157
(P) (601) 351-3333
(F) (601) 956-2090
maison@heidlebergpa.com
ginny@heidelbergpa.com

Scott D. Gilbert
August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC  20005
gilberts@gotofirm.com
matteisa@gotofirm.com
litherlandc@gotofirm.com
davidsonb@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
(P) (202) 307-0264
(F) (202) 514-0280

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS  39201
(P) (601) 965-4480
(F) (601) 965-4409
(E) felicia.adams@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street
Suite 4040
New Orleans, LA  70139
(P) (504) 525-6802
(F) (504) 525-2456
lcanada@gjtbs.com
kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441
gholson@gbeolaw.com
wallace@gbeolaw.com

ATTORNEYS FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

THIS the 12th day of July, 2010.

By:    s/*E. Barney Robinson III* (MSB #09432)
           E. Barney Robinson III (MSB #09432)

Jackson 5352593v1

2