IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY          RELATORS/COUNTER-DEFENDANTS

v.                                  CASE NO. 1:06cv433-LTS-RHW

STATE FARM MUTUAL INSURANCE COMPANY   DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
HAAG ENGINEERING CO.;                            DEFENDANTS

**DON BARRETT AND KATRINA LITIGATION GROUP'S
NOTICE OF COMPLIANCE WITH THE COURT'S ORDER OF JULY 1, 2010**

Don Barrett and Katrina Litigation Group, by and through counsel, file this their Notice that

they have this day served State Farm counsel with additional responsive documents and a detailed

privilege log regarding withheld documents, in compliance with the Court's order of July 1, 2010.

Respectfully submitted this the 21st day of July, 2010.

/s/ David McMullan, Jr
David McMullan, Jr.
David McMullan, Jr. (MSB No. 8494)
DON BARRETT, P.A.
404 Court Square North
P.O. Box 987
Lexington, Mississippi 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
Email: dmcmullan@barrettlawoffice.com

Counsel for Don Barrett and
Katrina Litigation Group

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned attorney for Don Barrett and Katrina Litigation

Group, has this the 21ˢᵗ day of July, 2010, served a copy of the above and foregoing upon all

counsel of record and other interested persons via the Court's Electronic Notification System.


/s/ David McMullan, Jr. _____
David McMullan, Jr.

Counsel for Don Barrett and
Katrina Litigation Group