IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY   RELATORS/COUNTER-DEFENDANTS

v.   CASE NO. 1:06cv433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY   DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
HAAG ENGINEERING CO.; and ALEXIS KING   DEFENDANTS

## AMENDED NOTICE TO TAKE VIDEOTAPED
## DEPOSITION UPON ORAL EXAMINATION

Defendant/Counter-Plaintiff State Farm Fire and Casualty Company gives notice, pursuant to the Federal Rules of Civil Procedure, that it will take the videotaped deposition upon oral examination of **John Rendon** at Fried, Frank, Harris Shriver & Jacobson LLP, 1001 Pennsylvania Avenue, N.W., Suite 800, Washington, DC 20004, beginning at 9:00 p.m. EDT on August 2, 2010.  This deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence including for use at trial.  The oral examination will continue from day to day until completed before an officer authorized to administer oaths.  You are invited to attend and take part in the examination in accordance with the Federal Rules of Civil Procedure.

This the 22nd day of July, 2010.

Respectfully submitted,
STATE FARM FIRE AND CASUALTY COMPANY

By:   s/*E. Barney Robinson III*
Robert C. Galloway (MB # 4388)
Jeffrey A. Walker (MB # 6879)
E. Barney Robinson III (MB #09432)
Benjamin M. Watson (MB #100078)
Amanda B. Barbour (MB # 99119)

ITS ATTORNEYS

-2-

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Drawer 4248
Gulfport, MS   39502
(P)(228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M), PHV
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama 36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (CA State Bar # 67303), PHV
ROBIE & MATTHAI
Suite 1500
Biltmore Tower
500 South Grand Avenue
Los Angeles, California  90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) jrobie@romalaw.com

*PRO HAC VICE*

## **CERTIFICATE OF SERVICE**

I, E. Barney Robinson III, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System:

C. Maison Heidelberg
Ginny Y. Kennedy
HEIDELBERG HARMON, PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
(E) mheidelberg@heidelbergharmon.com
(E) gkennedy@heidelbergharmon.com

August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
Derek Y. Sugimura
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
(E) matteisa@gotofirm.com
(E) litherlandc@gotofirm.com
(E) davidsonb@gotofirm.com
(E) sugimurad@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280
(E) jay.majors@usdoj.gov

-4-

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409
(E) felicia.adams@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
2510 14th Street, Suite 910
Gulfport, MS 39501
(P) (228) 214-4250
(F) (228) 214-9650
(E) lcanada@gjtbs.com
(E) kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441
(E) gholson@gbeolaw.com

ATTORNEY FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

THIS the 22nd day of July, 2010.

By:   s/E. Barney Robinson III
       E. Barney Robinson III

Jackson 5391202v1