# EXHIBIT E

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                     SOUTHERN DIVISION
 3
 4
    UNITED STATES OF AMERICA,
 5  ex rel.; CORI RIGSBY;                      RELATORS/
    AND KERRI RIGSBY                    COUNTER-DEFENDANTS
 6
    V.                      CASE NO. 1:06-cv-433-LTS-RHW
 7
    STATE FARM MUTUAL                           DEFENDANT/
 8  INSURANCE COMPANY                    COUNTER-PLAINTIFF
 9  and
10  FORENSIC ANALYSIS ENGINEERING
    CORPORATION; EXPONENT, INC.;
11  HAAG ENGINEERING CO.; JADE
    ENGINEERING; RIMKUS CONSULTING
12  GROUP, INC.; STRUCTURES GROUP;
    E.A. RENFROE, INC.; JANA RENFROE;
13  GENE RENFROE; AND ALEXIS KING              DEFENDANTS
    _____
14
         VIDEOTAPED DEPOSITION OF THOMAS MCINTOSH
15  _____
16       Taken at Butler, Snow, O'Mara, Stevens &
         Cannada, Whitney National Bank Building, 1300
17       25th Avenue, Suite 204, Gulfport,
         Mississippi, on Wednesday, May 5, 2010,
18       beginning at 9:16 a.m.
19
20
21
22
23                    REPORTED BY:
            Elizabeth Bost Simpson, CSR 1293
24               2100 18th Street
            Gulfport, Mississippi  39501
25            ESimpson@SBMreporting.com
```

```
 1    APPEARANCES:
 2    AUGUST J. MATTEIS, JR., ESQUIRE
      Gilbert, LLP
 3    1100 New York Avenue NW, Suite 700
      Washington, D.C.  20005
 4    matteisa@gotofirm.com
              REPRESENTING THE RELATORS
 5
      KATHRYN BREARD PLATT, ESQUIRE (via telephone)
 6    Galloway, Johnson, Tompkins, Burr & Smith
      2510 14th Street, Suite 910
 7    Gulfport, MS  39501
      kplatt@gjtbs.com
 8            REPRESENTING HAAG ENGINEERING
 9    ROBERT C. GALLOWAY, ESQUIRE
      Butler, Snow, O'Mara, Stevens & Cannada
10    1300 25th Avenue, Suite 204
      Gulfport, MS  39501
11    bob.galloway@butlersnow.com
              REPRESENTING STATE FARM
12
      WILLIAM F. MERLIN, JR., ESQUIRE
13    Merlin Law Group
      777 S. Harbour Island Blvd., Suite 950
14    Tampa, FL  33602
      wmerlin@merlinlawgroup.com
15            REPRESENTING THE WITNESS
16    ALSO PRESENT:  David Gipson, Videographer
                     Kerri Rigsby
17
                         - - -
18
19
20
21
22
23
24
25
```

1   triangular -- is that a window?
2       A.   Yes.
3       Q.   Was that window boarded up when you left
4   for Destin before the hurricane?
5       A.   I don't believe so.
6       Q.   Was that window broken in the storm?
7       A.   No.
8       Q.   The -- it appears in the top of this
9   Photograph 23 that a section of the ceiling in the
10  great room has been removed, cut out in a
11  rectangular fashion; is that correct?
12      A.   Yes.
13      Q.   Is that the same section we looked at
14  earlier, or is that a different section of the
15  ceiling that was cut out?
16      A.   Same.
17      Q.   The same thing?
18      A.   The same section.
19      Q.   Okay.  And as I understand your
20  testimony, that was cut out because there had been
21  a leak in an air-conditioning unit?
22      A.   Correct.
23      Q.   And the leak existed before Hurricane
24  Katrina; is that right?
25      A.   Repairs were being done that week.

1    Q.   Was -- was that section of the ceiling,
2  had that already been cut out before Katrina?
3    A.   Yes.
4    Q.   Section -- I'm sorry.  Photograph 24 of
5  Exhibit 11, is that looking from the breakfast
6  area into the great room?
7    A.   Yes.
8    Q.   I see some wires hanging in a cabinet
9  without doors.  Is that the wiring you mentioned
10 that was to the music system, the surround sound
11 system?
12   A.   Yes.
13   Q.   And it goes from the cabinet back into
14 the wall and then -- or throughout the walls to
15 the five or six speakers?
16   A.   Inside, outside, yes, wherever we had
17 speakers.
18   Q.   Were there some speakers outside, too?
19   A.   Yes.
20   Q.   Photograph 25 of Exhibit 11 is the other
21 end of the great room looking into -- what's that
22 open door on the right?  Is that the utility room
23 that --
24   A.   Yes.
25   Q.   -- you're looking into?