# EXHIBIT L

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    SOUTHERN DIVISION


UNITED STATES OF AMERICA,
ex rel.; CORI RIGSBY;                       RELATORS/
AND KERRI RIGSBY                       COUNTER-DEFENDANTS

V.                       CASE NO. 1:06-cv-433-LTS-RHW

STATE FARM MUTUAL                            DEFENDANT/
INSURANCE COMPANY                       COUNTER-PLAINTIFF
and
FORENSIC ANALYSIS ENGINEERING
CORPORATION; EXPONENT, INC.;
HAAG ENGINEERING CO.; JADE
ENGINEERING; RIMKUS CONSULTING
GROUP, INC.; STRUCTURES GROUP;
E.A. RENFROE, INC.; JANA RENFROE;
GENE RENFROE; AND ALEXIS KING           DEFENDANTS
_____

        VIDEOTAPED DEPOSITION OF THOMAS MCINTOSH
_____

     Taken at Butler, Snow, O'Mara, Stevens &
     Cannada, Whitney National Bank Building, 1300
     25th Avenue, Suite 204, Gulfport,
     Mississippi, on Wednesday, May 5, 2010,
     beginning at 9:16 a.m.




                    REPORTED BY:
        Elizabeth Bost Simpson, CSR 1293
                2100 18th Street
         Gulfport, Mississippi  39501
              ESimpson@SBMreporting.com
```

```
 1   APPEARANCES:
 2   AUGUST J. MATTEIS, JR., ESQUIRE
     Gilbert, LLP
 3   1100 New York Avenue NW, Suite 700
     Washington, D.C.  20005
 4   matteisa@gotofirm.com
            REPRESENTING THE RELATORS
 5
     KATHRYN BREARD PLATT, ESQUIRE (via telephone)
 6   Galloway, Johnson, Tompkins, Burr & Smith
     2510 14th Street, Suite 910
 7   Gulfport, MS  39501
     kplatt@gjtbs.com
 8          REPRESENTING HAAG ENGINEERING
 9   ROBERT C. GALLOWAY, ESQUIRE
     Butler, Snow, O'Mara, Stevens & Cannada
10   1300 25th Avenue, Suite 204
     Gulfport, MS  39501
11   bob.galloway@butlersnow.com
            REPRESENTING STATE FARM
12
     WILLIAM F. MERLIN, JR., ESQUIRE
13   Merlin Law Group
     777 S. Harbour Island Blvd., Suite 950
14   Tampa, FL  33602
     wmerlin@merlinlawgroup.com
15          REPRESENTING THE WITNESS
16   ALSO PRESENT:  David Gipson, Videographer
                    Kerri Rigsby
17
                         - - -
18
19
20
21
22
23
24
25
```

1  triangular -- is that a window?

2  A.  Yes.

3  Q.  Was that window boarded up when you left

4  for Destin before the hurricane?

5  A.  I don't believe so.

6  Q.  Was that window broken in the storm?

7  A.  No.

8  Q.  The -- it appears in the top of this

9  Photograph 23 that a section of the ceiling in the

10 great room has been removed, cut out in a

11 rectangular fashion; is that correct?

12 A.  Yes.

13 Q.  Is that the same section we looked at

14 earlier, or is that a different section of the

15 ceiling that was cut out?

16 A.  Same.

17 Q.  The same thing?

18 A.  The same section.

19 Q.  Okay.  And as I understand your

20 testimony, that was cut out because there had been

21 a leak in an air-conditioning unit?

22 A.  Correct.

23 Q.  And the leak existed before Hurricane

24 Katrina; is that right?

25 A.  Repairs were being done that week.

1    Q.   Was -- was that section of the ceiling,
2  had that already been cut out before Katrina?
3    A.   Yes.
4    Q.   Section -- I'm sorry.  Photograph 24 of
5  Exhibit 11, is that looking from the breakfast
6  area into the great room?
7    A.   Yes.
8    Q.   I see some wires hanging in a cabinet
9  without doors.  Is that the wiring you mentioned
10 that was to the music system, the surround sound
11 system?
12   A.   Yes.
13   Q.   And it goes from the cabinet back into
14 the wall and then -- or throughout the walls to
15 the five or six speakers?
16   A.   Inside, outside, yes, wherever we had
17 speakers.
18   Q.   Were there some speakers outside, too?
19   A.   Yes.
20   Q.   Photograph 25 of Exhibit 11 is the other
21 end of the great room looking into -- what's that
22 open door on the right?  Is that the utility room
23 that --
24   A.   Yes.
25   Q.   -- you're looking into?