# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA EX REL. CORI RIGSBY AND KERRI RIGSBY | * * * * | RELATORS |
| VS. | * * | CASE NO. 1:06cv00433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, ET. AL. | * * | DEFENDANTS |

## HAAG ENGINEERING CO.'S JOINDER IN STATE FARM FIRE AND CASUALTY COMPANY'S MOTIONS TO EXCLUDE TESTIMONY BY THE RELATORS' EXPERT WITNESSES

**COMES NOW**, Defendant, Haag Engineering Co. ("Haag"), by and through its attorneys of record, who hereby renews its previous joinder [312] in State Farm Motions to Exclude Patrick J. Fitzpatrick, Ph.D. [294] [295], Keith G. Blackwell, Ph.D. [296] [297], R. Ralph Sinno, Ph.D. [298] [299], and David J. Favre, Sr. [300] [301]. Haag further joins in the following:

1. State Farm's Renewal of its Motion to Exclude Patrick J. Fitzpatrick, Ph.D. [705];

2. State Farm's Renewal of its Motion to Exclude David J. Favre, Sr. [706];

3. State Farm's Motion to Exclude John Fowler, P.E. [707] [708];

4. State Farm's Motion to Exclude Louis G. Fey, Jr. [709] [710]

Respectfully submitted, this 29th day of July, 2010.

        HAAG ENGINEERING CO.

By: */s/ Kathryn Platt*
    LARRY G. CANADA (MSB #10480)
    Email: lcanada@gjtbs.com
    KATHRYN BREARD PLATT (MSB#102141)
    Email: kplatt@gjtbs.com
    GALLOWAY, JOHNSON, TOMPKINS,
      BURR & SMITH
    2510 14th Street, Suite 910

Gulfport, MS  39501
Telephone: (228) 214-4250
Facsimile:  (228) 214-9650

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon all counsel of record and other interested persons via the Court's Electronic Notification System.

**THIS** the 29th day of July, 2010.

 */s/ Kathryn Platt*
KATHRYN BREARD PLATT (MSB#102141)