UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
**EX REL. CORI RIGSBY and KERRI RIGSBY**                                **RELATORS**

**V.**                                                    **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM INSURANCE COMPANY, ET AL.**                **DEFENDANTS**

ORDER GRANTING MOTION
OF FORENSIC ANALYSIS ENGINEERING CORPORATION TO DISMISS

Upon due consideration of the unopposed motion [693] of Forensic Analysis Engineering Corporation to dismiss, the Court finds that the motion should be granted.

Accordingly, it is

**ORDERED and ADJUDGED**

That the unopposed motion [693] of Forensic Analysis Engineering Corporation to dismiss is hereby **GRANTED**, and the plaintiffs' action as to Forensic Analysis Engineering Corporation is hereby finally **DISMISSED**.  Each party will bear its own costs.

**SO ORDERED and ADJUDGED** this 29th day of July, 2010.

                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE