IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                    RELATORS/COUNTER-DEFENDANTS

v.                                              CASE NO. 1:06cv433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY   DEFENDANT/COUNTER-PLAINTIFF

and

FORENSIC ANALYSIS ENGINEERING CORPORATION;
HAAG ENGINEERING CO.; and ALEXIS KING                          DEFENDANTS

## NOTICE TO TAKE VIDEOTAPED
## DEPOSITION UPON ORAL EXAMINATION

Defendant/Counter-Plaintiff State Farm Fire and Casualty Company gives notice, pursuant to Federal Rules of Civil Procedure 30(b)(6), that it will take the videotaped deposition upon oral examination of **The Scruggs Law Firm, P.A./SLF, Inc.** at beginning at 9:00 a.m. on August 4, 2010 at the offices of Mayo Mallette, PLLC, 2094 Old Taylor Road, Suite 200, Oxford, Mississippi 38655. This deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence including for use at trial. The oral examination will continue from day to day until completed before an officer authorized to administer oaths. You are invited to attend and take part in the examination in accordance with the Federal Rules of Civil Procedure.

## I. DEFINITION OF TERMS

"Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34 of the Federal Rules of Civil Procedure, including electronically stored information (ESI). A draft of non-identical copy is a separate document within the meaning of its term.

**If any responsive Document(s) has been produced to State Farm in connection with *McIntosh v. State Farm Fire & Casualty Co.*, 1:06cv1080-LTS-RHW, rather than reproducing it in response to this subpoena, it will be sufficient to cite the Bates number or other identifying label in response to the particular request.**

"Bartimus, Frickelton, Robertson & Gorny, PC" shall mean Bartimus, Frickelton, Robertson & Gorny, PC, including its current and former attorneys, paralegals, employees, partners, officers, directors, consultants, investigators and agents including, but not limited to Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickelton, and Mary Doerhoff Winter.

"Concerning" shall mean referring to, relating to, describing, evidencing, or constituting.

"Graves, Bartle & Marcus, LLC" shall mean Graves, Bartle & Marcus, LLC, including its current and former attorneys, paralegals, employees, partners, officers, directors, consultants, investigators and agents including, but not limited to, Todd Graves, David L. Marcus and Matther V. Bartle.

"Including" shall mean including without limitation.

"Relators" shall mean Cori Rigsby or Kerri Rigsby or any persons or entities acting on their behalf.

"Scruggs Law Firm, P.A." shall mean Scruggs Law Firm, P.A., and its apparent successor, SLF, Inc., including their current and former attorneys, paralegals, employees, partners, officers, directors, consultants, investigators and agents including, but not limited to, Richard Scruggs, Zach Scruggs, Sid Backstrom, Charlene Bosarge, Darren Versiga and Beth Jones.

"Scruggs Katrina Group" shall mean any attorney currently or formerly practicing with: The Scruggs Law Firm, P.A.; The Barrett Law Office, P.A.; The Lovelace Law Firm, P.A.; Nutt & McAlister, PLLC, or Jones, Funderburg & Sessums, PLLC, and without limiting the generality of the foregoing, shall specifically include the following individuals associated with the firms that comprise or comprised the SKG or otherwise assisted the SKG: Richard Scruggs; Zach Scruggs; Don Barrett; Sid Backstrom; Zach Butterworth, Gary M. Yarborough, Marshall Smith, Jr.; David McMullan, Jr.; Dewitt Lovelace; David Nutt; Mary E. McAlister; Derek Wyatt; John Jones; and Steven Funderberg.

"The Rendon Group Incorporated" shall mean The Rendon Group Incorporated and any of its officers, directors, employees, contractors, agents, consultants, principals and /or affiliated entities.

"Person" means any individual, corporation, proprietorship, partnership, association or any other natural or legal entity.

"Document," is defined to be synonymous in meaning and equal in scope to the usage of this term in Rule 34 of the Federal Rules of Civil Procedure, including all writings, records, tapes, drawings, graphs, charts, photographs, phonorecords, computerized data, electronically stored information (ESI), and other data compilations from which information can be obtained or translated, and any drafts or copies thereof.

"Action" means the instant lawsuit.

"State Farm" means State Farm Fire and Casualty Company.

"Office of the Attorney General" shall mean Attorney General Jim Hood, any Assistant Attorney General, Deputy Attorney General, Special Assistant Attorney General, or any member of the office or staff of the Attorney General for the State of Mississippi.

"Scruggs Katrina Group" or "SKG" shall mean any attorney currently or formerly practicing with: The Scruggs Law Firm, P.A.; The Barrett Law Office, P.A.; The Lovelace Law Firm, P.A.; Nutt & McAlister, PLLC; or Jones, Funderburg & Sessums PLLC, and without limiting the generality of the foregoing, shall specifically include the following individuals associated with the firms that comprise or comprised the SKG:  Richard Scruggs; Zach Scruggs; Don Barrett; Sid Backstrom; Marshall Smith, Jr.; David McMullan, Jr.; Dewitt Lovelace; David Nutt; Mary E. McAlister; Derek Wyatt; John Jones; and Steven Funderberg.

"You" (and any form thereof, including "your") shall refer to Cori Rigsby and Kerri Rigsby, including: (a) experts whom the Rigsbys expect to call as witnesses at trial or any hearing; (b) attorneys retained by the Rigsbys; and (c) Persons who have access to the requested information or from whom the Rigsbys can obtain such information.

"Scruggs Law Firm, P.A." means Scruggs Law Firm, P.A., <u>including its current and former attorneys, paralegals, employees, partners, officers, directors, consultants, investigators and agents.</u>

"Renfroe Litigation" means <u>E. A. Renfroe & Company, Inc. v. Cori Rigsby Moran and Kerri Rigsby</u>; Civil Action No. 06-AR-1752-S (N.D. Ala.).

"Renfroe" means E.A. Renfroe & Company, Inc., including Renfroe's officers and directors, such as Jana and Gene Renfroe.

"ESI" means electronically stored information, including data in any electronic media whatsoever, regardless of whether such is stored, reflected or maintained in electronic, digital, laser or electro-optical, magnetic or some other electronic form, and wherever and to the greatest extent possible with the original metadata intact.

"Identify" has the following meanings in the following contexts:

(1)    When used with respect to a Person or Persons, to "identify" means to provide each such Person's name, age, last known residence address, last known business address, home telephone number, work telephone number, employer, and place of employment.

(2)    When used with respect to a place, to "identify" means to provide the address, city or town, county, and state where that place is located.

(3)    When used with respect to a document, to "identify" means to provide that document's current location, author, and date; the identity of each recipient; and the subject of the document.

(4)    When used with respect to an expert witness, to "identify" means to provide the subject matter on which the expert is expected to testify; the substance of the facts upon which or about which the expert is expected to testify; the substance of the opinion or opinions as to which such expert is

expected to testify; and a summary of the grounds for each opinion as to which each such expert is expected to testify.

(5)     When used with respect to an act, circumstance, occurrence, occasion, meeting, transaction, or conversation (an "act"), to "identify" means to set forth the event or events constituting such an act; the act's location; its date and the Persons participating, present, or involved; the substance of what was said by each such Person identified; and the documents relating or referring in any way thereto.

"Accessed" means accessed, run, executed, observed, collected, mined, taken, removed, imaged, downloaded, viewed, copied, replicated, mirrored, destroyed, deleted, altered, transferred, printed or otherwise obtained, as well as the insertion or activation of programs, Trojans, viruses, worms, trackers, MRU objects, malware, tracking cookies, spyware, commands, queries, searches, characters, key strokes, key ghosters or scripts.

"Materials" means Documents, including ESI, or things.

"Party" means any current or former party to this Action.

"Surveillance" means investigative, intelligence or espionage services or methods, whether personal, electronic, recorded, software-based, retransmitted, remotely sensed, electro-magnetic, computer, computer system, video, photographic, bugging or other by some other surveillance method, device or tool.

## II.  TOPICS FOR RULE 30(b)(6) EXAMINATION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, The Scruggs Law Firm, P.A./SLF, Inc. should designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, who shall testify to matters known or reasonably available to The Scruggs Law Firm, P.A./SLF, Inc. concerning the following matters:

1.     Testimony Concerning Materials that are or were: (a) owned by State Farm or Renfroe; (b) resident on a State Farm or Renfroe maintained computer or computer system; or (c) otherwise in State Farm or Renfroe's possession, custody or control and Accessed by Cori or Kerri Rigsby since August 29, 2005.  This topic includes all such Materials which Cori or Kerri Rigsby enabled, allowed, or assisted a third party not employed by State Farm or Renfroe to Access.

2.     Testimony Concerning the purchase or sale of real property since August 29, 2005, by Cori or Kerri Rigsby, William or Patricia Lobrano or any corporation or other legal entity in which any of them are or were a member or shareholder (excluding publicly traded corporations).

3.     Testimony concerning the purchase or sale of real property since August 29, 2005, by any relative of Cori or Kerri Rigsby or William or Patricia Lobrano, by blood or marriage or any corporation or other legal entity in which such relative is or was a member or shareholder (excluding publicly traded corporations).

4.      Testimony Concerning any thing of value, compensation or other payment or remuneration in any form whatsoever – whether in cash, currency, travel, lodging, meals, credit, goods, property, indemnity, guaranty, contingency, reward, debt forgiveness, services, gifts or otherwise – which Cori or Kerri Rigsby or William or Patricia Lobrano received, are receiving, have received or may receive from Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them, since August 29, 2005.

5.      Testimony concerning any thing of value, compensation or other payment or remuneration in any form whatsoever – whether in cash, currency, travel, lodging, meals, credit, goods, property, indemnity, guaranty, contingency, reward, debt forgiveness, services, gifts or otherwise – which any relative of Cori or Kerri Rigsby or William or Patricia Lobrano by blood or marriage has received, are receiving or may receive from Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them, since August 29, 2005.

6.      Testimony Concerning any Materials received from a third party and which were created by State Farm or Renfroe, any of their predecessors, affiliates, respective agents or any other entity or Person related in any manner to the flood insurance claim submitted by Thomas and Pamela McIntosh.

7.      Testimony concerning any Materials and communications that were exchanged between Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them, on the one hand, and any law enforcement officer or agency, on the other hand, including the Mississippi Attorney General's Office, the FBI and the U.S. Attorney's Office, concerning State Farm or Renfroe, since August 29, 2005.

8.      Testimony concerning any dealings, contacts or communications between Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L.

DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them and Trent Lott or Gene Taylor or any member of their offices or staff since August 29, 2005.

9.     Testimony Concerning any dealings, contacts or communications between Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them and Brian Ford, Dreux Seghers or Nellie Williams, since August 29, 2005.

10.    Testimony Concerning any dealings, contacts or communications between Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them and P.L. Blake, Tim Balducci, Steve Patterson, Jeff Marr or Joey Langston, since August 29, 2005.

11.    Testimony Concerning any contracts or agreements Cori or Kerri Rigsby have or have had with any Person and related to their prosecution of their claims in this Action.

12.    Testimony Concerning any contracts or agreements Cori or Kerri Rigsby have or have had with Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them, their attorneys' or investigators' respective behalf with respect to their engagement as consultants.

13.    Testimony Concerning the "boot box" Materials, as referenced in Cori Rigsby's January 14, 2008 deposition given in the Renfroe Litigation.

14. Testimony Concerning Surveillance of any type whatsoever by Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them, their attorneys' or investigators' respective behalf with respect to State Farm, Renfroe or their respective attorneys, employees, officers, directors, agents or personnel, including their respective movements, whereabouts, activities, refuse, photocopiers, imagers, facsimile machines, cellular or land line telephones, vehicles, residences, offices, computers or computer systems at any time since August 29, 2005.

15. Testimony Concerning any correspondence, documents, e-mails and ESI exchanged, between Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them or any one acting on their respective behalf on the one hand and any representative or member of the media on the other hand, regarding the flood insurance claim submitted by Thomas and Pamela McIntosh, this Action, the existence of this Action or the subject matter of this Action, which were sent or received before August 1, 2007.

16. Testimony Concerning any agreement, contract, promise or understanding to sell, factor, assign, or transfer any part of Cori or Kerri Rigsby's potential recovery in this Action.

17. Testimony Concerning any agreement, contract, promise or understanding with respect to Cori or Kerri Rigsby or William or Patricia Lobrano receiving remuneration or anything of value as a result of any recovery received by any attorney, law firm, joint venture or party-plaintiff in any other Hurricane Katrina-related lawsuit against State Farm or Renfroe.

18. Testimony Concerning any agreement, contract, promise or understanding to finance the cost and expense of (including attorneys' fees incurred in) Cori or Kerri Rigsby prosecuting their claims in this Action.

19. Testimony Concerning any agreement, contract, promise or understanding regarding Cori or Kerri Rigsby and indemnity or defense cost reimbursement for any liability or defense costs, expenses and fees incurred with respect to State Farm or Renfroe at any time since August 29, 2005.

20. Testimony Concerning (A) any communications between (i) any of Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC,

Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC,  or Michael C. Moore or anyone acting at the behest or on behalf of any of them; or Relators and (ii) any media outlet, media organization, media representative or agent, or website and (B) which relate to the Relators, the flood insurance claim submitted by Thomas and Pamela McIntosh, the McIntosh home and Hurricane Katrina damage, or this False Claims Act action.

21.     Testimony Concerning any payments from Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them to Cori (Moran) Rigsby or Kerri Rigsby.

22.     Testimony Concerning any payment from Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them to Cori (Moran) Rigsby or Kerri Rigsby.

23.     Testimony Concerning (A) Cori (Moran) Rigsby or Kerri Rigsby and (B) which relates to their engagements as consultants for the Scruggs Law Firm or the Scruggs Katrina Group.

24.     Testimony Concerning the sale of Kerri Rigsby's house to Robert Oswald.

25.     Testimony Concerning (A) any communications between (i) Senator Trent Lott and (ii) Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them and (B) which relate to the development of the insurance claim of Thomas and Pamela McIntosh.

26.     Testimony Concerning (A) any communications between (i) Congressman Gene Taylor and (ii) Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle,

Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them and (B) which relate to the development of the insurance claim of Thomas and Pamela McIntosh.

27.    Testimony Concerning any communications between (i) Pat Lobrano or William Lobrano and (ii) Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them, from August 29, 2005 to February 1, 2006.  This request does not include testimony directly related to William and Pat Lobrano's insurance claim against State Farm.

28.    Testimony Concerning travel or transportation of Cori or Kerri Rigsby.

29.    Testimony Concerning any cell phones, computers, cameras or other equipment furnished to Cori or Kerri Rigsby by Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them.

30.    Testimony Concerning all Materials downloaded, copied or transferred from Cori Rigsby's computer.

31.    Testimony Concerning any examination, repair, or forensic analysis or examination of Cori Rigsby's computer.

32.    Testimony Concerning all Materials downloaded, copied or transferred from Kerri Rigsby's computer.

33.    Testimony Concerning any examination, repair, or forensic analysis or examination of Kerri Rigsby's computer.

34.    Testimony Concerning any travel or other expense reimbursement to Cori or Kerri Rigsby by Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them.

35.    Testimony Concerning any communications between (i) Brian Ford and (ii) Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law

Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them.

36.     Testimony Concerning any agreement by Scruggs Law Firm, P.A., Richard Scruggs, David Zachary Scruggs, Tim Balducci, Steve Patterson, P.L. Blake, Tony DeWitt, Mary Winter, Chip Robertson, SKG, The Barrett Law Office, P.A., The Lovelace Law Firm, P.A., Nutt & McAlister, PLLC, Jones, Funderburg & Sessums PLLC, Bartimus, Frickleton, Robertson & Gorny, PC, Michael C. Rader, Anthony L. DeWitt, Edward D. Robertson, Jr., James P. Frickleton, Mary Doerhoff Winter, Graves, Bartle & Marcus, LLC, Todd Graves, Esquire, David L. Marcus, Matthew V. Bartle, Gilbert Randolph, LLP, Gilbert Oshinsky LLP, Moore Law Firm, LLC, Michael C. Moore or anyone acting at the behest or on behalf of any of them to defend or indemnify Cori (Moran) Rigsby or Kerri Rigsby in any way from civil or criminal claims, charges, investigation, penalties, fines, judgments or settlements.

37.     Testimony Concerning any Materials or communications exchanged with, sent to or received by Rendon Group Incorporated and concerning Cori or Kerri Rigsby, State Farm or Renfroe.

38.     Testimony Concerning any computer provided to Cori or Kerri Rigsby.

39.     Testimony Concerning any access by Charlene Bosarge or any of her relatives by blood or marriage to any computer owned, possessed, controlled or used by Cori or Kerri Rigsby.

40.     Testimony Concerning any access by Charlene Bosarge or any of her relatives by blood or marriage to any State Farm computer system or database.

This the 30th day of July, 2010.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY

By:     */s/ Benjamin M. Watson*  _____
        Benjamin M. Watson (MB # 100078)

ITS ATTORNEYS

OF COUNSEL:

Robert C. Galloway (MB # 4388)
E. Barney Robinson III (MB # 09432)
Benjamin M. Watson (MB # 100078)
Amanda B. Barbour (MB # 99119)
BUTLER, SNOW, O'MARA, STEVENS
    & CANNADA, PLLC
Suite 1400
1020 Highland Colony Parkway
P.O. Box 6010
Ridgeland, MS 39158-6010
 (P) (601) 948-5711
(F) (601) 985-4500
(E) jeff.walker@butlersnow.com
(E) bob.galloway@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com


Michael B. Beers (ASB-4992-S80M)
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, Alabama  36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (Bar No. 67303)
ROBIE AND MATTHAI
Biltmore Tower, 500 South Grand Avenue, Suite 1500
Los Angeles, CA 90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) JRobie@romalaw.com

*PRO HAC VICE*

## CERTIFICATE OF SERVICE

I, Benjamin M. Watson, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing System:

C. Maison Heidelberg
Ginny Y. Kennedy
HEIDELBERG HARMON, PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
(E) maison@heidlebergharmon.com
(E) gkennedy@heidlebergharmon.com

August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
(E) matteisa@gotofirm.com
(E) litherlandc@gotofirm.com
(E) davidsonb@gotofirm.com
COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280
(E) joyce.branda@usdoj.gov
(E) patricia.davis@usdoj.gov
(E) jay.majors@usdoj.gov

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409
(E) felicia.adams@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
2510 14th Street
Suite 910
Gulfport, MS 39501
(P) (228) 214-4250
(F) (228) 214-9650
(E) lcanada@gjtbs.com
(E) kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

Robert D. Gholson
Daniel D. Wallace
GHOLSON, BURSON, ENTREKIN & ORR, P.A.
535 North 5th Avenue (39440)
P.O. Box 1289
Laurel, MS 39441-1289
(P) (601) 649-4440
(F) (601) 649-4441
(E) gholson@gbeolaw.com

ATTORNEYS FOR FORENSIC ANALYSIS ENGINEERING CORPORATION

This the 30th day of July, 2010.

/s/Benjamin M. Watson
Benjamin M. Watson

Jackson 5421911v1