UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA *ex rel.*                   PLAINTIFFS
CORI RIGSBY AND KERRY RIGSBY

V.                                   CIVIL ACTION NO. 1:06cv433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY, *et al.*         DEFENDANTS

**ORDER**

By [684] Order dated July 9, 2010, the United States Magistrate Judge extended the deadline for dispositive motions to August 16, 2010. Several motions [732] [734] [736] [738] [739] were filed on that date. Relators and the remaining Defendants also filed a motion [726] requesting additional response/reply time and excess pages with respect to and in anticipation of "any motions filed between August 11, 2010 and August 16, 2010 (inclusively)." The only motions filed during that period are the ones referred to above filed on August 16. Further, the only summary judgment motions [734] [736] were submitted by defendant State Farm Fire and Casualty Company (State Farm), with defendant Haag Engineering Co. (Haag) merely joining [742] [743] those. Haag has filed its own [493] Motion for Summary Judgment.

The Court has been supplied with two orders (the second correcting the first) which attempt to dispose of the [726] additional time/excess pages motion. The parties attempted to simplify matters, but the fact remains that the relief in the second correcting order is not consistent with the relief requested in the motion and is too broad with respect to the parties to which it applies, which is why the Court will not simply ratify the proposed order.

Accordingly, **IT IS ORDERED**:

The [726] Motion requesting additional time and excess pages is **GRANTED IN PART** and **DENIED IN PART**;

With respect to motions [734] [736] [738] [739], the respective responses shall be filed no later than September 17, 2010, and the respective replies shall be filed no later than September 27, 2010;

With respect to motion [734], and only with respect to defendant State Farm, the substantive portions of said Defendant's original and reply memoranda shall not exceed a total of fifty (50) pages;

With respect to motion [734], the substantive portion of Relators' response memorandum

shall not exceed a total of fifty (50) pages;

With respect to all other motions referred to above [736] [738] [739], the page limitation established by the Uniform Local Rules shall govern.

**SO ORDERED** this the 20th day of August, 2010.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE