## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL*. **CORI RIGSBY and KERRI RIGSBY**                         **RELATORS**


**V.**                                   **CIVIL ACTION NO.1:06CV433 LTS-RHW**


**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*        **DEFENDANTS**


## ORDER DENYING STATE FARM FIRE AND CASUALTY COMPANY'S MOTIONS TO EXCLUDE EXPERT TESTIMONY OF RALPH SINNO, PH.D.

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motions [298] [715] of State Farm Fire and Casualty Company to exclude the testimony of R. Ralph Sinno, Ph.D., one of the Relators' expert witnesses. are hereby **DENIED**.

**SO ORDERED** this 24th day of August, 2010.


s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE