# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL*. **CORI RIGSBY and KERRI RIGSBY**                               **RELATORS**

**V.**                                    **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*            **DEFENDANTS**

## ORDER DENYING STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO EXCLUDE EXPERT TESTIMONY OF LOUIS G. FEY, JR.

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion [709] of State Farm Fire and Casualty Company to exclude the testimony of Louis G. Fey, Jr., one of the Relators' expert witnesses, is hereby **DENIED**.

**SO ORDERED** this 2nd day of September, 2010.

                                                    s/ L. T. Senter, Jr.
                                                    L. T. SENTER, JR.
                                                    SENIOR JUDGE