IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**RELATORS' NOTICE OF NON-OPPOSITION TO
ALEXIS KING'S RULE 4(m) AND 12(b)(5) MOTION TO DISMISS**

Please note that Cori and Kerri Rigsby ("Relators") do not oppose the relief requested by Alexis King in her Rule 4(m) and 12(b)(5) Motion to Dismiss [732].

Respectfully submitted this the 2nd day of September, 2010.

|  |   /s/ C. Maison Heidelberg |
|---|---|
| August J. Matteis, Jr. (admitted *pro hac vice*) | C. MAISON HEIDELBERG, MB #9559 |
| matteisa@gotofirm.com | mheidelberg@heidelbergharmon.com |
| Craig J. Litherland (admitted *pro hac vice*) | GINNY Y. KENNEDY, MB #102199 |
| litherlandc@gotofirm.com | gkennedy@heidelbergharmon.com |
| Benjamin Davidson (admitted *pro hac vice*) | OF COUNSEL: |
| davidsonb@gotofirm.com | HEIDELBERG HARMON PLLC. |
| Derek Y. Sugimura (admitted *pro hac vice*) | 795 Woodlands Parkway, Suite 220 |
| sugimurad@gotofirm.com | Ridgeland, Mississippi  39157 |
| GILBERT LLP | Phone No.     (601) 351-3333 |
| 1100 New York Avenue NW, Suite 700 | Fax No.        (601) 956-2090 |
| Washington, DC 20005 | |
| Phone No.     (202) 772-2200 | |
| Fax No.        (202) 772-3333 | |

Attorneys for Kerri Rigsby and Cori Rigsby

1

**CERTIFICATE OF SERVICE**

      I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **2nd day of September, 2010** caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

      Don Burkhalter, Esq.
      UNITED STATES ATTORNEY
        FOR MISSISSIPPI
      188 East Capitol Street, Suite 500
      Jackson, MS 39201

      Felicia Adams, Esq.
      ASSISTANT U.S. ATTORNEY
      188 East Capitol Street, Suite 500
      Jackson, MS 39201

      Joyce R. Branda, Esq.
      Patricia R. Davis, Esq.
      Jay D. Majors, Esq.
      UNITED STATES DEPARTMENT OF JUSTICE
      Commercial Litigation Branch
      Civil Division
      601 D Street, NW
      Washington, DC 20004

      Larry G. Canada, Esq.
      Kathryn Breard Platt, Esq.
      Galloway, Johnson, Tompkins, Burr & Smith
      701 Poydras Street, Suite 4040
      New Orleans, LA 70139
      (p) 504-525-6802
      ATTORNEYS FOR HAAG ENGINEERING CO.

      Robert C. Galloway, Esq.
      Emerson Barney Robinson, III, Esq.
      Benjamin M. Watson, Esq.
      Jeffrey A. Walker, Esq.
      Amanda B. Barbour, Esq.
      BUTLER, SNOW, O'MARA,
        STEVENS & CANNADA, PLLC
      P.O. Box 22567
      Jackson, MS 39225
      (p) 601-948-5711

      Michael B. Beers, Esq.

                    BEERS, ANDERSON, JACKSON
                       PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

                          /s/     C. Maison Heidelberg___