UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

U.S. ex rel. Kerri Rigsby
and Cori Rigsby                              Plaintiff

v.                                                           CIVIL ACTION
                                                             NO. 1:06-CV-433-LTS-RHW
State Farm Fire & Casualty
Co. et al.

                                                Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:          Lucian C. Martinez, Jr

     Firm Name:     Gilbert LLP

     Office Address: 1100 New York Avenue NW, Suite 700

     City:          Washington                    State  DC       Zip 20005
     Telephone:     202-772-1908                  Fax:   202-772-3995
     E-Mail:        martinezm@gotofirm.com

(B)  Client(s):     Kerri Rigsby and Cori Rigsby

     Address:       2916 N. 4th Street

     City:          Ocean Springs                 State MS        Zip 39564
     Telephone:     202-872-2073                  Fax:   202-772-3995

1229/001/1326901.1

FORM 6 (ND/SD MISS. DEC. 2009)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Applicant's firm represents the clients in this matter.

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

Applicant's firm represents the clients in this matter, and applicant is very familiar with the facts and legal arguments raised here.

**(C)** Applicant is admitted to practice in the:

- ✓ State of <u>New York</u>
- ✓ District of Columbia

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Admitted to practice but not admitted to Court.

All other courts before which Applicant has been admitted to practice:

Jurisdiction                                    Period of Admission

None

|     |                                                                                                                                                 | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (D) | Has Applicant been denied admission pro hac vice in this state?                                                                                  | ☐   | ✓  |
|     | Has Applicant had admission pro hac vice revoked in this state?                                                                                  | ☐   | ✓  |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                                         | ☐   | ✓  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

Not applicable

|     |                                                                                                                                                                                           | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years?                      | ☐   | ✓  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

Not applicable

|     |                                                                                                                                                            | Yes | No |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (F) | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐   | ✓  |

Not applicable

FORM 6 (ND/SD MISS. DEC. 2009)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

Not applicable

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

None

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None

|  |  | Yes | No |
|---|---|---|---|
| (I) | Has Applicant read and become familiar with all the LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ✓ | ☐ |
|  | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ✓ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No:  C. Maison Heidelberg, Mississippi Bar No. 9559

Firm Name:  Heidelberg Harmon PLLC

Office Address:  795 Woodlands Parkway, Suite 220

City:  Ridgeland           State  MS    Zip  39157
Telephone:  601-351-3333       Fax:  601-956-2090
E-Mail:  mheidelberg@heidelbergharmon.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant. I certify that the information provided in this Application is true and correct.

/s/ C. Maison Heidleberg
Resident Attorney

Sept. 9, 2010                       /s/ Lucian C. Martinez, Jr.
Date                                Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

1229/001/1326901.1

FORM 6 (ND/SD MISS. DEC. 2009)

## CERTIFICATE OF SERVICE

    I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this 9th day of September 2010, caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

    Don Burkhalter, Esq.
    UNITED STATES ATTORNEY
      FOR MISSISSIPPI
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Felicia Adams, Esq.
    ASSISTANT U.S. ATTORNEY
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Joyce R. Branda, Esq.
    Patricia R. Davis, Esq.
    Jay D. Majors, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE
    Commercial Litigation Branch
    Civil Division
    601 D Street, NW
    Washington, DC 20004

    Larry G. Canada, Esq.
    Kathryn Breard Platt, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA 70139
    (p) 504-525-6802
    ATTORNEYS FOR HAAG ENGINEERING CO.

    Robert C. Galloway, Esq.
    Emerson Barney Robinson, III, Esq.
    Benjamin M. Watson, Esq.
    Jeffrey A. Walker, Esq.
    Amanda B. Barbour, Esq.
    BUTLER, SNOW, O'MARA,
      STEVENS & CANNADA, PLLC
    P.O. Box 22567
    Jackson, MS 39225
    (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM FIRE & CASUALTY
COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION


/s/    C. Maison Heidelberg\_\_\_