UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA EX REL. CORI RIGSBY AND KERRI RIGSBY** | * * * * | **RELATORS** |
| **VS.** | * * | **CASE NO. 1:06cv00433-LTS-RHW** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET. AL.** | * * | **DEFENDANTS** |

### HAAG ENGINEERING CO.'S JOINDER IN STATE FARM FIRE AND CASUALTY COMPANY'S RESPONSE IN OPPOSITION [765] TO RELATORS' [738] MOTION FOR RECONSIDERATION AND STATE FARM'S RESPONSE MEMORANDUM [766] TO SAME

**COMES NOW**, Defendant, Haag Engineering Co. ("Haag"), by and through its counsel of record, who hereby joins in State Farm's Response in Opposition [765] and Response Memorandum [766] in Opposition to Relators' [738] Motion for Reconsideration. Haag herein joins, adopts and incorporates herein by reference the arguments made by State Farm, as if stated herein *in extenso*.

**WHEREFORE,** Haag requests this Honorable Court deny Relators' Motion for Reconsideration [738]

Respectfully submitted, this 20th day of September, 2010.

                HAAG ENGINEERING CO.

                By:  */s/ Kathryn Platt*
                     LARRY G. CANADA (MSB #10480)
                     Email: lcanada@gjtbs.com
                     KATHRYN BREARD PLATT (MSB#102141)
                     Email: kplatt@gjtbs.com
                     GALLOWAY, JOHNSON, TOMPKINS,
                        BURR & SMITH
                     2510 14th Street, Suite 910
                     Gulfport, MS  39501
                     Telephone: (228) 214-4250
                     Facsimile:  (228) 214-9650

## CERTIFICATE OF SERVICE

This is to certify that the undersigned attorney for Galloway, Johnson, Tompkins, Burr & Smith, has this day served a copy of the above and foregoing upon all counsel of record and other interested persons via the Court's Electronic Notification System.

**THIS** the 20th day of September, 2010.

/s/ Kathryn Platt
KATHRYN BREARD PLATT (MSB#102141)