UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KERRI RIGSBY and
CORI RIGSBY                                                              RELATORS

VERSUS                            CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY et al                DEFENDANTS

<u>ORDER GRANTING MOTIONS TO INTERVENE
AND FOR EXTENSION</u>

Before the Court is a [770] Motion to Intervene filed on behalf of The Rendon Group,

Inc. (TRG).  TRG also has filed a [771] Motion for Extension of Time to file its response to the

pending [756] Motion to Declassify Portions of TRG's Depositions, which State Farm filed under

seal.

IT IS ORDERED that the [771] Motion to Intervene is GRANTED and that TRG is

permitted to intervene in this lawsuit for the limited purpose of responding to State Farm's [756]

Motion to Declassify.

IT IS FURTHER ORDERED that the [771] Motion for Extension is GRANTED and that

TRG shall have until September 27, 2010, to file its response in opposition to the [756] Motion

to Declassify.

SO ORDERED, this the 22nd day of September, 2010.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE