## Frank Trapp (3333)

| | |
|---|---|
| **From:** | Barney Robinson [Barney.Robinson@butlersnow.com] |
| **Sent:** | Friday, September 17, 2010 1:15 PM |
| **To:** | Russ Gaspar |
| **Cc:** | mbeers@beersanderson.com; Andrew Wible; Tucker, Aaron; Andrew Wible |
| **Subject:** | RE: pending motion re Rendon deposition |

Russ:

State Farm's rebuttals in support of its various dispositive motions are due on September 27, 2010, so extending the deadline that long is problematic.

State Farm can agree to an extension until Wednesday, September 22, 2010, but would ask in return that TRG join in a request to the Court for expedited consideration. Are you willing to do that?

**E. Barney Robinson III**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Direct: (601) 985-4525
Fax: (601) 985-4500
barney.robinson@butlersnow.com

BUTLER|SNOW

200 Renaissance at    P.O. Box 6010
Colony Park          Ridgeland, MS
Suite 1400           39158-6010
1020 Highland Colony
Parkway
Ridgeland, MS 39157

---

**From:** Russ Gaspar [mailto:rgaspar@cohenmohr.com]
**Sent:** September 17, 2010 12:35 PM
**To:** Barney Robinson
**Cc:** mbeers@beersanderson.com; Andrew Wible; Tucker, Aaron; Andrew Wible
**Subject:** RE: pending motion re Rendon deposition

Barney,

I am still trying to resolve the issue of local counsel. I have spoken with several law firms that cannot take the matter, and am in the process of talking to others.

We have drafted most of the motion for leave to intervene and the response, so we will be able to file quickly once the local counsel issue has been resolved – I will, of course, want local counsel to have time to review to be sure everything is in compliance with local rules and practice, etc.

Therefore, I think I will need additional time beyond Monday. How much more is uncertain, but I am assuming that an extension to Monday, Sept. 27, will be sufficient. Can you agree to that?

Thank you for your courtesy in this matter.



EXHIBIT A

9/22/2010

Russ Gaspar

*Russell J. Gaspar*
Cohen Mohr LLP
Suite 504
1055 Thomas Jefferson St. NW
Washington, DC 20007
Phone: (202) 342-2550
Fax: (202) 342-6147
www.cohenmohr.com

---

THIS IS A CONFIDENTIAL COMMUNICATION THAT IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK PRODUCT DOCTRINE, THE JOINT DEFENSE PRIVILEGE, AND/OR OTHER PRIVILEGES.
The contents of this message and any attachments are intended only for the use of a specific addressee or addressees. If the reader of this message is not the intended addressee, or the person responsible for delivery to the addressee, you are notified that any dissemination, distribution, or copying of this message is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately by e-mail or by telephone. THANK YOU.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.

9/22/2010

## Frank Trapp (3333)

**From:** Russ Gaspar [rgaspar@cohenmohr.com]
**Sent:** Friday, September 17, 2010 1:26 PM
**To:** Barney Robinson
**Cc:** Andrew Wible
**Subject:** RE: pending motion re Rendon deposition

Barney,

Because I don't know the status of my local counsel situation, I can't be sure about whether a response by the 22d will be possible, or that counsel will be available for any expedited hearing on the matter in the week.

I appreciate your desire to use the Rendon deposition in support of your motion; you have the right to do so. You certainly can use it by filing under seal per the terms of Paragraph 8 of the protective order. This is a procedure that we use routinely up here with confidential material filed in support of motions, and I am sure it is equally common in your courts. Therefore, State Farm's interest in having the material before the Court for determination of its dispositive motion is not prejudiced by a brief delay in determining whether the material should or should not <u>remain</u> protected. They are two separate issues.

Russ Gaspar


*Russell J. Gaspar*
Cohen Mohr LLP
Suite 504
1055 Thomas Jefferson St. NW
Washington, DC 20007
Phone: (202) 342-2550
Fax: (202) 342-6147
www.cohenmohr.com

9/22/2010