UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                    **RELATORS**


**V.**                                          **CIVIL ACTION NO.1:06CV433 LTS-RHW**


**STATE FARM INSURANCE COMPANY, ET AL.**                          **DEFENDANTS**


## OPINION AND ORDER ON MOTION OF THE UNITED STATES OF AMERICA FOR RECONSIDERATION [723] OF ORDER OF DISMISSAL [713] OF FORENSIC ANALYSIS AND ENGINEERING, INC.

The Court has before it the motion of the United States of America (USA) asking that I reconsider the merits of my order approving the settlement negotiated between Relators and Forensic Analysis and Engineering, Inc. (Forensic). For the reasons set out below, this motion will be granted. I will decline at this time to vacate my order of dismissal until I reach the merits of the USA's objection to this settlement.

In its motion, the USA correctly points out that its consent is required for any dismissal of an action under The False Claims Act. At the time I approved the settlement in question, I did so based on my belief that the USA had no objection to the terms of the settlement. The USA's motion does not state any particular or specific objection to the terms of the settlement, but I find that the USA should be afforded an opportunity to make its objections known to the Court.

Accordingly, it is hereby

**ORDERED**

That the motion [723] of the United States of America to reconsider the merits of the order of dismissal [713] entered on July 29, 2010, is hereby **GRANTED**; and

That the United States of America shall have a period of twenty days within which to make known any objection it may have to the terms of the settlement at issue by the filing of appropriate pleadings; and

  Since the United States of America is not a party to this action, I will allow the Relators and the other parties a period of ten days from the date the United States Files its pleadings to respond through pleadings addressing the issues raised by the United States.

  **SO ORDERED** this 5th day of October, 2010.

                s/ L. T. Senter, Jr.
                L. T. SENTER, JR.
                SENIOR JUDGE