UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RIGSBY, ET AL.** | ) | |
| | ) | |
|        **Relators and** | ) | |
|        **Counter-Defendants** | ) | |
| | ) | |
|     v. | ) | No. 1:06-cv-0433 LTS-RHW |
| | ) | |
| **STATE FARM FIRE AND CASUALTY** | ) | |
| **COMPANY, ET AL.** | ) | |
| | ) | |
|        **Defendant and** | ) | |
|        **Counter-Plaintiff** | ) | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO DECLASSIFY

Intervenor The Rendon Group, Inc. ("TRG"), by counsel, moves this Court for leave to file a supplemental memorandum in opposition to the pending [756] Motion to Declassify Portions of The Rendon Group, Inc.'s Deposition from "Protected Information" Status filed by State Farm Fire and Casualty Company ("State Farm").

In support of this motion, TRG states as follows:

1. TRG was granted leave to intervene in this action for the limited purpose of filing a response in opposition to State Farm's Motion to Declassify.

2. Subsequent to leave being granted TRG to intervene, State Farm filed <u>under seal</u> its Rebuttal in support of the pending Motion for Summary Judgment [784], with substantial portions of TRG's deposition transcript attached.

3. Due to a miscommunication between counsel, TRG did not receive a copy of State Farm's Rebuttal until October 19, 2010.

- 2 -

4.      TRG desires to supplement its opposition to the Motion to Declassify based upon circumstances attendant to State Farm's Rebuttal.

5.      Accordingly, TRG seeks leave to file the attached Supplemental Memorandum in Opposition to the Motion to Declassify [756].  The Supplemental Memorandum shall be filed under seal pursuant to the terms of the Court's existing seal order [755].

WHEREFORE, TRG respectfully requests the Court to grant its Motion for Leave to File Supplemental Memorandum in Opposition to Motion to Declassify.

Dated this the 27th day of October, 2010.

Respectfully submitted,

/s/ Frank W. Trapp
Frank W. Trapp (MS Bar No. 8261)
PHELPS DUNBAR LLP
4270-I-55 North
Jackson, Mississippi  39211-6391
P. O. Box 16144
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Telecopier: (601) 360-9777
Email:  trappf@phelps.com


Of Counsel:

Russell J. Gaspar
Andrew Wible
COHEN MOHR, LLP
Suite 504, 1055 Thomas Jefferson St., N.W.
Washington, D.C.  20007
(202) 342-2550 (Telephone)
(202) 342-6147 (Facsimile)
Email:  rgaspar@cohenmohr.com

Attorneys for The Rendon Group, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of October, 2010, I served true copies of the foregoing pleading on the following by electronic mail and/or via first-class postage prepaid mail:

Robert C. Galloway
Bob.galloway@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 6010
1020 Highland Colony Parkway
Ridgeland, Mississippi  93158

Michael B. Beers
mbeers@beersanderson.com
Beers, Anderson, Jackson, Patty & Fawal, P.C.
P.O. Box 1988
Suite 100, 250 Commerce Street
Montgomery, Alabama  36102

Attorneys for State Farm Fire and Casualty Company

C. Maison Heidelberg
maison@heidelbergpa.com
Maison Heidelberg P.A.
Suite 220, 795 Woodlands Parkway
Ridgeland, Mississippi  39157

August J. Matteis, Jr.
matteisa@gotofirm.com
Benjamin R. Davidson
davidsonb@gotofirm.com
Suite 700
11 New York Avenue, N.W.
Washington, D.C.  20005

Attorneys for Relators

Stan Harris
Felicia.adams@usdoj.gov
Office of the United States Attorney
Suite 500, 188 East Capitol Street
Jackson, Mississippi  39201

Jay D. Majors
Jeffrey S. Bucholtz
Joyce R. Branda
Jay.majors@usdoj.com
U.S. Dep't of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C.  20044

  Attorneys for the United States

Larry G. Canada
lcanada@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
Suite 4040. 701 Poydras Street
New Orleans, Louisiana  70139

  Attorneys for Haag Engineering Co.

Robert D. Gholson
Gholson@gbeolaw.com
Gholson, Burson, Entrekin & Orr, P.A.
P.O. Box 1289
535 North 5th Avenue
Laurel, Mississippi  39441-1289

  Attorneys for Forensic Analysis Engineering Corporation


        /s/ Frank W. Trapp
        Frank W. Trapp