UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA *ex rel.* CORI RIGSBY and
KERRI RIGSBY                                                                                    PLAINTIFFS

VERSUS                                               CIVIL ACTION NO. 1:06CV433-LTS-RHW

STATE FARM INSURANCE COMPANY et al                                      DEFENDANTS

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

This matter is before the Court on a [762] Motion to Appear Pro Hac Vice filed on behalf of the Plaintiffs and attorney Lucian C. Martinez, Jr.  The application is deficient in that it does not include a certificate of good standing from the "United States District Court wherein the applicant primarily practices" as required by Local Rule 83.1(d)(4).  The motion has been pending since September 9, 2010.  The Court alerted local counsel and Mr. Martinez about the deficiency shortly after the motion was filed.  Based on the foregoing, IT IS ORDERED that the [762] Motion to Appear Pro Hac Vice is DENIED.  However, the motion is denied without prejudice to Plaintiffs' re-urging once the appropriate certificate of good standing has been obtained for Mr. Martinez.

SO ORDERED, this the 28th day of October, 2010.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE