FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>CORI RIGSBY and KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE NO. 1:06cv433-LTS-RHW |
| STATE FARM FIRE AND CASUALTY COMPANY | DEFENDANT/COUNTER-PLAINTIFF |
| and | |
| HAAG ENGINEERING CO.; and ALEXIS KING | DEFENDANTS |

**STATE FARM'S UNOPPOSED
LOCAL RULE 79 MOTION FOR LEAVE TO FILE UNDER SEAL
ITS MOTION (WITH MEMORANDUM AND EXHIBITS)
TO DECLASSIFY A PORTION OF CORI RIGSBY'S DEPOSITION
FROM "PROTECTED INFORMATION" STATUS
UNDER THE [406] CONSENT PROTECTIVE ORDER**

Defendant/Counter-Plaintiff State Farm Fire and Casualty Company ("State Farm") submits this Unopposed Local Rule 79 Motion for Leave to File Under Seal its Motion (With Memorandum and Exhibits) to Declassify a Portion of Cori Rigsby's Deposition From "Protected Information" Status Under the [406] Consent Protective Order. State Farm would show:

1. Prior to filing this motion, State Farm conferred on this matter with the Rigsbys and Haag. (Barbour Decl. at ¶6, Ex. A to Mtn.) Without prejudice to their respective positions either opposing or supporting State Farm's forthcoming Motion to Declassify, in whole or in part, the Rigsbys and Haag do not oppose the relief requested in this Motion, specifically; permission to file State Farm's forthcoming Motion to Declassify, all responses thereto, any rebuttals, exhibits, memoranda and associated materials under seal. (Good Faith Certif., Ex. B to Mtn.)

2. State Farm incorporates by reference its concomitant memorandum of authorities, including all evidence, argument and law contained therein.

WHEREFORE, PREMISES CONSIDERED, for the foregoing reasons, the Court should grant State Farm's motion and permit the applicable filers to file the following items under seal:

(1) State Farm's Motion to Declassify a Portion of Cori Rigsby's Deposition From "Protected Information" Status Under the [406] Consent Protective Order, highlighted in yellow to identify the portions designated as Protected Information;

(2) All responses thereto, including concomitant exhibits;

(3) All response memoranda; and

(4) Any rebuttal in support of State Farm's Motion, including any concomitant exhibits.

This the 28th day of October, 2010.

        Respectfully submitted,

        STATE FARM FIRE AND CASUALTY COMPANY

By:    s/*Amanda B. Barbour* (MSB #99119)
       Robert C. Galloway (MSB # 4388)
       Jeffrey A. Walker (MSB # 6879)
       E. Barney Robinson III (MSB # 09432)
       Benjamin M. Watson (MSB # 100078)
       Amanda B. Barbour (MSB # 99119)

    ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Drawer 4248
Gulfport, MS 39502
(P)(228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M), PHV
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
Suite 100
250 Commerce Street (36104)
Montgomery, AL  36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (CA State Bar # 67303), PHV
ROBIE & MATTHAI
Suite 1500
Biltmore Tower
500 South Grand Avenue
Los Angeles, CA  90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) jrobie@romalaw.com

*PRO HAC VICE*

## **CERTIFICATE OF SERVICE**

I, Amanda B. Barbour, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing System and as further described below:

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
(E) maison@heidlebergpa.com

August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT OSHINSKY LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
(E) matteisa@gotofirm.com
(E) litherlandc@gotofirm.com
(E) davidsonb@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
Suite 500
188 East Capitol Street
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
2510 14th Street
Suite 910
Gulfport, MS 39501
lcanada@gjtbs.com
kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

This the 28th day of October, 2010.

By: s/*Amanda B. Barbour* (MSB #99119)
Amanda B. Barbour (MSB #99119)

Jackson 5576527v1