IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CORI RIGSBY and KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE NO. 1:06cv433-LTS-RHW |
| STATE FARM FIRE AND CASUALTY COMPANY | DEFENDANT/COUNTER-PLAINTIFF |
| and | |
| HAAG ENGINEERING CO.; and ALEXIS KING | DEFENDANTS |

**STATE FARM'S MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF ITS
[739] MOTION TO DISMISS DUE TO THE RIGSBYS' REPEATED AND CALCULATED
VIOLATION OF THIS COURT'S SEAL ORDER**

Defendant/Counter-Plaintiff State Farm Fire and Casualty Company ("State Farm") respectfully submits this Motion for Leave to Submit Supplemental Memorandum in Support of its [739] Motion to Dismiss Due to the Rigsbys' Repeated and Calculated Violation of this Court's Seal Order, to bring this Court's attention to the recent decision of the Sixth Circuit in *United States ex rel. Summers v. LHC Group, Inc.*, 2010 WL 3917058 (6th Cir. Oct. 4, 2010) (to be published in F.3d), which is highly relevant to State Farm's pending Motion to Dismiss Due to the Rigsbys' Repeated and Calculated Violation of the Court's Seal Order [739].  State Farm would show:

1. *Summers* is directly relevant to State Farm's pending [739] Motion to Dismiss and was decided after the close of briefing on that motion.

2. State Farm intends on relying on *Summers* at the upcoming Status Hearing, which is set for December 1, 2010.  In order to provide the Court and the Parties with advance notice of State Farm's position regarding *Summer's* application to this case, State Farm has prepared a short supplemental memorandum, which is attached as Exhibit A.

3. The proposed supplemental memorandum contains only two and half pages of substantive text, which when added to State Farm's [740] opening memorandum (21 substantive pages)

and State Farm's sealed Rebuttal (11.5 substantive pages), would be in compliance with Miss. Unif. L. Civ. R. 7(b)(6)'s 35-page cumulative limit.

     4.     Due to the short and procedural nature of this Motion, State Farm prays that this Court will excuse the necessity of separate memorandum of authorities.

     WHEREFORE, PREMISES CONSIDERED, State Farm prays that this Court will grant it leave to file its proposed Supplemental Memorandum in Support of its [739] Motion to Dismiss Due to the Rigsbys' Repeated and Calculated Violation of this Court's Seal Order, Exhibit A hereto.

     This the 16th day of November, 2010.

                                  Respectfully submitted,

                                  STATE FARM FIRE AND CASUALTY COMPANY

     By:       /s/ *E. Barney Robinson III* (MSB # 09432)
              Robert C. Galloway (MSB # 4388)
              Jeffrey A. Walker (MSB # 6879)
              E. Barney Robinson III (MSB # 09432)
              Benjamin M. Watson (MSB # 100078)
              Amanda B. Barbour (MSB # 99119)

              ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Drawer 4248
Gulfport, MS  39502
(P) (228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) jeff.walker@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Michael B. Beers (ASB-4992-S80M), PHV
BEERS, ANDERSON, JACKSON, PATTY & FAWAL, P.C.
Post Office Box 1988
250 Commerce Street, Suite 100 (36104)
Montgomery, AL  36102
(P) (334) 834-5311
(F) (334) 834-5362
(E) mbeers@beersanderson.com

*PRO HAC VICE*

James R. Robie (CA State Bar # 67303), PHV
ROBIE & MATTHAI
Biltmore Tower, Suite 1500
500 South Grand Avenue
Los Angeles, CA  90071
(P) (213) 706-8000
(F) (213) 706-9913
(E) jrobie@romalaw.com

*PRO HAC VICE*

**CERTIFICATE OF SERVICE**

I, E. Barney Robinson III, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the CM/ECF system and as otherwise indicated below:

**Via E-mail**
Russell J. Gaspar
COHEN MOHR LLP
Suite 504
1055 Thomas Jefferson Street, NW
Washington, DC 2007

Frank W. Trapp
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, MS 39211-6391

COUNSEL FOR THE RENDON GROUP, INC. AND JOHN RENDON

C. Maison Heidelberg
Ginny Y. Kennedy
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(P) (601) 351-3333
(F) (601) 956-2090
(E) maison@heidlebergpa.com

August J. Matteis, Jr.
Craig J. Litherland
Benjamin R. Davidson
GILBERT LLP
11 New York Avenue, NW
Suite 700
Washington, DC 20005
(E) matteisa@gotofirm.com
(E) litherlandc@gotofirm.com
(E) davidsonb@gotofirm.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(P) (202) 307-0264
(F) (202) 514-0280

Stan Harris
Alfred B. Jernigan, Jr.
Felicia C. Adams
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
188 East Capitol Street, Suite 500
Jackson, MS 39201
(P) (601) 965-4480
(F) (601) 965-4409

ATTORNEYS FOR THE UNITED STATES

Larry G. Canada
Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS 39501
lcanada@gjtbs.com
kplatt@gjtbs.com

ATTORNEYS FOR HAAG ENGINEERING CO.

This the 16th day of November, 2010.

        /s/ *E. Barney Robinson III* (MSB # 09432)
          E. Barney Robinson III (MSB # 09432)

Jackson 5796203v1