UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                    **RELATORS**

**V.**                                               **CIVIL ACTION NO.1:06CV0433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*                **DEFENDANTS**

### ORDER GRANTING IN PART AND DENYING IN PART STATE FARM FIRE AND CASUALTY COMPANY'S MOTIONS [300] [706] REGARDING THE TESTIMONY OF DAVID FAVRE

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the State Farm Fire and Casualty Company motions [300] [706] regarding the testimony of David Favre are hereby **GRANTED IN PART** and **DENIED IN PART**;

That the motions are **GRANTED** in that David Favre shall not be permitted to offer his opinion that State Farm Fire and Casualty Company was operating under a conflict of interests in adjusting the McIntosh claim under the Standard Flood Insurance Policy covering the McIntosh property;

That in all other respects the motions are **DENIED**.

**SO ORDERED** this 17th day of November, 2010.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE