UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                              **RELATORS**


**V.**                                    **CIVIL ACTION NO.1:06CV0433 LTS-RHW**


**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*        **DEFENDANTS**


**ORDER GRANTING STATE FARM FIRE AND CASUALTY COMPANY'S MOTION [707] TO EXCLUDE EXPERT TESTIMONY OF JOHN A. FOWLER, P.E.**

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [707] of State Farm Fire and Casualty Company to exclude the testimony of John A. Fowler is **GRANTED**.

**SO ORDERED** this 18th day of November, 2010.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE