UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                  **RELATORS**

**V.**                                          **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*           **DEFENDANTS**

## ORDER OF DISMISSAL OF ALEXIS KING

The Court has before it the unopposed motion [732] of Alexis King seeking dismissal from this litigation. I find that the motion is well taken, the Relators having failed to serve the summons and complaint on Alexis King within the time allowed by the Federal Rules of Civil Procedure. Accordingly, it is

**ORDERED**

That Alexis King's motion to dismiss [732] is **GRANTED,** and the Relators' claims against Alexis King in this litigation are hereby **DISMISSED**.

**SO ORDERED** this 22nd day of November, 2010.

                                                                                     s/ L. T. Senter, Jr.
                                                                                     L. T. SENTER, JR.
                                                                                     SENIOR JUDGE