UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**            **RELATORS**

**V.**            **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*            **DEFENDANTS**

## ORDER GRANTING IN PART AND DENYING IN PART STATE FARM FIRE AND CASUALTY'S MOTION [778] TO EXCLUDE THE REPORT OF BRIAN FORD AND RELATED DOCUMENTS

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [778] of State Farm Fire and Casualty Company to exclude from evidence the report of Brian Ford and related documents is **GRANTED IN PART** and **DENIED IN PART**.

The motion is **GRANTED** as to the hearsay statement of Mike Church contained in the report, and this portion of the report must be redacted before the report is admitted into evidence; and

In all other respects the motion is **DENIED**.

**SO ORDERED** this 23rd day of November, 2010.

           s/ L. T. Senter, Jr.
           L. T. SENTER, JR.
           SENIOR JUDGE