UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                **RELATORS**

V.                                                                CIVIL ACTION NO.1:06CV433 LTS-RHW

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*          **DEFENDANTS**

**ORDER DENYING STATE FARM FIRE AND CASUALTY COMPANY'S SEALED MOTION [756] TO DECLASSIFY PORTIONS OF NON-PARTY REARDON GROUP'S RULE 30(B)(6) DEPOSITION FROM "PROTECTED INFORMATION" STATUS UNDER THE CONSENT ORDER [406] ENTERED ON JANUARY 27, 2010 AND GRANTING STATE FARM LEAVE TO FILE UNDER SEAL ANY OR ALL OF THESE DOCUMENTS IN SUPPORT OF ITS PENDING MOTION [739] TO DISMISS**

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the sealed motion [756] of State Farm Fire and Casualty Company is **DENIED**; and

Leave is hereby **GRANTED** to State Farm to file the materials in question under seal in support of its motion [739] to dismiss. I will allow State Farm a period of ten days from the date of this order to make these submissions under seal.

**SO ORDERED** this 23rd day of November, 2010.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE