### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.;<br>    CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY<br>    COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

## RELATORS' NOTICE OF CONVENTIONAL FILING

Cori and Kerri Rigsby ("Relators") submit this Notice of Conventional Filing with respect to Relators' Opposition to State Farm's Motion to Declassify a Portion of Cori Rigsby's Deposition from "Protected Information" Status Under the [406] Consent Protective Order (the "Opposition"), which was filed on November 22, 2010. A courtesy copy was delivered to the Honorable Robert H. Walker on November 22, 2010.

The Opposition was being filed in paper form only and will be maintained in the case file in the Office of the Clerk of the Court under seal. The Opposition was not filed electronically because it contains Protected Information and the Court's [807-1] Unopposed Order Granting Leave for a Certain Filing to be Made Under Seal directs that the Opposition be filed under seal.

The Opposition was served via First Class United States Mail on counsel for all parties on November 19, 2010.

THIS the 24th day of November, 2010                    Respectfully submitted,

                                                       __/s/ C. Maison Heidelberg_____
                                                       C. MAISON HEIDELBERG, MB #9559
                                                       GINNY Y. KENNEDY, MB #102199

OF COUNSEL                                             Attorneys for Cori Rigsby and Kerri Rigsby
August J. Matteis, Jr. (*admitted pro hac vice*)       HEIDELBERG HARMON PLLC

Craig J. Litherland (*admitted pro hac vice*)
Benjamin Davidson (*admitted pro hac vice*)
Derek Sugimura (*admitted pro hac vice*)
Lucian C. Martinez, Jr (*admitted pro hac vice*)
GILBERT LLP
1100 New York Avenue NW, Suite 700
Washington, DC 20005
Phone No.      (202) 772-2200
Fax No.        (202) 772-3333
matteisa@gotofirm.com
litherlandc@gotofirm.com
davidsonb@gotofirm.com
sugimurad@gotofirm.com
martinezm@gotofirm.com

795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi 39157
Phone No.      (601) 351-3333
Fax No.        (601) 956-2090
mheidelberg@heidelbergharmon.com

Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

    I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **24th day of November, 2010**, caused a true and correct copy of the foregoing document to be filed with the Court's CM/ECF system, which will deliver notice of the document to the following:

Don Burkhalter, Esq.
UNITED STATES ATTORNEY
  FOR MISSISSIPPI
188 East Capitol Street, Suite 500
Jackson, MS 39201

Felicia Adams, Esq.
ASSISTANT U.S. ATTORNEY
188 East Capitol Street, Suite 500
Jackson, MS 39201

Joyce R. Branda, Esq.
Patricia R. Davis, Esq.
Jay D. Majors, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch
Civil Division
601 D Street, NW
Washington, DC 20004

Larry G. Canada, Esq.
Kathryn Breard Platt, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139
(p) 504-525-6802
ATTORNEYS FOR HAAG ENGINEERING CO.

Robert C. Galloway, Esq.
Emerson Barney Robinson, III, Esq.
Benjamin M. Watson, Esq.
Jeffrey A. Walker, Esq.
Amanda B. Barbour, Esq.
BUTLER, SNOW, O'MARA,
   STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225
(p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
  PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY


/s/     C. Maison Heidelberg___