UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                         **RELATORS**

**V.**                                              **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*        **DEFENDANTS**

## ORDER DENYING HAAG ENGINEERING COMPANY'S MOTION [493] FOR SUMMARY JUDGMENT

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Haag Engineering Company's motion [493] for summary judgment is **DENIED**.

**SO ORDERED** this 29th day of November, 2010.


s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE