UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                      **RELATORS**

**V.**                                                   **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*                   **DEFENDANTS**

### ORDER GRANTING MOTION [799] OF THE UNITED STATES OF AMERICA TO DISMISS FORENSIC ANALYSIS AND ENGINEERING CORP. WITHOUT PREJUDICE

Upon due consideration of the motion [799] of the United States of America to dismiss the Relator's claims against Forensic Analysis and Engineering Corp. without prejudice, it is hereby

**ORDERED AND ADJUDGED**

That the motion of the United States of America is **GRANTED**;

That the claims against Forensic Analysis and Engineering Corp. are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 29th day of November, 2010.


                                                      s/ <u>L. T. Senter, Jr.</u>
                                                    L. T. SENTER, JR.
                                                    SENIOR JUDGE