UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                    **RELATORS**

**V.**                                                    **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*           **DEFENDANTS**

### ORDER GRANTING IN PART AND DENYING IN PART THE MOTION [781] OF STATE FARM FIRE AND CASUALTY COMPANY TO EXCLUDE FROM EVIDENCE THE SETTLEMENT AGREEMENT BETWEEN THE RELATORS AND FORENSIC ANALYSIS & ENGINEERING CORPORATION

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [781] of State Farm Fire and Casualty Company to exclude from evidence the settlement agreement between the Relators and Forensic Analysis & Engineering Corporation is **GRANTED IN PART** and **DENIED IN PART**;

The settlement agreement may be used for impeachment purposes only in the event the individual who signed the agreement on behalf of Forensic should give testimony that contradicts any of the factual statements contained in the agreement, and to this extent the motion is **DENIED**; and

The settlement agreement may be used for no purpose other than impeachment, and to this extent the motion is **GRANTED**.

**SO ORDERED** this 9th day of December, 2010.

                              s/ L. T. Senter, Jr.
                              L. T. SENTER, JR.
                              SENIOR JUDGE