UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                                         **RELATORS**

**V.**                                                         **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*           **DEFENDANTS**

### ORDER DENYING STATE FARM FIRE AND CASUALTY COMPANY'S MOTION [842] TO RECONSIDER DECISION DENYING ITS MOTION [778] TO EXCLUDE THE REPORT OF BRIAN FORD AND RELATED DOCUMENTS

Upon due consideration of the motion [842] of State Farm Fire and Casualty Company for reconsideration of the Court's ruling concerning the report of Brian Ford and related documents, and after a review of the portions of the record offered by the movant in support of this motion, it is hereby

**ORDERED**

That the motion is **DENIED**.

**SO ORDERED** this 7th day of December, 2010.

                                                  s/ L. T. Senter, Jr.
                                                  L. T. SENTER, JR.
                                                  SENIOR JUDGE