UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL.* **CORI RIGSBY and KERRI RIGSBY**                    **RELATORS**

**V.**                                          **CIVIL ACTION NO.1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*            **DEFENDANTS**

### ORDER DENYING STATE FARM FIRE AND CASUALTY COMPANY'S MOTION [844] TO RECONSIDER DECISION DENYING ITS MOTIONS [300] [706] TO EXCLUDE THE REPORT AND TESTIMONY OF DAVID FAVRE

Upon due consideration of the motion [844] of State Farm Fire and Casualty Company for reconsideration of the Court's ruling concerning the report of and testimony of David Favre, and after a review of the portions of the record offered by the movant in support of this motion, it is hereby

**ORDERED**

That the motion is **DENIED**.

**SO ORDERED** this 7th day of December, 2010.

        s/ L. T. Senter, Jr.
        L. T. SENTER, JR.
        SENIOR JUDGE