UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
*EX REL*. **CORI RIGSBY and KERRI RIGSBY**                    **RELATORS**

V.                                    CIVIL ACTION NO.1:06CV433 LTS-RHW

**STATE FARM FIRE AND CASUALTY COMPANY,** *ET AL.*           **DEFENDANTS**

**ORDER DENYING STATE FARM FIRE AND CASUALTY COMPANY'S
MOTION [739] TO DISMISS FOR RELATORS' VIOLATION OF SEAL ORDER**

In accordance with the memorandum opinion I have this day signed, it is hereby

**ORDERED**

That the motion [739] of State Farm Fire and Casualty Company to dismiss this action for the Relators' violations of the seal order is **DENIED**.

**SO ORDERED** this 24th day of January, 2011.

                                          s/ L. T. Senter, Jr.
                                          L. T. SENTER, JR.
                                          SENIOR JUDGE