**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.; CORI RIGSBY; AND KERRI RIGSBY | RELATORS/COUNTER-DEFENDANTS |
| v. | CASE No. 1:06-cv-433-LTS-RHW |
| STATE FARM FIRE & CASUALTY COMPANY, et al. | DEFENDANTS/COUNTER-PLAINTIFFS |

**RELATORS' MOTION TO COMPEL
COMPLETE AND PROMPT PRODUCTION OF LATE-DISCLOSED DOCUMENTS**

Cori and Kerri Rigsby ("Relators") hereby respectfully move this Court for an order compelling Defendant State Farm Fire & Casualty Company ("State Farm") to produce in their entirety the late-disclosed documents first identified to Relators in a supplemental privilege log on January 14, 2011 (the "Documents").  A verified good faith certificate is attached to this motion.  Relators would show:

1. State Farm has, by its untimely disclosure and inadequate description of 8,000 pages of allegedly privileged materials, waived any privilege attached to the Documents;

2. State Farm has, in spite of repeated verbal and written requests to explain the circumstances surrounding the discovery of these Documents and their disclosure to Relators, refused to give an adequate explanation for its failure to disclose these Documents prior to the parties' hearing before the Court on January 12, 2011; and

3. State Farm has given multiple, contradictory characterizations of the nature of these Documents, from completely privileged to mostly non-responsive, that do not square with either the first supplemental privilege log or its latest supplemental privilege log, provided to Relators on February 11, 2011.

WHEREFORE, Relators ask this Court to enter an order compelling the immediate and complete production of all documents referenced on its supplemental privilege logs of January 14, 2011 and such other relief as is just.

Respectfully submitted this the 18th day of February, 2011.

    /s/ C. Maison Heidelberg
C. MAISON HEIDELBERG, MB #9559
GINNY Y. KENNEDY, MB #102199

| | |
|---|---|
| OF COUNSEL | Attorneys for Cori Rigsby and Kerri Rigsby |
| August J. Matteis, Jr. (*admitted pro hac vice*) | HEIDELBERG HARMON PLLC |
| Craig J. Litherland (*admitted pro hac vice*) | 795 Woodlands Parkway, Suite 220 |
| Benjamin Davidson (*admitted pro hac vice*) | Ridgeland, Mississippi 39157 |
| Derek Sugimura (*admitted pro hac vice*) | Phone No.     (601) 351-3333 |
| Lucian C. Martinez, Jr. (*admitted pro hac vice*) | Fax No.     (601) 956-2090 |
| GILBERT LLP | mheidelberg@heidelbergharmon.com |

1100 New York Avenue NW, Suite 700
Washington, DC 20005
Phone No.     (202) 772-2200
Fax No.     (202) 772-3333
matteisa@gotofirm.com
litherlandc@gotofirm.com
davidsonb@gotofirm.com
sugimurad@gotofirm.com
martinezm@gotofirm.com

Attorneys for Kerri Rigsby and Cori Rigsby

**CERTIFICATE OF SERVICE**

     I, C. Maison Heidelberg, attorney for Cori Rigsby and Kerri Rigsby, do hereby certify that I have this **18th day of February, 2011** caused the foregoing document to be filed with the Court's CM/ECF system, which will cause notice to be delivered to all counsel of record.

    Don Burkhalter, Esq.
    UNITED STATES ATTORNEY
      FOR MISSISSIPPI
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Felicia Adams, Esq.
    ASSISTANT U.S. ATTORNEY
    188 East Capitol Street, Suite 500
    Jackson, MS 39201

    Joyce R. Branda, Esq.
    Patricia R. Davis, Esq.
    Jay D. Majors, Esq.
    UNITED STATES DEPARTMENT OF JUSTICE
    Commercial Litigation Branch
    Civil Division
    601 D Street, NW
    Washington, DC 20004

    Larry G. Canada, Esq.
    Kathryn Breard Platt, Esq.
    Galloway, Johnson, Tompkins, Burr & Smith
    701 Poydras Street, Suite 4040
    New Orleans, LA 70139
    (p) 504-525-6802
    ATTORNEYS FOR HAAG ENGINEERING CO.

    Robert C. Galloway, Esq.
    Emerson Barney Robinson, III, Esq.
    Benjamin M. Watson, Esq.
    Jeffrey A. Walker, Esq.
    Amanda B. Barbour, Esq.
    BUTLER, SNOW, O'MARA,
      STEVENS & CANNADA, PLLC
    P.O. Box 22567
    Jackson, MS 39225
    (p) 601-948-5711

Michael B. Beers, Esq.
BEERS, ANDERSON, JACKSON
   PATTY & FALWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL 36104
(p) 334-834-5311
ATTORNEYS FOR STATE FARM MUTUAL
INSURANCE COMPANY

Robert D. Gholson
GHOLSON BURSON ENTREKIN & ORR, P.A.
55 North 5th Avenue
P.O. Box 1289
Laurel, MS 39441-1289
ATTORNEYS FOR FORENSIC ANALYSIS
ENGINEERING CORPORATION

        /s/     C. Maison Heidelberg___