IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA ex rel.**
**CORI RIGSBY and KERRI RIGSBY**     **RELATORS/COUNTER DEFENDANTS**

**V.**     **CIVIL ACTION NO. 1:06CV433 LTS-RHW**

**STATE FARM FIRE AND CASUALTY CO.**     **DEFENDANT/COUNTER PLAINTIFF**

ORDER OF TRANSFER

It is hereby

**ORDERED**

That this action is transferred to Chief Judge Louis Guirola, Jr. for further proceedings.

**SO ORDERED** this 11th day of April 2011.

                                             **s/ L. T. Senter, Jr.**
                                             L. T. SENTER, JR.
                                             SENIOR JUDGE