UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                    RELATORS/COUNTER DEFENDANTS

V.                                              CIVIL ACTION NO. 1:06cv433 LG-RHW

STATE FARM FIRE AND CASUALTY CO.                DEFENDANT/COUNTER PLAINTIFF


ORDER TO REASSIGN


By agreement of the judges, pursuant to authority of the United States District Court,

Southern District of Mississippi, Internal Rule 1, as amended, and to assure prompt and

expeditious handling of the court docket, the Court finds that the captioned case should be, and

hereby is, reassigned to United States District Judge Halil S. Ozerden.  The magistrate judge

assigned to this case will continue to be Magistrate Judge Robert H. Walker.

**SO ORDERED AND ADJUDGED** this the 12th day of April, 2011.




s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge