UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CORI RIGSBY and
KERRI RIGSBY                                                                                   RELATORS

VERSUS                                                    CIVIL ACTION NO. 1:06CV433-HSO-RHW

STATE FARM FIRE AND CASUALTY COMPANY et al                      DEFENDANTS

**ORDER GRANTING MOTION TO LIFT STAY
AND REINSTATE CASE TO ACTIVE DOCKET**

Before the Court is Relators' [902] Motion to Lift Stay and Reinstate Case to Active Docket.  On September 30, 2011, the Court stayed this civil action and placed it on inactive status pending a decision on State Farm Fire & Casualty's petition for interlocutory appeal.  On November 10, 2011, the United States Court of Appeals for the Fifth Circuit denied the petition for interlocutory appeal.  The undersigned conducted a telephone conference with the parties on this day.  At the conference, Defendants advised the Court that they do not intend to file a response to Relators' motion and that they agree the case should be reinstated to the active docket.

IT IS THEREFORE ORDERED AND ADJUDGED that the [902] Motion is GRANTED.  The Clerk of Court is directed to reinstate the case to the active docket.

SO ORDERED, this the 5th day of December, 2011.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE