THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u>. | ) | |
| Cori Rigsby, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 1:06cv433WJG-JMR |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM INS. CO., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF THE UNITED STATES' CONSENT TO SETTLEMENT
AND DISMISSAL OF HAAG ENGINEERING CO.**

Having determined that the settlement between the relators and defendant Haag Engineering Co. is in the best interests of the United States, the government hereby provides its consent to the dismissal of Haag, with prejudice to the relators and without prejudice to the United States.

        Respectfully submitted,

        STUART F. DELERY
        Principal Deputy Assistant Attorney General

        GREGORY K. DAVIS
        United States Attorney
        Southern District of Mississippi

Dated:   March 20, 2013        */s/ Lynn Murray*
        LYNN MURRAY
        Assistant United States Attorney
        188 East Capitol Street, Suite 500
        Jackson, MS   39201
        Telephone: (601) 965-4480
        Fax:   (601) 965-4409
        MS Bar #3690
        Lynn.Murray@usdoj.gov

<u>OF COUNSEL:</u>

MICHAEL D. GRANSTON
JUDITH RABINOWITZ
JAY D. MAJORS
Attorneys, Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC   20044
Tel:   (202) 307-0264
Fax:   (202) 514-0280