IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* § | | |
| CORI RIGSBY and KERRI RIGSBY § | | RELATORS/ |
| § | | COUNTER-DEFENDANTS |
| § | | |
| v. § | | Civil No. 1:06CV433-HSO-RHW |
| § | | |
| STATE FARM FIRE AND § | | DEFENDANT/ |
| CASUALTY CO. § | | COUNTER-PLAINTIFF |
| § | | |
| and § | | |
| § | | |
| HAAG ENGINEERING CO. § | | DEFENDANT |

**ORDER DISMISSING DEFENDANT HAAG ENGINEERING CO.**

BEFORE THE COURT are Notice of Settlement [1041] filed by Defendant Haag Engineering Co., on March 13, 2013, and the Notice of the United States' Consent to Settlement and Dismissal of Haag Engineering Co. [1070], filed by the Government on March 20, 2013. For the reasons stated in the United States' Notice [1070], and further based upon the record and the relevant law, the Court likewise consents to Defendant Haag Engineering Co.'s dismissal from this action, pursuant to 31 U.S.C. § 3730(b)(1). Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Defendant Haag Engineering Co. is **DISMISSED WITH PREJUDICE** as to Relators' claims, and **DISMISSED WITHOUT PREJUDICE** as to any claims by the United States.

**SO ORDERED AND ADJUDGED,** this the 21st day of March, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE