IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CORI RIGSBY and KERRI RIGSBY | § § § § | RELATORS |
| v. | § § § | Civil No. 1:06CV433-HSO-RHW |
| STATE FARM FIRE AND CASUALTY CO. | § § § § | DEFENDANT |

# SPECIAL VERDICT FORM

## PART I

**Question Number One:**

Do you find that Relators have proved by a preponderance of the evidence that covered flood damage under the National Flood Insurance Program Flood Policy to the McIntosh House sustained during Hurricane Katrina on August 29, 2005, if any, was less than $250,000.00? __YES__ (Please answer "yes" or "no.")

*If your answer is "yes," please proceed to Question Number Two.*

*If your answer is "no," please proceed to Part II on Page 4.*

**Question Number Two:**

We, the Jury, find by a preponderance of the evidence that the McIntosh House sustained covered flood damage under the National Flood Insurance Program Flood Policy during Hurricane Katrina on August 29, 2005, in the amount of $____0____. (Please answer in dollars and cents. Your answer must be between $0 and $249,999.99.)

*Please proceed to Question Number Three.*

**Question Number Three:**

Do you find that Relators have proved, by a preponderance of the evidence, that Defendant State Farm Fire and Casualty Company knowingly presented, or caused to be presented, to an officer or employee of the United States Government, a false or fraudulent claim for payment or approval in connection with the McIntosh flood claim?
____YES____ (Please answer "yes" or "no.")

*Please proceed to Question Number Four.*

**Question Number Four:**

Do you find that Relators have proved, by a preponderance of the evidence, that Defendant State Farm Fire and Casualty Company knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim in connection with the McIntosh flood claim? __YES__ (Please answer "yes" or "no.")

*If you answered "yes" to either or both of Question Numbers Three and Four, please proceed to Question Number Five.*

*If you answered "no" to both of Question Numbers Three and Four, please proceed to Part II on Page 4.*

**Question Number Five:**

We, the Jury, find that Relators have proven by a preponderance of the evidence the damages to the Government under the False Claims Act in connection with the McIntosh flood claim were $__250,000__. (Please answer in dollars and cents. This answer should be the difference between the $250,000.00 claim paid and your answer to Question Number Two.)

*Please proceed to Part II on Page 4.*

## PART II

## FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*

_____April 8, 2013_____
Dated

███████████████████████
Foreperson

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror

███████████████████████
Juror