EXHIBIT C

# Weisbrod Matteis & Copley PLLC

1900 M Street, NW
Suite 850
Washington, DC 20036
Telephone: 202-499-7900
Fax: 202-478-1795

5/6/2013

Kerri Rigsby

Invoice No. 384

Client Number:  7  Kerri Rigsby
Matter Number:  110  Qui Tam
**For Services Rendered Through 5/6/2013.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/14/2011 | DS | Review filing and requirements to lift stay and notify court of new address | 0.30 | $106.50 |
| 11/16/2011 | DS | Draft notice of change of firm. | 0.30 | $106.50 |
| 11/16/2011 | DS | Draft notice to lift stay. | 0.40 | $142.00 |
| 11/18/2011 | DS | Revise motion to lift stay. | 0.30 | $106.50 |
| 11/30/2011 | DS | Review letter to B. Galloway. | 0.10 | $35.50 |
| 12/1/2011 | DS | Emails with A. Matteis and M. Heidelberg re restarting case. | 0.30 | $106.50 |
| 12/1/2011 | DS | Email to B. Galloway re destruction of evidence. | 0.10 | $35.50 |
| 12/1/2011 | AJM | Draft letter; research all outstanding issues. | 6.50 | $3,282.50 |
| 12/2/2011 | AJM | Draft letter; research all outstanding issues. | 4.50 | $2,272.50 |
| 12/4/2011 | AJM | Review briefs and documents, call with client. | 5.50 | $2,777.50 |
| 12/5/2011 | DS | Rigsby conference call. | 0.30 | $106.50 |
| 12/5/2011 | AJM | Prepare for hearing; participate in hearing. | 4.00 | $2,020.00 |
| 12/6/2011 | DS | Review Rigsby files. | 0.80 | $284.00 |
| 12/8/2011 | WEC | Conferences with A. Matteis re claims and related legal research and document review. | 3.50 | $1,557.50 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 12/13/2011 | WEC | Confer with A. Matteis re methodology for determining scope of State Farm's fraud and related damages, and confer with D. Sugimura re legal research. | 0.40 | $178.00 |
| 12/13/2011 | DS | Review case law on motion to expand scope and revise research | 4.50 | $1,597.50 |
| 12/14/2011 | DS | Review prior scope motion pleadings. | 1.10 | $390.50 |
| 12/14/2011 | DS | Draft revised scope motion. | 3.90 | $1,384.50 |
| 12/14/2011 | AJM | Work on researching and refiling scope motion. | 7.50 | $3,787.50 |
| 12/15/2011 | DS | Revise expanded scope motion. | 6.40 | $2,272.00 |
| 12/15/2011 | DS | Review responses to motion to compel and status of documents. | 1.00 | $355.00 |
| 12/15/2011 | AJM | Work on revised scope motion. | 8.00 | $4,040.00 |
| 12/16/2011 | DS | Revise and circulate scope motion. | 1.30 | $461.50 |
| 12/19/2011 | WEC | Revise memorandum in support of motion to expand discovery and schedule one trial regarding the full scope of State Farm's fraud and confer with A. Matteis and D. Sugimura re same. | 8.20 | $3,649.00 |
| 12/19/2011 | DS | Review filings re status memorandum and dispositive motions and email summary to A. Matteis. | 0.70 | $248.50 |
| 12/19/2011 | DS | Provide case history to A. Matteis. | 0.60 | $213.00 |
| 12/19/2011 | DS | Draft procedural history. | 2.50 | $887.50 |
| 12/19/2011 | AJM | Work on revised scope motion; case analysis; call with client. | 5.50 | $2,777.50 |
| 12/20/2011 | WEC | Revise memorandum in support of motion to expand discovery and schedule one trial regarding the full scope of State Farm's fraud and confer with A. Matteis and D. Sugimura re same. | 14.30 | $6,363.50 |
| 12/20/2011 | DS | Revise procedural history. | 1.10 | $390.50 |
| 12/20/2011 | DS | Review and revise Rigsby motions. | 7.60 | $2,698.00 |
| 12/20/2011 | AJM | Work on revised scope; call with client. | 7.00 | $3,535.00 |
| 12/21/2011 | WEC | Revise memorandum in support of motion to expand discovery and schedule one trial regarding the full scope of State Farm's fraud and confer with M. Heidelberg, A. Matteis, and D. Sugimura re same; revise memorandum in support of motion to compel State Farm to produce documents improperly designated as privileged and confer with A. Matteis and D. Sugimura re same. | 8.20 | $3,649.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 12/21/2011 | DS | Review, revise, and file scope motion and motion to compel. | 9.20 | $3,266.00 |
| 12/21/2011 | AJM | Edit and revise motion. | 9.50 | $4,797.50 |
| 12/22/2011 | DS | Review State Farm filings. | 0.70 | $248.50 |
| 12/22/2011 | DS | Emails with A. Matteis re same. | 0.20 | $71.00 |
| 12/26/2011 | DS | Emails with A. Matteis re Rigsby briefs. | 0.20 | $71.00 |
| 12/27/2011 | DS | Draft and file notice of endorsement. | 0.30 | $106.50 |
| 12/28/2011 | WEC | Analyze State Farm's motions for reconsideration regarding expert David Favre, Brian Ford report, and alleged seal violations. | 2.50 | $1,112.50 |
| 12/29/2011 | WEC | Email correspondence with A. Matteis re strategy for responding to State Farm's motions for reconsideration regarding expert David Favre, Brian Ford report, and alleged seal violations. | 0.30 | $133.50 |
| 1/3/2012 | WEC | Analyze State Farm's motions for reconsideration; confer with A. Matteis and D. Sugimura re same; legal research re sanctions for vexatious filing of motions to reconsider. | 4.30 | $1,913.50 |
| 1/3/2012 | DS | Confer and email with A. Matteis re Rigsby response briefs | 0.50 | $177.50 |
| 1/3/2012 | DS | Review State Farm briefs and earlier filings and prepare materials for drafting response briefs | 5.00 | $1,775.00 |
| 1/4/2012 | DS | Outline responses to State Farm motions. | 1.50 | $532.50 |
| 1/4/2012 | AJM | Work on briefs. | 4.50 | $2,272.50 |
| 1/5/2012 | WEC | Legal research re standards for motion for reconsideration; legal research re authorities awarding sanctions for improperly filed motion; work on motion for sanctions against State Farm's attorneys. | 5.20 | $2,314.00 |
| 1/5/2012 | DS | Outline responses to State Farm motions. | 0.60 | $213.00 |
| 1/5/2012 | DS | Begin drafting facts sections for Ford and Favre motions | 2.00 | $710.00 |
| 1/6/2012 | WEC | Work on motion for sanctions against State Farm's attorneys. | 1.50 | $667.50 |
| 1/6/2012 | WEC | Confer with A. Matteis and D. Sugimura regarding State Farm's claims that the evidentiary challenges in the motions to reconsider are jurisdictional. | 0.70 | $311.50 |
| 1/6/2012 | DS | Prepare initial drafts of Ford and Favre argument sections. | 4.20 | $1,491.00 |
| 1/6/2012 | AJM | Work on briefs. | 5.00 | $2,525.00 |
| 1/9/2012 | WEC | Draft motion for sanctons against State Farm's attorneys. | 7.40 | $3,293.00 |

**Continued On Next Page**

| 1/9/2012 | AJM | Work on briefs. | 6.50 | $3,282.50 |
|---|---|---|---|---|
| 1/10/2012 | WEC | Draft argument that State Farm's motions for reconsideration are improper because they merely rehash arguments that the Court already has rejected and related legal research; confer with A. Matteis re oppositions to State Farm's motions for reconsideration. | 8.10 | $3,604.50 |
| 1/10/2012 | AJM | Work on briefs. | 6.00 | $3,030.00 |
| 1/11/2012 | WEC | Draft oppositions to Rigsby's second motions for reconsideration seeking to exclude the Brian Ford Report and David Favre's testimony. | 6.10 | $2,714.50 |
| 1/11/2012 | DS | Revise and circulate opposition to Favre motion. | 4.80 | $1,704.00 |
| 1/12/2012 | WEC | Draft oppositions to Rigsby's second motions for reconsideration seeking to exclude the Brian Ford Report and David Favre's testimony. | 1.10 | $489.50 |
| 1/12/2012 | DS | Revise and circulate Ford motion. | 3.60 | $1,278.00 |
| 1/12/2012 | DS | Draft initial seal motion. | 3.00 | $1,065.00 |
| 1/12/2012 | AJM | Work on briefs. | 5.50 | $2,777.50 |
| 1/13/2012 | WEC | Draft and revise opposition to State Farm's second motion for reconsideration seeking to exclude David Favre's testimony, including legal research regarding the standards for excluding expert testimony. | 2.80 | $1,246.00 |
| 1/13/2012 | DS | Revise seal motion. | 2.90 | $1,029.50 |
| 1/14/2012 | WEC | Draft and revise opposition to State Farm's second motion for reconsideration seeking to exclude David Favre's testimony. | 3.50 | $1,557.50 |
| 1/14/2012 | DS | Revise and circulate seal motion. | 3.60 | $1,278.00 |
| 1/15/2012 | WEC | Draft and revise opposition to State Farm's second set of motion for reconsideration seeking to exclude the Brian Ford Report and David Favre's testimony. | 8.70 | $3,871.50 |
| 1/16/2012 | WEC | Legal research regarding the admissibility of reports as admissions and business records and revise opposition to State Farm's second set of motion for reconsideration seeking to exclude the Brian Ford Report. | 7.50 | $3,337.50 |
| 1/17/2012 | WEC | Draft and revise opposition to State Farm's reconsideration motion to exclude the Brian Ford report and related legal research, confer with A Matteis re same. | 11.50 | $5,117.50 |
| 1/17/2012 | AJM | Work on briefs. | 4.00 | $2,020.00 |

**Continued On Next Page**

| 1/18/2012 | WEC | Draft and revise opposition to State Farm's reconsideration motion to exclude the Brian Ford report and related legal research, confer with A Matteis re same. | 6.70 | $2,981.50 |
|---|---|---|---|---|
| 1/18/2012 | WEC | Analyze State Farm's reconsideration motion to dismiss for alleged seal violations and related briefing, conduct related legal research, and email correspondence with A Matteis re same. | 3.50 | $1,557.50 |
| 1/18/2012 | AJM | Work on briefs. | 6.50 | $3,282.50 |
| 1/19/2012 | WEC | Draft and revise State Farm's reconsideration motion to dismiss for alleged seal violations, conduct related legal research, and confer with A. Matteis and D. Sugimura re same. | 12.50 | $5,562.50 |
| 1/19/2012 | DS | Research judicial estoppel standard. | 3.00 | $1,065.00 |
| 1/19/2012 | DS | Review and revise Ford motion. | 2.00 | $710.00 |
| 1/19/2012 | AJM | Work on briefs. | 10.50 | $5,302.50 |
| 1/20/2012 | WEC | Draft and revise State Farm's reconsideration motion to dismiss for alleged seal violations, conduct related legal research, and confer with A. Matteis and D. Sugimura re same. | 10.20 | $4,539.00 |
| 1/20/2012 | DS | Review, revise and file Ford, Favre and Seal motions. | 10.60 | $3,763.00 |
| 1/20/2012 | AJM | Work on and file oppositions. | 8.50 | $4,292.50 |
| 1/23/2012 | DS | Review State Farm oppositions. | 0.50 | $177.50 |
| 1/24/2012 | WEC | Analyze State Farm's opposition briefs to the Rigsby's motions to expand the scope of discovery and trial and to compel the production of documents; confer with A. Matteis and D. Sugimura re same; draft reply in support of motion to expand the scope of discovery and trial and related legal research. | 8.50 | $3,782.50 |
| 1/24/2012 | DS | Emails with A. Matteis and B. Copley re reply briefs and assemble and review materials for same. | 1.50 | $532.50 |
| 1/24/2012 | AJM | Review StateFarm briefs; review documents; work on replies. | 5.00 | $2,525.00 |
| 1/25/2012 | WEC | Draft reply in support of motion to expand the scope of discovery and trial and related legal research and confer with A. Matteis re same. | 7.20 | $3,204.00 |
| 1/25/2012 | AJM | Work on reply briefs. | 3.50 | $1,767.50 |
| 1/26/2012 | WEC | Draft and revise reply in support of motion to expand the scope of discovery and trial to encompass State Farm's entire fraud. | 5.50 | $2,447.50 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 1/26/2012 | DS | Review Rigsby files for materials for reply briefs. | 1.20 | $426.00 |
| 1/26/2012 | AJM | Work on reply briefs. | 7.00 | $3,535.00 |
| 1/27/2012 | WEC | Draft and revise reply in support of motion to expand the scope of discovery and trial to encompass State Farm's entire fraud; analyze State Farm's opposition to motion to compel re 3 boxes of documents, conduct related legal research, and confer with A. Matteis re same. | 8.50 | $3,782.50 |
| 1/27/2012 | DS | Search for information for reply brief and check with sources re same. | 2.30 | $816.50 |
| 1/27/2012 | AJM | Work on Reply briefs. | 8.50 | $4,292.50 |
| 1/30/2012 | WEC | Revise and finalize reply briefs in support of the Relators motions to expand the scope of discovery and trial and to compel the production of three boxes of late-disclosed documents; related legal research; conferences with A. Matteis and D. Sugimura re motions. | 8.50 | $3,782.50 |
| 1/30/2012 | DS | Review and file reply briefs on motions to compel and expand scope | 2.20 | $781.00 |
| 1/30/2012 | AJM | Work on and file replies. | 7.00 | $3,535.00 |
| 2/1/2012 | WEC | Revise motion for sanctions against State Farm for vexatious filing of reconsideration motions and confer with A. Matteis re same. | 1.20 | $534.00 |
| 2/1/2012 | WEC | Analyze state farm's reply briefs in support of their reconsideration motions to exclude the Brian Ford Report and David Favre's testimony and to dismiss the relators' claims for alleged seal violations. | 2.20 | $979.00 |
| 2/2/2012 | WEC | Revise motion for sanctions against State Farm for vexatious filing of reconsideration motions and confer with A. Matteis re same. | 2.50 | $1,112.50 |
| 2/3/2012 | WEC | Confer with A. Matteis re sanctions motion and related strategy and revise motion. | 1.30 | $578.50 |
| 2/3/2012 | AJM | Work on sanctions; call with clients. | 5.50 | $2,777.50 |
| 2/4/2012 | AJM | Work on sanctions; call with clients. | 4.50 | $2,272.50 |
| 2/6/2012 | WEC | Revise motion seeking sanctions against State Farm's attorneys for vexatiously filing three reconsideration motions repeatedly. | 6.50 | $2,892.50 |
| 2/6/2012 | WEC | Review depositions. | 2.20 | $979.00 |
| 2/6/2012 | AJM | Work on sanctions. | 6.00 | $3,030.00 |

**Continued On Next Page**

| 2/7/2012 | WEC | Revise motion seeking sanctions against State Farm's attorneys for vexatiously filing three reconsideration motions repeatedly; conferences and correspondence with A. Matteis and M. Heidelberg re same. | 2.70 | $1,201.50 |
|---|---|---|---|---|
| 2/7/2012 | AJM | Work on sanctions. | 4.50 | $2,272.50 |
| 2/8/2012 | WEC | Finalize motion seeking sanctions against State Farm's attorneys for vexatiously filing three reconsideration motions repeatedly and related documents for filing; conferences and correspondence with A. Matteis, D. Sugimura and M. Heidelberg re same. | 3.20 | $1,424.00 |
| 2/8/2012 | WEC | Review depositions. | 1.50 | $667.50 |
| 2/8/2012 | DS | Review and file sanctions motion. | 1.50 | $532.50 |
| 2/8/2012 | AJM | Work on and file sanctions motion. | 3.00 | $1,515.00 |
| 2/9/2012 | WEC | Review depositions and confer with A. Matteis re same. | 3.50 | $1,557.50 |
| 2/9/2012 | WEC | Review depositions. | 2.40 | $1,068.00 |
| 2/10/2012 | AJM | Review documents and depositions. | 3.00 | $1,515.00 |
| 2/13/2012 | AJM | Review documents and depositions. | 3.50 | $1,767.50 |
| 2/14/2012 | AJM | Review documents and depositions. | 1.50 | $757.50 |
| 2/14/2012 | WEC | Review depositions and confer with A. Matteis re same. | 2.30 | $1,023.50 |
| 2/15/2012 | AJM | Review depositions and documents. | 4.00 | $2,020.00 |
| 2/15/2012 | WEC | Review depositions and  confer with A. Matteis re same. | 1.50 | $667.50 |
| 2/21/2012 | DS | Review status of FOIA request. | 0.60 | $213.00 |
| 2/22/2012 | AJM | Review documents. | 1.50 | $757.50 |
| 2/23/2012 | DS | Review FOIA information. | 0.50 | $177.50 |
| 2/24/2012 | WEC | Review opposition to Relators motion for sanctions. | 1.00 | $445.00 |
| 2/27/2012 | DS | Review opposition to motion for sanctions and confer with B. Copley re same. | 0.30 | $106.50 |
| 2/27/2012 | WEC | Analyze State Farm's opposition to the Relators' motion for sanctions, conduct legal research, and confer with A. Matteis re same. | 5.50 | $2,447.50 |
| 2/28/2012 | WEC | Draft Relators' reply to State Farm's opposition to the Relators' motion for sanctions and confer with A. Matteis re same. | 6.50 | $2,892.50 |

**Continued On Next Page**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/29/2012 | WEC | Draft and revise Relators' reply to State Farm's opposition to the Relators' motion for sanctions and confer with A. Matteis re same. | 7.50 | $3,337.50 |
| 3/1/2012 | WEC | Draft and revise reply in support of the Relators' motion for sanctions and confer with A. Matteis re same. | 5.40 | $2,403.00 |
| 3/2/2012 | WEC | Revise reply in support of the Relators' motion for sanctions, confer with A. Matteis and D. Sugimura re same, and correspond with M. Heidelberg re same. | 2.20 | $979.00 |
| 3/2/2012 | PSM | Review sanctions motion. | 2.50 | $725.00 |
| 3/2/2012 | DS | Review reply brief. | 0.20 | $71.00 |
| 3/5/2012 | WEC | Revise and coordinate filing of reply in support of the Relators' motion for sanctions, confer with A. Matteis and D. Sugimura re same, and correspond with M. Heidelberg re same. | 3.20 | $1,424.00 |
| 3/5/2012 | DS | Revise and file Rigsby reply brief. | 2.40 | $852.00 |
| 3/5/2012 | AJM | Work on reply brief. | 3.00 | $1,515.00 |
| 3/9/2012 | WEC | Confer with A. Matteis re case status and strategy. | 1.20 | $534.00 |
| 3/12/2012 | PSM | Review Rigsby documents. | 3.50 | $1,015.00 |
| 3/15/2012 | PSM | Document review. | 4.00 | $1,160.00 |
| 3/22/2012 | PSM | Document review | 2.50 | $725.00 |
| 3/29/2012 | PSM | Pleadings and document review. | 3.00 | $870.00 |
| 3/30/2012 | DS | Review Rigsby order and email team re same. | 0.10 | $35.50 |
| 4/24/2012 | WEC | Review State Farm's notice of intervening authority, and related case law, and confer with A. Matteis and D. Sugimura re potential response; analyze order granting in part and denying in part the Relators' motion to compel and confer with A. Matteis and D. Sugimura re same. | 1.60 | $712.00 |
| 4/24/2012 | DS | Review State Farm notice and email A. Matteis and B. Copley re same. | 0.30 | $106.50 |
| 4/24/2012 | DS | Review order on motion to compel and email and confer with A. Matteis and B. Copley re same. | 0.40 | $142.00 |
| 5/9/2012 | WEC | Draft response to State Farm's notice of supplemental authority. | 3.50 | $1,557.50 |
| 5/10/2012 | WEC | Draft and revise response to State Farm's notice of supplemental authority and confer with A. Matteis re same. | 1.10 | $489.50 |
| 5/11/2012 | DS | Review draft response to notice of intervening authority. | 0.20 | $71.00 |

**Continued On Next Page**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/11/2012 | DS | Review privilege log and confer with A. Matteis and B. Copley re same. | 0.50 | $177.50 |
| 5/14/2012 | WEC | Revise and coordinate filing of the Relators' response to State Farm's notice of supplemental authority and confer with A. Matteis and D. Sugimura re same. | 1.30 | $578.50 |
| 5/14/2012 | DS | Revise and file response to notice of intervening authority and amend service list. | 1.00 | $355.00 |
| 6/7/2012 | AJM | Telephone call to client. | 1.30 | $656.50 |
| 6/11/2012 | DS | Review supplemental disclosure and email A. Matteis re same. | 0.20 | $71.00 |
| 6/15/2012 | DS | Review Rigsby rulings. | 0.40 | $142.00 |
| 6/15/2012 | AJM | Analylze rulings; telephone calls with client. | 2.50 | $1,262.50 |
| 6/21/2012 | DS | Emails with experts re trial setting. | 0.40 | $142.00 |
| 6/25/2012 | DS | Conference call with court and all parties. | 0.40 | $142.00 |
| 6/25/2012 | DS | Emails with experts re trial setting. | 0.30 | $106.50 |
| 6/25/2012 | AJM | Preparation for call and call with court. | 4.50 | $2,272.50 |
| 6/28/2012 | DS | Emails with A. Matteis re Rigsby filings. | 0.20 | $71.00 |
| 7/5/2012 | DS | Emails with L. Fey and review article on claims-handling changes. | 0.30 | $106.50 |
| 7/31/2012 | WEC | Confer with A. Matteis re trial preparation and upcoming status conference. | 0.80 | $356.00 |
| 8/22/2012 | WEC | Conferences with A. Matteis, D. Sugimura, and M. Heidelberg re schedule for trial preparation. | 0.80 | $356.00 |
| 8/22/2012 | DS | Conference call with M. Heidelberg and A. Matteis re upcoming status call with court. | 0.50 | $177.50 |
| 8/22/2012 | DS | Conference call with court and all counsel re status conference. | 0.50 | $177.50 |
| 8/23/2012 | WEC | Telephonic hearing with the court, with A. Matteis, D. Sugimura, and M. Heidelberg re schedule for trial preparation and related follow-up. | 1.60 | $712.00 |
| 9/5/2012 | DS | Review and analyze record to begin preparing trial plan. | 6.30 | $2,236.50 |
| 9/11/2012 | DS | Analysis of trial exhibits and witnesses. | 4.00 | $1,420.00 |
| 9/12/2012 | DS | Analysis of trial plan, with emphasis on expert witnesses. | 4.00 | $1,420.00 |
| 9/13/2012 | DS | Draft sample trial plan. | 4.00 | $1,420.00 |

**Continued On Next Page**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/27/2012 | WEC | Analyze State Farm's proposed jury questionnaire; review legal materials re use of jury questionnaires and relevant prior orders; confer with A. Matteis and M. Heidelberg re same. | 1.80 | $801.00 |
| 10/3/2012 | AJM | Trial preparation; prepare questionnaire. | 1.40 | $707.00 |
| 10/4/2012 | AJM | Prepare jury questionaire; trial preparation. | 3.00 | $1,515.00 |
| 10/5/2012 | DS | Draft opposition to motion for jury questionnaire. | 3.20 | $1,136.00 |
| 10/9/2012 | DS | Revise and circulate opposition to motion for jury questionnaire. | 6.30 | $2,236.50 |
| 10/9/2012 | AJM | Trial preparation. | 2.00 | $1,010.00 |
| 10/15/2012 | DS | Revise opposition to motion for jury questionnaire and circulate to A. Matteis, B. Copley, and M. Heidelberg. | 0.40 | $142.00 |
| 10/15/2012 | WEC | Review and provide comments on opposition to State Farm's motion for a jury questionnaire. | 0.50 | $222.50 |
| 10/15/2012 | DS | Revise and file opposition. | 1.00 | $355.00 |
| 10/16/2012 | WEC | Confer with D. Sugimura re opposition to State Farm's motion for a jury questionnaire. | 0.30 | $133.50 |
| 10/16/2012 | AJM | Trial preparation; review depositions. | 4.00 | $2,020.00 |
| 10/18/2012 | AJM | Trial preparation; review depositions. | 0.50 | $252.50 |
| 10/19/2012 | AJM | Trial preparation; review depositions; work on narrative. | 8.00 | $4,040.00 |
| 10/22/2012 | AJM | Trial preparation; review depositions; work on narrative. | 2.00 | $1,010.00 |
| 10/25/2012 | AJM | Strategy with local counsel. | 1.50 | $757.50 |
| 10/26/2012 | WEC | Review State Farm's reply in support of its motion for a juror questionnaire and analysis by D. Sugimura. | 0.60 | $267.00 |
| 10/29/2012 | PSM | Rigsby trial preparation; review depositions; work on narrative. | 2.50 | $725.00 |
| 10/30/2012 | PSM | Rigsby trial preparation; review depositions; work on narrative. | 4.10 | $1,189.00 |
| 10/31/2012 | PSM | Rigsby trial preparation; review depositions; work on narrative. | 1.10 | $319.00 |
| 11/1/2012 | PSM | Rigsby trial preparation; review depositions; work on narrative. | 2.30 | $667.00 |
| 11/2/2012 | AJM | Trial preparation; review depositions; work on narrative. | 5.00 | $2,525.00 |
| 11/3/2012 | PSM | Rigsby trial preparation; review depositions; work on narrative. | 3.50 | $1,015.00 |

**Continued On Next Page**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/4/2012 | PSM | Rigsby trial preparation; review depositions; work on narrative. | 3.50 | $1,015.00 |
| 11/6/2012 | PSM | Read and analyze King deposition. | 5.00 | $1,450.00 |
| 11/7/2012 | PSM | Read and analyze King deposition; work on narrative. | 5.00 | $1,450.00 |
| 11/9/2012 | PSM | Draft  King outline. | 3.00 | $870.00 |
| 11/14/2012 | PSM | Work on trial narrative. | 2.00 | $580.00 |
| 11/19/2012 | AJM | Review depositions; work on narrative. | 4.00 | $2,020.00 |
| 11/20/2012 | AJM | Trial preparation narrative. | 4.00 | $2,020.00 |
| 11/20/2012 | PSM | King outline. | 3.50 | $1,015.00 |
| 11/20/2012 | PSM | Work on trial narrative. | 2.50 | $725.00 |
| 11/24/2012 | PSM | Work on King outline. | 4.00 | $1,160.00 |
| 11/25/2012 | PSM | Read Kelly deposition. | 5.00 | $1,450.00 |
| 11/26/2012 | PSM | Read Kelly deposition. | 2.50 | $725.00 |
| 11/28/2012 | PSM | Work on Kelly outline. | 4.00 | $1,160.00 |
| 12/4/2012 | AJM | Trial preparation. | 4.00 | $2,020.00 |
| 12/7/2012 | TB | Review docket for scheduling orders for A. Matteis. | 0.50 | $122.50 |
| 12/7/2012 | AJM | Trial preparation. | 1.50 | $757.50 |
| 12/8/2012 | AJM | Trial preparation. | 3.00 | $1,515.00 |
| 12/9/2012 | AJM | Trial preparation; witness list. | 4.50 | $2,272.50 |
| 12/10/2012 | AJM | Trial preparation; review King testimony. | 1.50 | $757.50 |
| 12/12/2012 | TB | Review docket; summarize pre-trial important dates for A. Matteis. | 0.50 | $122.50 |
| 12/29/2012 | PSM | Work on trial narrative. | 1.50 | $435.00 |
| 1/2/2013 | AJM | Work on motion in limine. | 4.00 | $2,020.00 |
| 1/3/2013 | DS | Research, draft and revise motions in limine. | 7.70 | $2,733.50 |
| 1/3/2013 | AJM | Work on motion in limine. | 5.50 | $2,777.50 |
| 1/4/2013 | DS | Research and revise motions in limine. | 4.50 | $1,597.50 |
| 1/4/2013 | AJM | Work on motion in limine and trial preparation. | 7.00 | $3,535.00 |
| 1/5/2013 | AJM | Work on motion in limine and trial preparation. | 13.00 | $6,565.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 1/6/2013 | AJM | Work on motion in limine and trial preparation. | 11.00 | $5,555.00 |
| 1/7/2013 | DS | Revise motions in limine on Scruggs and video. | 6.00 | $2,130.00 |
| 1/7/2013 | AJM | Work on motion in limine and trial preparation. | 11.20 | $5,656.00 |
| 1/8/2013 | WEC | Review order denying State Farm's motion for a jury questionnaire; confer with A. Matteis re same; review motions in limine filed by State Farm; confer with A. Matteis re same. | 1.80 | $801.00 |
| 1/8/2013 | DS | Review, revise and file motion in limine. | 5.60 | $1,988.00 |
| 1/8/2013 | AJM | Finalize and filed motion in limine. | 10.00 | $5,050.00 |
| 1/9/2013 | WEC | Confer with A. Matteis re response to motions in limine filed by State Farm. | 0.60 | $267.00 |
| 1/9/2013 | AJM | Work on oppositions. | 2.00 | $1,010.00 |
| 1/10/2013 | DS | Confer with A. Matteis re Rigsby responses. | 0.40 | $142.00 |
| 1/10/2013 | AJM | Work on oppositions and designations. | 8.00 | $4,040.00 |
| 1/11/2013 | AJM | Work on oppositions and designations. | 3.00 | $1,515.00 |
| 1/12/2013 | AJM | Work on oppositions and designations. | 2.00 | $1,010.00 |
| 1/13/2013 | AJM | Work on oppositions and designations. | 4.00 | $2,020.00 |
| 1/14/2013 | AJM | Work on oppositions and designations. | 4.00 | $2,020.00 |
| 1/15/2013 | DS | Research oppositions to motions in limine. | 3.90 | $1,384.50 |
| 1/15/2013 | DS | Draft response to motion in limine on the 5th Amendment testimony. | 0.20 | $71.00 |
| 1/15/2013 | AJM | Work on oppositions and designations. | 5.00 | $2,525.00 |
| 1/16/2013 | DS | Emails with Rigsby experts re availability at trial. | 0.50 | $177.50 |
| 1/16/2013 | DS | Revise motion in limine oppositions. | 6.70 | $2,378.50 |
| 1/16/2013 | AJM | Prepare for argument. | 4.00 | $2,020.00 |
| 1/19/2013 | AJM | Work on pre-trial order/exhibits. | 4.00 | $2,020.00 |
| 1/20/2013 | AJM | Work on pre-trial order/exhibits. | 8.00 | $4,040.00 |
| 1/21/2013 | AJM | Work on pre-trial order and settlement letter. | 8.00 | $4,040.00 |
| 1/22/2013 | DS | Review settlement memorandum and email A. Matteis re same. | 0.20 | $71.00 |
| 1/22/2013 | DS | Draft response to government conduct motion in limine. | 1.10 | $390.50 |

**Continued On Next Page**

| 1/22/2013 | AJM | Work on pre-trial order and settlement letter. | 9.50 | $4,797.50 |
| 1/23/2013 | PSM | King witness outline. | 4.30 | $1,247.00 |
| 1/23/2013 | PSM | Meeting with A. Matteis and D. Sugimurare trial prepration. | 0.80 | $232.00 |
| 1/23/2013 | AJM | Work on pre-trial order and settlement letter. | 4.00 | $2,020.00 |
| 1/24/2013 | DS | Research oppositions to out of state conduct motions. | 1.80 | $639.00 |
| 1/24/2013 | DS | Draft outlines for out of state conduct oppositions. | 1.00 | $355.00 |
| 1/24/2013 | AJM | Work on motion in limine. | 10.50 | $5,302.50 |
| 1/25/2013 | PSM | Work on motions in limine. | 5.00 | $1,450.00 |
| 1/25/2013 | DS | Draft out-of-state conduct oppositions. | 6.90 | $2,449.50 |
| 1/25/2013 | AJM | Work on motions, deposition designations, and exhibits. | 11.00 | $5,555.00 |
| 1/26/2013 | PSM | Work on motions in limine. | 4.00 | $1,160.00 |
| 1/26/2013 | AJM | Work on motions in limine. | 12.00 | $6,060.00 |
| 1/27/2013 | AJM | Work on motions in limine. | 5.50 | $2,777.50 |
| 1/28/2013 | DS | Review, revise, and file seven responses to motions in limine. | 8.30 | $2,946.50 |
| 1/28/2013 | AJM | Finalize and file all motions in limine. | 9.50 | $4,797.50 |
| 1/28/2013 | AJM | Trial preparation; deposition designations. | 4.00 | $2,020.00 |
| 1/29/2013 | DS | Review deposition transcripts and confirm status of files. | 4.30 | $1,526.50 |
| 1/29/2013 | PSM | Work on Motions in Limine. | 4.00 | $1,160.00 |
| 1/29/2013 | AJM | Work on pre-trial order, deposition designations and exhibits. | 12.00 | $6,060.00 |
| 1/30/2013 | AJM | Work on pre-trial order, deposition designations, exhibits. | 9.40 | $4,747.00 |
| 1/31/2013 | AJM | Work on pre-trial order, deposition designations, exhibits. | 8.60 | $4,343.00 |
| 2/1/2013 | PSM | Conference call with opposing counsel. | 1.50 | $435.00 |
| 2/1/2013 | PSM | Outline reply to State Farm's opposition to motion in limine. | 4.50 | $1,305.00 |
| 2/1/2013 | AJM | Work on motions in limine and identify documents for pre-trial order; conference call re same. | 12.00 | $6,060.00 |
| 2/2/2013 | PSM | Outline reply to State Farm's opposition to motion in limine. | 4.00 | $1,160.00 |
| 2/2/2013 | AJM | Work on motions in limine and identify documents for pre-trial order. | 13.00 | $6,565.00 |
| 2/3/2013 | AJM | Work on motions in limine and identify documents for pre-trial order. | 14.00 | $7,070.00 |

**Continued On Next Page**

| 2/4/2013 | AJM | Identify documents and deposition designation for pre-trial order. | 14.00 | $7,070.00 |
| 2/5/2013 | PSM | Work on trial strategy. | 0.80 | $232.00 |
| 2/5/2013 | PSM | Research for Reply to Motion in Limine. | 5.30 | $1,537.00 |
| 2/5/2013 | AJM | Work on motions in limine and deposition designations; identify documents. | 9.00 | $4,545.00 |
| 2/6/2013 | PSM | Work on Rigsby Reply. | 1.00 | $290.00 |
| 2/6/2013 | PSM | Research for Reply to Motion in Limine. | 2.00 | $580.00 |
| 2/6/2013 | DS | Review documents for pretrial order and email M. Sledge re same. | 2.60 | $923.00 |
| 2/7/2013 | PSM | Research for Reply to Motion in Limine. | 5.00 | $1,450.00 |
| 2/7/2013 | AJM | Work on motions in limine and deposition designations; identify documents. | 12.50 | $6,312.50 |
| 2/7/2013 | DS | Emails and confer with A. Matteis re case law on relator's ability to access files. | 0.50 | $177.50 |
| 2/8/2013 | PSM | Prepare Reply to Motion in Limine. | 7.00 | $2,030.00 |
| 2/8/2013 | AJM | Work on motions in limine and deposition designations; identify documents. | 9.50 | $4,797.50 |
| 2/8/2013 | DS | Revise and file reply on motion in limine. | 2.50 | $887.50 |
| 2/8/2013 | DS | Draft initial portions of pretrial order and exhibit list. | 0.50 | $177.50 |
| 2/9/2013 | DS | Emails with A. Matteis and M. Heidelberg re pre-trial order. | 0.50 | $177.50 |
| 2/10/2013 | AJM | Work on deposition designations and pre-trial order. | 10.00 | $5,050.00 |
| 2/11/2013 | TB | Confer with A. Matteis re Rigsby Pre-Trial Order; Review and merge exhibit and deposition designation lists. | 0.80 | $196.00 |
| 2/11/2013 | TB | Research re jury instructions. | 2.10 | $514.50 |
| 2/11/2013 | AJM | Work on pre-trial order. | 11.50 | $5,807.50 |
| 2/11/2013 | DS | Review exhibits for pre-trial order and email A. Matteis and M. Heidelberg re same. | 7.00 | $2,485.00 |
| 2/12/2013 | TB | Review Rigsby files, organize cited exhibits, print and organize; merge lists. | 8.00 | $1,960.00 |
| 2/12/2013 | AJM | Work on pre-trial order. | 12.00 | $6,060.00 |
| 2/12/2013 | DS | Review exhibits for initial pre-trial exhibit list and draft same. | 8.00 | $2,840.00 |
| 2/13/2013 | TB | Review, compile and print plaintiffs exhibits. | 10.20 | $2,499.00 |

**Continued On Next Page**

| 2/13/2013 | AJM | Work on pre-trial order. | 11.00 | $5,555.00 |
| 2/13/2013 | DS | Draft and revise PTO exhibit list, witness list, and statements. | 8.00 | $2,840.00 |
| 2/13/2013 | DS | Emails with J. Walker and B. Robinson re call on scheduling and telephone call re same. | 0.40 | $142.00 |
| 2/14/2013 | TB | Review, compile and print plaintiff's trial exhibits. | 8.00 | $1,960.00 |
| 2/14/2013 | AJM | Worked on pre-trial order. | 7.00 | $3,535.00 |
| 2/14/2013 | DS | Revise exhibit list and Pre Trial Order. | 8.00 | $2,840.00 |
| 2/15/2013 | TB | Review, compile and print plaintiff's trial exhibits. | 4.30 | $1,053.50 |
| 2/15/2013 | AJM | Worked on pre-trial order. | 9.00 | $4,545.00 |
| 2/15/2013 | DS | Revise exhibit list and Pre Trial Order. | 8.00 | $2,840.00 |
| 2/16/2013 | AJM | Work on pre-trial order. | 14.00 | $7,070.00 |
| 2/17/2013 | AJM | Work on pre-trial order. | 13.50 | $6,817.50 |
| 2/18/2013 | AJM | Worked on pre-trial order. | 11.00 | $5,555.00 |
| 2/18/2013 | DS | Revise exhibit list, statements of facts and law, and Pre Trial Order. | 8.00 | $2,840.00 |
| 2/19/2013 | TB | Review production files; create electronic set of proposed plaintiffs exhibits for future blow back. | 7.90 | $1,935.50 |
| 2/19/2013 | DS | Revise designations, objections, statements of facts and law, and PTO and email A. Matteis and M. Heidelberg re same. | 10.00 | $3,550.00 |
| 2/20/2013 | TB | Review production files; create electronic set of proposed plaintiffs exhibits for future blow back. | 2.20 | $539.00 |
| 2/20/2013 | AJM | Work on pre-trial order. | 12.50 | $6,312.50 |
| 2/20/2013 | DS | Revise exhibit objections, statements of facts and law, and Pre Trial Order and email A. Matteis and M. Heidelberg re same. | 10.00 | $3,550.00 |
| 2/21/2013 | TB | Review production files; create electronic set of proposed plaintiffs exhibits for future blow back. | 6.30 | $1,543.50 |
| 2/21/2013 | AJM | Work on pre-trial order. | 13.00 | $6,565.00 |
| 2/21/2013 | DS | Revise exhibit objections, statements of facts and law, and Pre Trial Order and email A. Matteis and M. Heidelberg re same. | 10.00 | $3,550.00 |
| 2/22/2013 | TB | Review production files; create electronic set of proposed plaintiffs exhibits for future blow back; confer with vendor for printing. | 2.80 | $686.00 |
| 2/22/2013 | AJM | Trial preparation. | 8.00 | $4,040.00 |

**Continued On Next Page**

| 2/22/2013 | DS | Work on pretrial order. | 11.50 | $4,082.50 |
| 2/23/2013 | AJM | Trial preparation. | 7.00 | $3,535.00 |
| 2/23/2013 | TB | Review and prepare Trial Exhibits. | 2.70 | $661.50 |
| 2/24/2013 | AJM | Trial preparation. | 9.00 | $4,545.00 |
| 2/24/2013 | TB | Review and print motions in limine and orders re same; prepare trial exhibits. | 3.10 | $759.50 |
| 2/26/2013 | AJM | Prepare for attend and participate in pre-trial hearing; meet with Rigsbys. | 8.00 | $4,040.00 |
| 2/26/2013 | TB | Prepare for and attend pretrial conference and exhibit conference. | 7.00 | $1,715.00 |
| 2/26/2013 | TB | Confer with Cori and Kerri Rigsby. | 2.00 | $490.00 |
| 2/26/2013 | DS | Attend pre-trial conference and exhibit conference. | 5.00 | $1,775.00 |
| 2/26/2013 | DS | Review lodgings for trial. | 0.50 | $177.50 |
| 2/26/2013 | DS | Confer with A. Matteis, T. Belknap, and Rigsbys. | 1.00 | $355.00 |
| 2/27/2013 | DS | Emails re final Pre Trial Order. | 1.40 | $497.00 |
| 2/28/2013 | DS | Revise and approve final PTO. | 8.40 | $2,982.00 |
| 3/1/2013 | TB | Prepare trial exhibits. | 0.90 | $220.50 |
| 3/1/2013 | DS | Prepare for trial. | 3.20 | $1,136.00 |
| 3/1/2013 | AJM | Prepare for trial; draft witness outlines; legal research re instructions. | 9.50 | $4,797.50 |
| 3/2/2013 | AJM | Prepare for trial; research and draft instructions. | 10.50 | $5,302.50 |
| 3/3/2013 | AJM | Prepare for trial; draft and edit instructions; witness outlines. | 11.30 | $5,706.50 |
| 3/4/2013 | WEC | Review draft jury instructions; confer with T. Belknap. | 2.20 | $979.00 |
| 3/4/2013 | TB | Prepare Jury instructions for trial. | 3.30 | $808.50 |
| 3/4/2013 | TB | Prepare trial exhibits. | 2.50 | $612.50 |
| 3/4/2013 | AJM | Prepare for trial; draft witness outlines; work on narrative. | 10.80 | $5,454.00 |
| 3/5/2013 | DS | Prepare for trial. | 7.00 | $2,485.00 |
| 3/5/2013 | TB | Prepare Jury Instructions for trial. | 0.50 | $122.50 |
| 3/5/2013 | AJM | Prepare for trial, analyze depositions, draft outlines, work on narrative. | 11.20 | $5,656.00 |
| 3/6/2013 | DS | Prepare for trial. | 6.00 | $2,130.00 |

**Continued On Next Page**

| 3/6/2013 | TB | Prepare Jury instructions for trial. | 9.50 | $2,327.50 |
|---|---|---|---|---|
| 3/6/2013 | AJM | Prepare for trial - work on narrative, review depositions. | 10.40 | $5,252.00 |
| 3/7/2013 | WEC | Review and revise draft jury instructions; confer with A. Matteis and T. Belknap re same and re trial strategy; review case law and other authorities relevant to jury instructions. | 8.70 | $3,871.50 |
| 3/7/2013 | DS | Prepare for trial. | 6.00 | $2,130.00 |
| 3/7/2013 | TB | Prepare Jury instructions for trial. | 4.70 | $1,151.50 |
| 3/7/2013 | TB | Prepare deposition transcripts. | 2.10 | $514.50 |
| 3/8/2013 | WEC | Review and revise draft jury instructions; confer with A. Matteis and T. Belknap re same and re trial strategy. | 6.70 | $2,981.50 |
| 3/8/2013 | DS | Prepare for trial. | 6.00 | $2,130.00 |
| 3/8/2013 | TB | Prepare Jury Instructions for trial. | 2.50 | $612.50 |
| 3/8/2013 | TB | Prepare depositions. | 2.30 | $563.50 |
| 3/8/2013 | TB | Organize prints and videos for trial graphics in preparation for trial. | 2.80 | $686.00 |
| 3/9/2013 | WEC | Email correspondence with M. Heidelberg, A. Matteis, and T. Belknap re proposed jury instructions and verdict form. | 1.30 | $578.50 |
| 3/9/2013 | AJM | Prepare for trial - draft outlines, work on narrative. | 12.30 | $6,211.50 |
| 3/10/2013 | WEC | Email correspondence with M. Heidelberg, A. Matteis, and T. Belknap re proposed jury instructions and verdict form. | 1.10 | $489.50 |
| 3/10/2013 | TB | Prepare Jury Instructions for trial. | 3.70 | $906.50 |
| 3/10/2013 | AJM | Prepare for trial - work on jury instructions, review and analyze depositions, work on narrative. | 12.20 | $6,161.00 |
| 3/11/2013 | WEC | Confer with A. Matteis and T. Belknap re jury instructions and trial strategy. | 3.20 | $1,424.00 |
| 3/11/2013 | DS | Prepare for trial by reviewing depositions and exhibits. | 8.50 | $3,017.50 |
| 3/11/2013 | TB | Review jury instructions; edit and send to judge's chambers. | 5.50 | $1,347.50 |
| 3/11/2013 | AJM | Prepare for trial - work on jury instructions, review and analyze depositions, work on narrative. | 8.50 | $4,292.50 |
| 3/12/2013 | DS | Prepare for trial by reviewing depositions and exhibits. | 8.00 | $2,840.00 |
| 3/12/2013 | TB | Correspond with local counsel and process documents requested. | 0.50 | $122.50 |
| 3/12/2013 | AJM | Prepare for trial - review documents, work on narrative. | 10.00 | $5,050.00 |

**Continued On Next Page**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/13/2013 | DS | Prepare for trial by working on deposition designation review and pre-trial order. | 2.10 | $745.50 |
| 3/13/2013 | TB | Status call with Judge Ozerden. | 0.50 | $122.50 |
| 3/13/2013 | TB | Review Rigsby order re Motions in Limine. | 0.50 | $122.50 |
| 3/13/2013 | AJM | Prepare for trial - draft witness outlines, work on narrative. | 13.60 | $6,868.00 |
| 3/14/2013 | AJM | Prepare for trial -review designations, work on narrative. | 11.20 | $5,656.00 |
| 3/15/2013 | DS | Prepare for objections hearing and trial by reviewing depositions and assisting colleagues with document/research questions. | 8.00 | $2,840.00 |
| 3/15/2013 | TB | Review files C. Rigsby deposition transcripts; forward same to C. Rigsby. | 0.30 | $73.50 |
| 3/15/2013 | TB | Compile documents and equipment for trial; review, print, organize State Farm Motions filed. | 1.50 | $367.50 |
| 3/15/2013 | AJM | Prepare for hearing - review designations, legal research. | 10.40 | $5,252.00 |
| 3/16/2013 | AJM | Prepare for hearing - review designations, legal research. | 9.80 | $4,949.00 |
| 3/18/2013 | DS | Prepare for and attend hearing on deposition objections. | 10.00 | $3,550.00 |
| 3/18/2013 | DS | Revise pre-trial order. | 5.00 | $1,775.00 |
| 3/18/2013 | TB | Review Rigsby motions in Limine. | 0.50 | $122.50 |
| 3/18/2013 | TB | Assist M. Heidelberg with preparation D. Favre (Rigsby expert witness). | 1.10 | $269.50 |
| 3/18/2013 | TB | Review D. Favre deposition and relevant exhibits. | 3.20 | $784.00 |
| 3/18/2013 | AJM | Prepare for and attend hearing on objections. | 10.50 | $5,302.50 |
| 3/19/2013 | TB | Review D. Favre deposition and relevant exhibits; prepare potential cross examination. | 5.30 | $1,298.50 |
| 3/19/2013 | TB | Assist M. Heidelberg with preparation of D. Favre. | 1.70 | $416.50 |
| 3/19/2013 | TB | Assist with witness preparation of Kerri Rigsby. | 1.50 | $367.50 |
| 3/19/2013 | TB | Review pretrial order and create spreadsheet of exhibits authenticated in deposition designations. | 2.60 | $637.00 |
| 3/19/2013 | DS | Prepare for trial by reviewing depositions and exhibits. | 10.20 | $3,621.00 |
| 3/19/2013 | AJM | Prepare for trial - meet with witnesses, draft outlines, work on opening. | 13.00 | $6,565.00 |
| 3/20/2013 | DS | Prepare for trial by reviewing depositions and exhibits and meeting. | 12.00 | $4,260.00 |

**Continued On Next Page**

| 3/20/2013 | TB | Compile authenticated exhibits. | 3.50 | $857.50 |
|---|---|---|---|---|
| 3/20/2013 | TB | Confer with trial graphics vendor; prepare deposition designations for Jody Prince, Juan Guevara, and Alexis King. | 5.60 | $1,372.00 |
| 3/20/2013 | TB | Assist with witness preparation of Kerri Rigsby. | 1.30 | $318.50 |
| 3/20/2013 | TB | Review video of deposition designations for Jody Prince and Alexis King. | 2.40 | $588.00 |
| 3/20/2013 | TB | Revise deposition designations for Jody Prince and Alexis King; work with graphics vendor to prepare video testimony. | 2.60 | $637.00 |
| 3/20/2013 | AJM | Prepare for trial - meet with witnesses, draft outlines, work on opening. | 12.60 | $6,363.00 |
| 3/21/2013 | DS | Prepare for trial by reviewing depositions and exhibits and meeting with clients. | 12.50 | $4,437.50 |
| 3/21/2013 | TB | Review cut versions of Alexis King and Jody Prince video depositions; compare designations against PTO to ensure removal objected to designations; review Randell and Marshall deposition transcripts, prepare cuts, and revise designations. | 8.50 | $2,082.50 |
| 3/21/2013 | TB | Review Kochan designations and remove sustained objections; review first draft of video depositions of same; locate marked exhibits and prepare with graphics vendor. | 4.30 | $1,053.50 |
| 3/21/2013 | AJM | Prepare for trial - meet with witnesses, draft outlines, work on opening. | 14.40 | $7,272.00 |
| 3/22/2013 | DS | Prepare for trial by reviewing depositions and exhibits and meeting with clients. | 12.50 | $4,437.50 |
| 3/22/2013 | TB | Deposition witness preparation:  Ford; King; Perry; and, Guevara. | 13.20 | $3,234.00 |
| 3/22/2013 | AJM | Prepare for trial - meet with witnesses, draft outlines, work on opening. | 13.60 | $6,868.00 |
| 3/23/2013 | DS | Prepare for trial by reviewing depositions and exhibits and meeting with witnesses. | 8.00 | $2,840.00 |
| 3/23/2013 | TB | Trial Preparation (printing and organizing exhibits). | 7.30 | $1,788.50 |
| 3/23/2013 | TB | Reviewing deposition transcripts and videos. | 5.50 | $1,347.50 |
| 3/23/2013 | AJM | Prepare for trial - meet with witnesses, draft outlines, work on opening. | 16.20 | $8,181.00 |
| 3/24/2013 | DS | Prepare for trial by reviewing depositions and exhibits and meeting with witnesses. | 11.50 | $4,082.50 |

**Continued On Next Page**

| 3/24/2013 | TB | Trial Preparation (printing and organizing exhibits). | 6.20 | $1,519.00 |
| 3/24/2013 | TB | Reviewing deposition transcripts and videos. | 7.30 | $1,788.50 |
| 3/24/2013 | TB | Review cuts, prepare list for opposing counsel, email opposing counsel re same. | 2.30 | $563.50 |
| 3/24/2013 | AJM | Prepare for trial - meet with witnesses, draft outlines, work on opening. | 11.40 | $5,757.00 |
| 3/25/2013 | DS | Attend trial--jury selection. | 6.50 | $2,307.50 |
| 3/25/2013 | DS | Prepare for meeting with K. Blackwell by reviewing expert materials. | 2.50 | $887.50 |
| 3/25/2013 | DS | Confer with K. Blackwell to prepare for expert testimony. | 2.50 | $887.50 |
| 3/25/2013 | TB | Trial. | 8.00 | $1,960.00 |
| 3/25/2013 | TB | Deposition witness preparation:  King; Kochan. | 8.00 | $1,960.00 |
| 3/25/2013 | AJM | Attend trial; prepare for next day of trial. | 13.60 | $6,868.00 |
| 3/26/2013 | DS | Attend trial--opening statements, K. Rigsby testimony, direct of Linda Mucha. | 8.00 | $2,840.00 |
| 3/26/2013 | DS | Prepare for next day of trial by reviewing documents and preparing outline of Blackwell testimony. | 4.00 | $1,420.00 |
| 3/26/2013 | TB | Trial. | 8.00 | $1,960.00 |
| 3/26/2013 | TB | Deposition witness preparation:  King; Kochan; Ford. | 9.10 | $2,229.50 |
| 3/26/2013 | AJM | Attend trial; prepare for next day of trial. | 14.50 | $7,322.50 |
| 3/27/2013 | DS | Attend trial--cross of L. Mucha, testimony of R. Kochan. | 7.00 | $2,485.00 |
| 3/27/2013 | DS | Prepare K. Blackwell for testimony. | 0.50 | $177.50 |
| 3/27/2013 | DS | Put on testimony of K. Blackwell. | 1.00 | $355.00 |
| 3/27/2013 | DS | Prepare for next day of trial. | 4.00 | $1,420.00 |
| 3/27/2013 | TB | Trial. | 8.00 | $1,960.00 |
| 3/27/2013 | TB | Review cuts, prepare list for opposing counsel, email opposing counsel re same. | 1.30 | $318.50 |
| 3/27/2013 | TB | Deposition witness preparation:  Ford; Hinkle; Randel. | 8.20 | $2,009.00 |
| 3/27/2013 | AJM | Attend trial; prepare for next day of trial. | 15.00 | $7,575.00 |
| 3/28/2013 | TB | Trial. | 8.00 | $1,960.00 |
| 3/28/2013 | TB | Deposition witness preparation:  Ford; Hinkle; Randel; Prince; Marshall. | 7.20 | $1,764.00 |

**Continued On Next Page**

| 3/28/2013 | DS | Attend trial--testimony of M. Church, R. Sinno, and beginning of testimony of B. Ford. | 0.20 | $71.00 |
| 3/28/2013 | AJM | Attend trial; prepare for next day of trial. | 12.20 | $6,161.00 |
| 3/29/2013 | DS | Attend trial--conclusion of Relators' case. | 0.20 | $71.00 |
| 3/29/2013 | TB | Trial. | 8.00 | $1,960.00 |
| 3/29/2013 | AJM | Attend trial. | 8.00 | $4,040.00 |
| 3/30/2013 | DS | Prepare for cross-examination of K. Gurley. | 3.00 | $1,065.00 |
| 3/30/2013 | DS | Prepare for next week of trial. | 2.00 | $710.00 |
| 3/30/2013 | TB | Review photos, compare before and after. | 7.30 | $1,788.50 |
| 3/30/2013 | TB | Review deposition of Cody Perry. | 1.60 | $392.00 |
| 3/30/2013 | AJM | Prepare cross outlines. | 13.00 | $6,565.00 |
| 3/31/2013 | DS | Prepare for next week of trial. | 8.30 | $2,946.50 |
| 3/31/2013 | TB | Review photos, compare before and after; create photo frame of debris. | 6.50 | $1,592.50 |
| 3/31/2013 | TB | Review deposition of Cody Perry. | 3.10 | $759.50 |
| 3/31/2013 | TB | Review deposition of David Maurstad. | 3.50 | $857.50 |
| 3/31/2013 | AJM | Prepare cross outlines. | 14.40 | $7,272.00 |
| 4/1/2013 | WEC | Legal research regarding applicable legal standard under Mississippi law for determining whether property was destroyed by wind or flood for purposes of allocating insurance liability. | 1.20 | $534.00 |
| 4/1/2013 | TB | Attend trial. | 8.50 | $2,082.50 |
| 4/1/2013 | TB | Review Maurstad deposition. | 1.60 | $392.00 |
| 4/1/2013 | TB | Review Shortley deposition clips, forward cuts to opposing counsel. | 1.30 | $318.50 |
| 4/1/2013 | TB | Research re 31 USC 3729(a)(3) specific intent. | 1.80 | $441.00 |
| 4/1/2013 | PSM | Research specific intent to defraud. | 4.00 | $1,160.00 |
| 4/1/2013 | AJM | Attend trial; prepare for next day. | 15.00 | $7,575.00 |
| 4/1/2013 | DS | Attend trial--Rule 50 argument and testimony of Jayme Woody, Rachel Fisher, and Cody Perry, and draft initial Rule 50 trial brief. | 8.30 | $2,946.50 |
| 4/1/2013 | DS | Research and draft amended Rule 50 trial brief. | 5.50 | $1,952.50 |

**Continued On Next Page**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/2013 | DS | Draft outline of Conser cross. | 2.00 | $710.00 |
| 4/2/2013 | TB | Attend trial. | 7.60 | $1,862.00 |
| 4/2/2013 | TB | Confer with A. Matteis, M. Heidelberg and D. Sugimura re trial strategy and case logistics. | 1.00 | $245.00 |
| 4/2/2013 | TB | Review depositions in preparation for cross exam. | 3.50 | $857.50 |
| 4/2/2013 | AJM | Attend trial; prepare for next day. | 14.80 | $7,474.00 |
| 4/2/2013 | DS | Attend trial--testimony of Cody Perry, John Conser, David Maurstad, and Jim Shortley. | 7.70 | $2,733.50 |
| 4/2/2013 | DS | Prepare for next day of trial by reviewing transcripts and exhibits and preparing questions for cross examination of witnesses. | 5.50 | $1,952.50 |
| 4/2/2013 | DS | Prepare cross-examination outline of Kurtis Gurley. | 2.00 | $710.00 |
| 4/3/2013 | WEC | Legal research regarding applicable legal standard under Mississippi law for determining whether property was destroyed by wind or flood for purposes of allocating insurance liability. | 3.80 | $1,691.00 |
| 4/3/2013 | TB | Review trial brief, research presentment issue and FCA conspiracy; review depositions in preparation for cross exam. | 6.20 | $1,519.00 |
| 4/3/2013 | TB | Attend Trial. | 8.50 | $2,082.50 |
| 4/3/2013 | PSM | Read briefs. | 5.50 | $1,595.00 |
| 4/3/2013 | AJM | Attend trial; prepare for next day. | 12.50 | $6,312.50 |
| 4/3/2013 | DS | Attend trial--testimony of Kacie Denny, Alexis King, and Jack Kelly. | 8.50 | $3,017.50 |
| 4/3/2013 | DS | Prepare for next day of trial by reviewing transcripts and exhibits. | 5.50 | $1,952.50 |
| 4/3/2013 | DS | Finish cross-examination outline of Kurtis Gurley. | 2.00 | $710.00 |
| 4/4/2013 | WEC | Legal research regarding applicable legal standard under Mississippi law for determining whether property was destroyed by wind or flood for purposes of allocating insurance liability; legal research regarding objective standard that applies for determining whether a false report is "material" for purposes of a False Claims Act claim; review Waytowich testimony and draft memorandum re significance of deposition testimony to facts at issue in the trial;  confer with P. Matteis and email correspondence with A. Matteis re same; review draft jury instructions and verdict form. | 7.20 | $3,204.00 |

**Continued On Next Page**

| 4/4/2013 | TB | Attend trial. | 8.50 | $2,082.50 |
| 4/4/2013 | TB | Review Waytowich deposition, make cuts, correspond with opposing counsel; review depositions in preparation of cross exam. | 5.30 | $1,298.50 |
| 4/4/2013 | AJM | Attend trial; prepare for next day. | 13.40 | $6,767.00 |
| 4/4/2013 | DS | Attend trial--testimony of J. Kelly, R. Dean, Robert McVadon, Kurtis Gurley. | 8.50 | $3,017.50 |
| 4/4/2013 | DS | Prepare for next day of trial by reviewing transcripts and preparing argument on Rule 50 motion. | 6.50 | $2,307.50 |
| 4/5/2013 | WEC | Draft proposed revisions to the Court's draft jury instructions; legal research re NFIP standard policy's exclusion for wind damage; draft memorandum re objections to the judge's draft jury instructions and verdict form; conduct related legal research; analyze State Farm's Rule 50 trial brief; begin drafting rebuttal arguments for opposition brief. | 8.70 | $3,871.50 |
| 4/5/2013 | TB | Attend trial; confer with court and opposing counsel re jury instructions. | 9.80 | $2,401.00 |
| 4/5/2013 | TB | Confer with clients, A. Matteis, M. Heidelburg and D. Sugimura re trail strategy, closing argument, and trial preparation. | 4.10 | $1,004.50 |
| 4/5/2013 | PSM | Review jury instructions. | 1.00 | $290.00 |
| 4/5/2013 | AJM | Attend trial - prepare for closings. | 13.00 | $6,565.00 |
| 4/5/2013 | DS | Attend trial--Watson, Waytowich, and Prince testimony and Rule 50 arguments and charge conference. | 9.00 | $3,195.00 |
| 4/6/2013 | TB | Review McVadon trial testimony. | 4.80 | $1,176.00 |
| 4/6/2013 | TB | Index witness trial testimony. | 3.10 | $759.50 |
| 4/6/2013 | TB | Review trial testimony searching for reference to repayment. | 1.10 | $269.50 |
| 4/6/2013 | TB | Review M. Heidelburg closing argument. | 2.40 | $588.00 |
| 4/6/2013 | AJM | Prepare for closings. | 13.00 | $6,565.00 |
| 4/6/2013 | DS | Prepare for closing arguments by reviewing transcripts and exhibits and providing outlines to A. Matteis and M. Heidelberg. | 8.50 | $3,017.50 |
| 4/7/2013 | TB | Review trial transcript and deposition designations in preparation for closing arguments. | 5.10 | $1,249.50 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 4/7/2013 | TB | Review closing arguments, coordinate with trial graphics vendor re exhibits and video clips to be used in closing argument. | 7.10 | $1,739.50 |
| 4/7/2013 | PSM | Read openings. | 1.00 | $290.00 |
| 4/7/2013 | AJM | Prepare for closings. | 11.00 | $5,555.00 |
| 4/7/2013 | DS | Prepare for closing arguments by reviewing transcripts and exhibits. | 6.50 | $2,307.50 |
| 4/8/2013 | TB | Review exhibits and video clips to be used in closing arguments. | 0.80 | $196.00 |
| 4/8/2013 | TB | Attend trial. | 5.10 | $1,249.50 |
| 4/8/2013 | AJM | Attend trial, delivery of verdict. | 5.50 | $2,777.50 |
| 4/8/2013 | DS | Jury instructions and closing statements. | 5.00 | $1,775.00 |
| 4/10/2013 | WEC | Legal research in support of Relators' motions for attorneys fees and to expand scope of trial; review transcripts and pleadings. | 3.60 | $1,602.00 |
| 4/11/2013 | WEC | Legal research in support of Relators' motions for attorneys fees and to expand scope of trial; review transcripts and pleadings; confer with A. Matteis and P. Matteis re strategy and briefing, as well as plan for interactions with the federal government. | 7.20 | $3,204.00 |
| 4/11/2013 | PSM | Read orders, motions re scope. | 2.50 | $725.00 |
| 4/11/2013 | DS | Review files returned from Mississipi and assess post-trial tasks and briefing. | 3.30 | $1,171.50 |
| 4/12/2013 | WEC | Legal research in support of Relators' motions for attorneys fees and to expand scope of trial; review transcripts and pleadings; confer with A. Matteis and P. Matteis re strategy. | 4.70 | $2,091.50 |
| 4/15/2013 | AJM | Worked on post-trial brief. | 2.20 | $1,111.00 |
| 4/15/2013 | WEC | Analyze arguments for post-trial briefing; update post-Grubbs legal research regarding a relator's entitlement to discovery regarding the full scope of a defendant's fraudulent scheme; outline arguments for post-trial brief; email correspondence with D. Sugimura re same. | 3.50 | $1,557.50 |
| 4/16/2013 | AJM | Workd on post-trial brief. | 1.50 | $757.50 |

**Continued On Next Page**

| 4/16/2013 | WEC | Confer with A. Matteis re strategy for seeking discovery regarding full scope of State Farm's fraud, seeking government intervention, and related issues; work on post-trial brief; confer with T. Belknap re analysis of docket to evidence that State Farm was the primary contributor to the burdensomeness of litigation to support arguments for attorneys' fees and maximum relator share. | 7.80 | $3,471.00 |
| 4/17/2013 | TB | Research re timing on post verdict motions. | 1.30 | $318.50 |
| 4/17/2013 | DS | Review post-trial briefing and discovery strategy and draft analysis of same. | 8.00 | $2,840.00 |
| 4/18/2013 | AJM | Worked on post-trial briefs. | 3.20 | $1,616.00 |
| 4/18/2013 | WEC | Meet with A. Matteis, M. Heidelberg, and D. Sugimura re case strategy, post trial briefing, discovery plan, communications with the government, and related issues. | 4.20 | $1,869.00 |
| 4/18/2013 | DS | Confer with A. Matteis, M. Heidelberg, and W. Copley re case strategy, post-trial briefing, discovery plan, and related issues. | 4.20 | $1,491.00 |
| 4/18/2013 | DS | Revise research for post-trial briefing. | 3.80 | $1,349.00 |
| 4/19/2013 | TB | Review rigsby motions and orders; revise. | 0.70 | $171.50 |
| 4/19/2013 | AJM | Worked on post-trial briefs. | 4.00 | $2,020.00 |
| 4/19/2013 | DS | Confer with A. Matteis, P. Matteis, W. Copley, M. Heidelberg, and M. Caputo re communications strategy. | 3.00 | $1,065.00 |
| 4/19/2013 | DS | Confer with A. Matteis, W. Copley, and C. Burns re FCA negotiation strategy. | 1.50 | $532.50 |
| 4/22/2013 | TB | Review motions and orders, revise and send. | 1.60 | $392.00 |
| 4/22/2013 | DS | Confer with A. Matteis and W. Copley re materials required for fee petition. | 1.00 | $355.00 |
| 4/22/2013 | DS | Analyze pleadings and correspondence for statements to be used in briefing. | 3.90 | $1,384.50 |
| 4/23/2013 | AJM | Worked on post-trial briefs. | 2.50 | $1,262.50 |
| 4/23/2013 | WEC | Draft post-trial brief, focusing on procedural history and introduction; confer with T. Belknap, A. Lamb, and D. Sugimura re initial drafts of sections of the brief; confer with A. Matteis re strategy. | 6.60 | $2,937.00 |
| 4/23/2013 | DS | Draft section of post-trial brief on estoppel. | 5.00 | $1,775.00 |
| 4/23/2013 | DS | Draft section of post-trial brief on relators' share. | 2.00 | $710.00 |

**Continued On Next Page**

| 4/24/2013 | WEC | Draft post-trial brief; review caselaw and conduct follow-up research re proper scope of discovery in FCA cases, standards for obtaining maximum relator share and imposing appropriate civil penalty. | 7.50 | $3,337.50 |
|---|---|---|---|---|
| 4/24/2013 | DS | Revise post-trial briefing. | 3.70 | $1,313.50 |
| 4/25/2013 | WEC | Review analysis of costs eligible for reimbursement from S. Sajadi; review draft section on State Farm's litigation conduct in this case and in Branch relevant to scope; draft Rigsby's post-trial brief; confer with A. Matteis and D. Sugimura re supporting materials needed for fee petition. | 7.60 | $3,382.00 |
| 4/25/2013 | DS | Revise post-trial briefing on estoppel and transmit to W. Copley. | 3.30 | $1,171.50 |
| 4/25/2013 | DS | Analyze recent 5th Circuit case law on FCA claims. | 2.20 | $781.00 |
| 4/25/2013 | DS | Confer with A. Matteis and W. Copley re post-trial briefing and fee petition. | 0.50 | $177.50 |
| 4/26/2013 | AJM | Worked on post-trial briefs. | 3.00 | $1,515.00 |
| 4/26/2013 | WEC | Review draft sections of brief re civil penalty, relator share, and scope; confer with D. Sugimura and T. Belknap re same; draft and revise sections of brief. | 7.40 | $3,293.00 |
| 4/26/2013 | DS | Revise post-trial briefing on relators' share and transmit to W. Copley. | 2.50 | $887.50 |
| 4/26/2013 | DS | Research attorneys' fees awards in the 5th Circuit. | 2.50 | $887.50 |
| 4/29/2013 | AJM | Worked on post-trial briefs. | 3.50 | $1,767.50 |
| 4/29/2013 | WEC | Email correspondence and conferences with A. Matteis and M. Heidelberg re seeking government intervention and assistance; draft post-trial brief; analysis re coordinating affidavits to support our fee petition. | 7.20 | $3,204.00 |
| 4/30/2013 | DS | Draft introduction and factual background of fee petition and review pleadings and motions for information on same. | 4.30 | $1,526.50 |
| 4/30/2013 | TB | Research attorneys fees and costs petitions. | 6.50 | $1,592.50 |
| 4/30/2013 | TB | Review bills; confer with R. Walden re making cuts and retaining edits. | 1.40 | $343.00 |

Billable Hours / Fees:     2,695.20  $1,109,140.50

**Continued On Next Page**

## Timekeeper Summary

Timekeeper AJM worked 1146.60 hours at $505.00 per hour, totaling $579,033.00.

Timekeeper DS worked 642.40 hours at $355.00 per hour, totaling $228,052.00.

Timekeeper PSM worked 133.70 hours at $290.00 per hour, totaling $38,773.00.

Timekeeper TB worked 402.40 hours at $245.00 per hour, totaling $98,588.00.

Timekeeper WEC worked 370.10 hours at $445.00 per hour, totaling $164,694.50.

## Cost Summary

| Description | Amount |
|---|---|
| Filing Fee | $105.00 |
| Expert Witness Fee | $61,759.54 |
| Court Reporting | $4,585.50 |
| Courier Charges | $94.31 |
| Clerk of Court | $100.00 |
| Travel Expenses | $9,550.56 |
| Litigation Support | $31,814.27 |
| Meal | $3,041.76 |
| Outside Duplicating | $12,543.62 |
| **Total Costs** | **$123,594.56** |

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $1,109,140.50 |
| **Advanced Costs:** | $123,594.56 |
| **TOTAL AMOUNT DUE:** | **$1,232,735.06** |

Wire Instructions:
TD Bank US, 801 17th ST NW, Washington, DC 20006
Routing Number: 054001725, Account Number: 4262959633
Weisbrod Matteis & Copley PLLC
1900 M Street, NW, Suite 850, Washington, DC 20036