EXHIBIT E

# Heidelberg Harmon PLLC
## 795 Woodlands Parkway
## Suite 220
## Ridgeland, MS 39157

Ph:601-351-3330          Fax:601-956-2090

Weisbrod Matteis & Copley PLLC                                April 30, 2013

2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

File #:        08-H00062
Inv #:              7786

**Attention:**   August J. Matteis, Jr.

**RE:**   Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov-10-11 | Analyze appeal order and consult with co-counsel re: same | 0.30 | 112.50 | CMH |
| Nov-11-11 | Communicate with co-counsel re: appeal order and re-igniting the case | 0.20 | 75.00 | CMH |
| Nov-14-11 | Calls with court and co-counsel re: procedure for re-opening the case and re-asserting pending motions | 0.60 | 225.00 | CMH |
| Nov-15-11 | Call to counsel for State Farm re: procedure for moving forward | 0.20 | 75.00 | CMH |
| Nov-16-11 | Working on pleadings re: counsel appearance | 0.30 | 112.50 | CMH |
| Nov-17-11 | Prepare Motion to Withdraw for the Gilbert firm | 0.80 | 132.00 | MES |
| Nov-21-11 | Receive and review emails re: court conference | 0.20 | 75.00 | CMH |
| Nov-23-11 | Receive and review emails and correspondence re: document destruction issues | 0.30 | 112.50 | CMH |
| | Totals | 2.90 | $919.50 | |

**Total Fee & Disbursements**                                          **$919.50**

**Balance Now Due**                                                    **$919.50**

TAX ID Number      27-1612464

# Heidelberg Harmon PLLC
### 795 Woodlands Parkway
### Suite 220
### Ridgeland, MS 39157

Ph:601-351-3330        Fax:601-956-2090

Weisbrod Matteis & Copley PLLC                                          April 30, 2013

2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

|                |            |
|----------------|------------|
| File #:        | 08-H00062  |
| Inv #:         | 7787       |

**Attention:**  August J. Matteis, Jr.

**RE:**  Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-05-11 | Preparation for conference call and pre-call with co-counsel | 0.50 | 187.50 | CMH |
|  | Conference call with Court | 0.30 | 112.50 | CMH |
|  | Conference call with State Farm counsel re: document issues | 0.30 | 112.50 | CMH |
| Dec-06-11 | Receive and review pleadings; emails re: discovery | 0.20 | 75.00 | CMH |
| Dec-21-11 | Study and work on "scope" motion and edits / comments re: same | 2.00 | 750.00 | CMH |
| Dec-22-11 | Receive and review various filed pleadings and confer with counsel re: same | 0.40 | 150.00 | CMH |
|  | Communicate with opposing counsel re: briefing schedule | 0.20 | 75.00 | CMH |
| Dec-26-11 | Receive and review emails and work on briefing schedule | 0.20 | 75.00 | CMH |
| Dec-27-11 | Receive and review joinder pleadings by Haag | 0.10 | 37.50 | CMH |
|  | Totals | 4.20 | $1,575.00 |  |

**Total Fee & Disbursements**                                          **$1,575.00**

**Balance Now Due**                                                    $1,575.00

TAX ID Number      27-1612464

Weisbrod Matteis & Copley PLLC                                April 30, 2013

2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

|                |            |
|----------------|------------|
| File #:        | 08-H00062  |
| Inv #:         | 7788       |

**Attention:**    August J. Matteis, Jr.

**RE:**    Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE      | DESCRIPTION                                                                                      | HOURS | AMOUNT   | LAWYER |
|-----------|--------------------------------------------------------------------------------------------------|-------|----------|--------|
| Jan-19-12 | Emails and working on review of draft pleadings in response to State Farm motions                | 1.50  | 562.50   | CMH    |
| Jan-20-12 | Work on response and edit to seal motion                                                         | 0.80  | 300.00   | CMH    |
|           | Study and work on response to Ford and Favre motions, and brief work on response to seal motion  | 3.00  | 1,125.00 | CMH    |
|           | Briefly review responses of State Farm to Motion to Compel and Motion to Expand Scope            | 0.60  | 225.00   | CMH    |
| Jan-23-12 | Finalize Motion for Order Authorizing the Gilbert Firm to Withdraw                               | 0.50  | 82.50    | MES    |
| Jan-26-12 | Emails and discussions re: motion to compel                                                      | 0.20  | 75.00    | CMH    |
| Jan-30-12 | Review, revise, and comment upon Reply brief on "scope" motion                                   | 0.80  | 300.00   | CMH    |
| Jan-31-12 | Receive and briefly review filed versions of briefs by State Farm and Relators                  | 0.40  | 150.00   | CMH    |
| Feb-01-12 | Receive and review pro hac papers                                                               | 0.10  | 37.50    | CMH    |
| Feb-06-12 | Working on edit on protective order motion                                                       | 0.80  | 300.00   | CMH    |

| Feb-07-12 | Work further on motion for sanctions | 1.00 | 375.00 | CMH |
|-----------|--------------------------------------|------|--------|-----|
| Feb-08-12 | Work on motion brief and edits re: motion for sanctions | 2.00 | 750.00 | CMH |
| Feb-24-12 | Finalize Motion to Withdraw for Gilbert firm and email same for approval | 0.20 | 33.00 | MES |
| Feb-29-12 | Finalize Motion to Withdraw and email same to Craig Litherland | 0.40 | 66.00 | MES |
|           | Totals | 12.30 | $4,381.50 | |

## DISBURSEMENTS

| Jan-18-12 | Conference call on 12-05-11 | 89.14 |
|-----------|-----------------------------|-------|
|           | Totals | $89.14 |

**Total Fee & Disbursements**                                          **$4,470.64**

**Balance Now Due**                                                        **$4,470.64**

TAX ID Number      27-1612464

# Heidelberg Harmon PLLC
### 795 Woodlands Parkway
### Suite 220
### Ridgeland, MS 39157

Ph:601-351-3330          Fax:601-956-2090

Weisbrod Matteis & Copley PLLC                                    April 30, 2013

2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

|                |            |
|----------------|------------|
| File #:        | 08-H00062  |
| Inv #:         | 7789       |

**Attention:**   August J. Matteis, Jr.

**RE:**   Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-05-12 | Assist M. Heidelberg with pleadings re: Response to Motion for Sanctions | 0.30 | 49.50 | MES |
|  | Work on reply brief re: motion for sanctions | 0.90 | 337.50 | CMH |
| Mar-30-12 | Further work on Motion to Withdraw Attorneys and filing same electronically with the court after seeking final approval from Davidson and Litherland | 0.50 | 82.50 | MES |
|  | Prepare Order of Withdrawal and email same to judge | 0.40 | 66.00 | MES |
|  | Work on withdrawal issues re: Gilbert; talk with Davidson re: same | 0.40 | 150.00 | CMH |
|  | Totals | 2.50 | $685.50 |  |

**Total Fee & Disbursements**                                    $685.50

**Balance Now Due**                                              $685.50

TAX ID Number     27-1612464

# Heidelberg Harmon PLLC
### 795 Woodlands Parkway
### Suite 220
### Ridgeland, MS 39157

Ph:601-351-3330          Fax:601-956-2090

Weisbrod Matteis & Copley PLLC                              April 30, 2013
2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

|                  |              | File #: | 08-H00062 |
| **Attention:**   | August J. Matteis, Jr. | Inv #: | 7790 |

**RE:**    Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-02-12 | Prepare Motion for Mickey Martinez's withdrawal from case | 0.40 | 66.00 | MES |
| Apr-24-12 | Review Order on Motion to Compel and supplemental authority produced by State Farm | 0.50 | 187.50 | CMH |
| May-13-12 | Assessing supplemental authority and arguments re: same; correspond with co-counsel | 0.50 | 187.50 | CMH |
|  | Briefly review State Farm privilege log | 0.30 | 112.50 | CMH |
| Jun-18-12 | Review court orders | 1.00 | 375.00 | CMH |
| Jun-21-12 | Review and respond to emails re: call in number | 0.20 | 75.00 | CMH |
| Jun-25-12 | Receive and calendar judge's Amended Scheduling Order | 0.20 | 33.00 | MES |
|  | Conference call with court and counsel and pre-conference planning | 1.00 | 375.00 | CMH |
|  | Totals | 4.10 | $1,411.50 |  |

**Total Fee & Disbursements**                                    **$1,411.50**

**Balance Now Due**                                     **$1,411.50**

TAX ID Number     27-1612464

# Heidelberg Harmon PLLC
### 795 Woodlands Parkway
### Suite 220
### Ridgeland, MS 39157

Ph:601-351-3330          Fax:601-956-2090

Weisbrod Matteis & Copley PLLC                                    April 30, 2013
2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

| | |
|---|---|
| File #: | 08-H00062 |
| Inv #: | 7791 |

**Attention:**   August J. Matteis, Jr.

**RE:**   Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-01-12 | Communication with counsel re: court conference | 0.30 | 112.50 | CMH |
| Aug-22-12 | Assisting attorneys with information needed as to Judge Ozerden's pre-trial requirements | 0.40 | 66.00 | MES |
| | Conference call to prepare for meeting with judge and follow up on local rules | 0.50 | 187.50 | CMH |
| Aug-23-12 | Study Judge Ozerden pretrial rules in preparation for conference call; conference call | 1.80 | 675.00 | CMH |
| | Totals | 3.00 | $1,041.00 | |

## DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| Aug-03-12 | Conference call charge from Level 3 | | 63.74 | |
| | Conference call charge from Level 3 | | 10.70 | |
| | Totals | | $74.44 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,115.44** |
| **Balance Now Due** | **$1,115.44** |

TAX ID Number      27-1612464

# Heidelberg Harmon PLLC
## 795 Woodlands Parkway
## Suite 220
## Ridgeland, MS 39157
Ph:601-351-3330          Fax:601-956-2090

Weisbrod Matteis & Copley PLLC                                         April 30, 2013
2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

|                | |
|----------------|----------|
| File #:        | 08-H00062 |
| Inv #:         | 7792 |

**Attention:**   August J. Matteis, Jr.

**RE:**   Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-26-12 | Receive and review emails re: juror questionnaire | 0.20 | 75.00 | CMH |
| Sep-27-12 | Review proposed juror questionnaire | 0.30 | 112.50 | CMH |
| Sep-28-12 | Correspond with counsel; review State Farm motion re: juror questionnaire | 0.40 | 150.00 | CMH |
| Oct-03-12 | Study judge's Notice of Pretrial Conference and calendar all deadlines | 0.30 | 49.50 | MES |
| Oct-15-12 | Review report and work on setting calls with clients | 0.50 | 187.50 | CMH |
| Oct-25-12 | Briefly review State Farm Rebuttal and analysis re: same | 0.40 | 150.00 | CMH |
| | Call to Plaintiff counsel Jeff Varas per request of client to discuss mediation | 0.10 | 37.50 | CMH |
| | Totals | 2.20 | $762.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $762.00 |
| **Balance Now Due** | $762.00 |

TAX ID Number     27-1612464

# Heidelberg Harmon PLLC
## 795 Woodlands Parkway
## Suite 220
## Ridgeland, MS 39157
Ph:601-351-3330     Fax:601-956-2090

Weisbrod Matteis & Copley PLLC               April 30, 2013

2200 Pennsylvania Avenue, NW
Suite 400
Washington, D.C.
20037

| | |
|---|---|
| File #: | 08-H00062 |
| Inv #: | 7793 |

**Attention:**    August J. Matteis, Jr.

**RE:**    Rigsby, Kerri and Corey Rigsby vs. State Farm, et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-19-12 | Work on lien situation; emails; talk with Litherland | 0.30 | 112.50 | CMH |
| Nov-26-12 | Work on lien issues and emails re: same | 0.50 | 187.50 | CMH |
| Nov-29-12 | Work on lien issues and communications re: same; review pleadings filed | 0.50 | 187.50 | CMH |
| Dec-12-12 | Emails re: lien, briefing schedule | 0.20 | 75.00 | CMH |
| Dec-28-12 | Communications with counsel; review pretrial order; organization and set for trial issues | 0.50 | 187.50 | CMH |
| Dec-31-12 | Study case management order; trial planning; communication with co-counsel | 0.50 | 187.50 | CMH |
| Jan-02-13 | Work on trial planning and organization | 0.50 | 187.50 | CMH |
| Jan-03-13 | Assisting attorneys with Motion in Limine forms for trial preparation | 0.20 | 33.00 | MES |
| | Trial preparation re: assisting M. Heidelberg with deposition tesitmony as to engineering experts | 1.80 | 297.00 | MES |
| | Motions in limine; communications with counsel | 0.50 | 187.50 | CMH |

| | | | | |
|---|---|---|---|---|
| Jan-04-13 | Working on witness issues; communications | 0.50 | 187.50 | CMH |
| Jan-07-13 | Trial preparation re: receive and review deposition transcripts for Gurley, Kochan, Kelly and Sinno | 0.50 | 82.50 | MES |
| | Working on in limine motions and issues and communications with counsel re: same | 1.00 | 375.00 | CMH |
| Jan-08-13 | Working on in limine motions; reviewing motions filed by State Farm | 2.50 | 937.50 | CMH |
| Jan-09-13 | Further work organizing deposition transcripts in preparation of trial and for designating testimony | 2.30 | 379.50 | MES |
| | Communications and emails | 0.50 | 187.50 | CMH |
| Jan-14-13 | Emails and communications re: trial evidence, motions in limine | 1.00 | 375.00 | CMH |
| Jan-17-13 | Prepare Motion for Extension of Time as to the response date on Motions in Limine | 1.40 | 231.00 | MES |
| | Identifying and obtaining documents to assist M. Heidelberg with Responses to Motions in Limine | 1.10 | 181.50 | MES |
| | Working on motion extension draft and communications with counsel and court | 1.50 | 562.50 | CMH |
| Jan-22-13 | Motion in Limine work; trial preparation / planning; review and comment on settlement memo | 2.00 | 750.00 | CMH |
| Jan-23-13 | Prepare correspondence to Judge Walker concerning the settlement memo and email to Judge Walker attaching same | 0.30 | 49.50 | MES |
| | Work on settlement memo, motions in limine responses, trial preparations | 0.50 | 187.50 | CMH |
| Jan-24-13 | Assisting M. Heidelberg with numerous documents concerning our responses to State Farm's Motions in Limine | 1.00 | 165.00 | MES |
| | Extensive work on responses to motions in limine; briefs re: same; review of depositions and transcripts and legal authorities; communications with counsel; pleadings review; general trial preparations | 12.00 | 4,500.00 | CMH |

| | | | | |
|---|---|---|---|---|
| Jan-25-13 | Assist M. Heidelberg with responses to State Farm's Motions in Liimine | 3.50 | 577.50 | MES |
| | Trial preparation re: trial witnesses and studying court documents as to all persons noticed for deposition | 1.30 | 214.50 | MES |
| | Extensive work on responses to motions in limine, briefs re: same, review of depositions re: same; trial preparation; communications with co-counsel | 10.00 | 3,750.00 | CMH |
| | Deposition of Plaintiff Burchfield | 1.50 | 562.50 | CMH |
| Jan-27-13 | Work on motion in limine brief and trial issues, primarily Haag motion on experts | 5.00 | 1,875.00 | CMH |
| Jan-28-13 | Assisting M. Heidelberg with Responses to Motions in Limine and accompanying briefs and exhibits | 4.10 | 676.50 | MES |
| | Work further on motion in limine briefs and trial issues | 5.00 | 1,875.00 | CMH |
| Jan-29-13 | Assisting attorneys with Jury Instructions and Pre-Trial Order | 0.30 | 49.50 | MES |
| | Work on jury instructions and pretrial order forms | 0.50 | 187.50 | CMH |
| Feb-01-13 | Telephone conference; PTO work; trial planning work | 2.00 | 750.00 | CMH |
| Feb-05-13 | Work on designations of deposition testmiony and other trial preparation | 5.00 | 1,875.00 | CMH |
| | Further study of briefs; conference call with Lanoux; bullet point issue analysis to Lanoux and client | 1.50 | 562.50 | CMH |
| Feb-06-13 | Prepare master list of trial exhibits | 1.60 | 264.00 | MES |
| | Work on exhibit identification, PTO, and deposition cuts for trial | 7.00 | 2,625.00 | CMH |
| Feb-07-13 | Work on Master Exhibit List | 2.20 | 363.00 | MES |
| | Work on deposition designations for trial; work on exhibit identification for PTO | 8.00 | 3,000.00 | CMH |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-08-13 | Further work on Master Exhibit List | 7.00 | 1,155.00 | MES |
| | Work on chart referencing all designated deposition testimony | 0.30 | 49.50 | MES |
| | Work on exhibit identification; work on review and designation of depositions; review rebuttal re: Scruggs issue; coordinate Scruggs potential testimony; review rebuttal briefs filed by Haag and State Farm | 8.00 | 3,000.00 | CMH |
| Feb-09-13 | Further work identifying exhibits on Master Exhibit List | 3.70 | 610.50 | MES |
| | Locating additional exhibits and deposition transcripts for reivew by attorneys | 1.80 | 297.00 | MES |
| | Identifying exhibits for Master Exhibit List | 0.90 | 148.50 | MES |
| | Work on deposition designation list | 0.90 | 148.50 | MES |
| | Trial preparation and exhibit and deposition designation work | 6.00 | 2,250.00 | CMH |
| Feb-11-13 | Work on deposition designations and exhibit work and pretrial order | 8.00 | 3,000.00 | CMH |
| Feb-12-13 | Trial preparation re: exhibits | 0.60 | 99.00 | MES |
| Feb-13-13 | Trial preparation re: exhibits | 3.10 | 511.50 | MES |
| | Work on PTO, exhibit list, witness list, document review, trial preparation | 9.00 | 3,375.00 | CMH |
| Feb-14-13 | Trial preparation re: Exhibits | 1.20 | 198.00 | MES |
| | Trial preparation re: counter designations | 0.20 | 33.00 | MES |
| | Trial preparation re: exhibits | 0.60 | 99.00 | MES |
| | Work on pretrial order, witness list, fact statement, exhibit list | 2.50 | 937.50 | CMH |
| Feb-18-13 | Trial preparation re: assisting attorneys with documents | 1.60 | 264.00 | MES |
| | Pretrial order, exhibit, deposition designation work, trial preparation | 7.00 | 2,625.00 | CMH |

| Feb-19-13 | Trial preparation: pulling demographic information to preparation of jury selection | 2.00 | 330.00 | MES |
|---|---|---|---|---|
| | Trial preparation re: exhibits | 2.60 | 429.00 | MES |
| | Pretrial order work; exhibit work | 6.50 | 2,437.50 | CMH |
| Feb-20-13 | Trial preparation re: exhibits | 0.70 | 115.50 | MES |
| | Pretrial order work; deposition cross designation work; general exhibit work | 4.00 | 1,500.00 | CMH |
| Feb-21-13 | Review motion to expand scope, court opinion, reply brief, related pleadings | 2.50 | 687.50 | LKB |
| | Begin review of qui tam cases for purposes of assessing form of verdict issues and interrogatory | 2.00 | 550.00 | LKB |
| | Trial preparation re: assisting M. Heidelberg with objections to State Farm's trial exhibits | 3.30 | 544.50 | MES |
| | Pretrial order work; deposition cross designation work; general exhibit work | 8.50 | 3,187.50 | CMH |
| Feb-22-13 | Trial preparation re: assisting M. Heidelberg with exhibits | 2.00 | 330.00 | MES |
| | Work on PTO, designations, objections, exhibits, trial prep | 9.00 | 3,375.00 | CMH |
| Feb-23-13 | Further work on trial preparations and exhibits | 2.80 | 1,050.00 | CMH |
| Feb-25-13 | Research elements of FCA, proof of dmages, false/fraudulent claim | 2.00 | 550.00 | LKB |
| | Trial preparation | 2.60 | 429.00 | MES |
| | Work on pretrial order issues; communications with court and counsel | 4.00 | 1,500.00 | CMH |
| Feb-26-13 | Research re: conspiracy and review pertinent pleadings | 2.80 | 770.00 | LKB |
| | Travel to Gulfport and attend PreTrial Conference and Exhibit Conference | 12.00 | 1,980.00 | MES |
| | PTC, trial preparation work in Gulfport; | 12.00 | 4,500.00 | CMH |

| | | | | |
|---|---|---|---|---|
| | exhibit and document work; evidentiary motion issues | | | |
| Feb-27-13 | Trial preparation re: work on Pre-trial Order | 0.50 | 82.50 | MES |
| | Trial preparation work; travel to Oxford; meet with witness; return travel | 10.00 | 3,750.00 | CMH |
| Feb-28-13 | Draft jury verdict form, first draft | 2.00 | 550.00 | LKB |
| | Emails and trial preparation work, including PTO | 2.00 | 750.00 | CMH |
| Mar-01-13 | Further work on jury verdict form | 2.00 | 550.00 | LKB |
| | Work with depositions to provide to the court reporter | 2.00 | 330.00 | MES |
| Mar-02-13 | Working on trial preparation issues; emails and communications re: same | 2.00 | 750.00 | CMH |
| Mar-04-13 | Drafting and editing of jury verdict form | 2.50 | 687.50 | LKB |
| | Prepare Trial Subpoenas and attached correspondence with each | 4.60 | 759.00 | MES |
| | Work on trial subpoenas | 1.00 | 375.00 | CMH |
| Mar-05-13 | Review and work on jury instructions | 1.60 | 440.00 | LKB |
| | Trial preparation re: exhibits and locating witnesses | 2.60 | 429.00 | MES |
| | Trial preparation, witnesses, exhibits, depositions, etc. | 8.00 | 3,000.00 | CMH |
| Mar-06-13 | Further work on jury verdict form and jury instructions | 2.30 | 632.50 | LKB |
| | Trial preparation | 1.70 | 280.50 | MES |
| | Work with deposition designations and review of same | 7.20 | 1,188.00 | MES |
| | Trial preparation and witness work | 8.00 | 3,000.00 | CMH |
| Mar-07-13 | Trial preparation re: trial exhibits and designations | 7.70 | 1,270.50 | MES |

| | | | | |
|---|---|---|---|---|
| | Trial preparation, including witness work, exhibits, deposition issues | 8.00 | 3,000.00 | CMH |
| | Summarize for adjuster as requested the investigation and information with respect to the peanut company CONNIE CASE | 0.30 | 112.50 | CMH |
| Mar-08-13 | Working on jury verdict form and research re: same | 3.50 | 962.50 | LKB |
| | Work on witness outlines and other trial preparation | 8.00 | 3,000.00 | CMH |
| Mar-09-13 | Trial preparation work; jury instructions; witness work | 9.00 | 3,375.00 | CMH |
| Mar-10-13 | Trial preparation work; witness and exhibit work | 7.00 | 2,625.00 | CMH |
| Mar-11-13 | Work on Sinno and Farve outlines; emails; deposition work; jury instruction work | 8.00 | 3,000.00 | CMH |
| Mar-12-13 | Trial preparation work | 2.40 | 396.00 | MES |
| | Trial preparation, exhibits, witnesses, etc. | 8.00 | 3,000.00 | CMH |
| Mar-13-13 | Trial preparation | 4.20 | 693.00 | MES |
| | Extensive work on trial preparation, FEMA witnesses, exhibits, court conference, engineering issues | 9.00 | 3,375.00 | CMH |
| Mar-14-13 | Trial preparation | 2.10 | 346.50 | MES |
| | Filing Tim's Pro Hac documents and preparing correspondence to clerk concerning same | 0.50 | 82.50 | MES |
| | Witness work and trial preparation | 5.00 | 1,875.00 | CMH |
| Mar-15-13 | Trial preparation | 1.60 | 264.00 | MES |
| | Trial preparation | 8.00 | 3,000.00 | CMH |
| Mar-16-13 | Trial preparation continued | 7.00 | 2,625.00 | CMH |
| Mar-17-13 | Travel to coast; trial preparation | 8.00 | 3,000.00 | CMH |

| | | | | |
|---|---|---|---|---|
| Mar-18-13 | Trial preparation | 2.60 | 429.00 | MES |
| | All day hearing on deposition evidence and objections; night work on witness preparation | 12.00 | 4,500.00 | CMH |
| Mar-19-13 | Trial preparation | 0.40 | 66.00 | MES |
| | Trial preparation on Gulf Coast, witness outlines, expert witness work and meetings | 12.00 | 4,500.00 | CMH |
| Mar-20-13 | Trial preparation in Gulfport | 10.80 | 1,782.00 | MES |
| | Trial preparation on Gulf Coast, witness outlines, expert witness work and meetings | 12.00 | 4,500.00 | CMH |
| Mar-21-13 | Trial preparation in Gulfport | 10.00 | 1,650.00 | MES |
| | Trial preparation on Gulf Coast, witness outlines, expert work and meetings | 12.00 | 4,500.00 | CMH |
| Mar-22-13 | Trial preparation; meeting with expert witness and with eye-witness | 10.00 | 1,650.00 | MES |
| | Trial preparation on Gulf Coast, exhibit work and deposition cut work; witness outlines | 12.00 | 4,500.00 | CMH |
| Mar-23-13 | Trial preparation | 10.40 | 1,716.00 | MES |
| | Trial preparation on Gulf Coast, exhibit work and deposition cut work; witness outlines | 12.00 | 4,500.00 | CMH |
| Mar-24-13 | Trial preparation; meeting with eye-witness | 10.00 | 1,650.00 | MES |
| | Trial preparation n Gulf Coast, exhibit work and deposition cut work; witness outlines; voir dire and jury preparation work | 12.00 | 4,500.00 | CMH |
| Mar-25-13 | Assisting attorneys at trial; preparing exhibits for meeting with expert | 9.50 | 1,567.50 | MES |
| | Trial Day 1; nighttime work with witnesses and evidence | 14.00 | 5;250.00 | CMH |
| Mar-26-13 | Assisting attorneys at trial; | 8.00 | 1,320.00 | MES |
| | Trial Day 2; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |

| Mar-27-13 | Assisting attorneys at trial; meeting with expert | 10.00 | 1,650.00 | MES |
|-----------|--------------------------------------------------|-------|----------|-----|
|           | Trial Day 3; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Mar-28-13 | Assisting attorneys at trial | 8.00 | 1,320.00 | MES |
|           | Trial Day 4; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Mar-29-13 | Assisting attorneys at trial | 8.00 | 1,320.00 | MES |
|           | Trial Day 5; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Mar-30-13 | Preparation for second week of trial and anticipated directed verdict arguments | 11.00 | 4,125.00 | CMH |
| Mar-31-13 | Trial preparation re: workijng with exhibits needed for cross-examinations | 9.80 | 1,617.00 | MES |
|           | Preparation for second week of trial and anticipated directed verdict arguments | 11.00 | 4,125.00 | CMH |
| Apr-01-13 | Assisting attorneys at trial | 8.00 | 1,320.00 | MES |
|           | Trial Day 6; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Apr-02-13 | Assisting attorneys at trial | 8.20 | 1,353.00 | MES |
|           | Trial Day 7; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Apr-03-13 | Assisting attorneys at trial | 8.60 | 1,419.00 | MES |
|           | Trial Day 8; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Apr-04-13 | Assisting attorneys at trial | 8.00 | 1,320.00 | MES |
|           | Trial Day 9; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Apr-05-13 | Assisting attorneys at trial | 8.20 | 1,353.00 | MES |

| | | | | |
|---|---|---|---|---|
| | Trial Day 10; nighttime work with witnesses and evidence | 14.00 | 5,250.00 | CMH |
| Apr-06-13 | Preparation for closing argument and legal arguments | 9.00 | 3,375.00 | CMH |
| Apr-07-13 | Preparation for closing argument and legal arguments | 10.00 | 3,750.00 | CMH |
| Apr-08-13 | Assisting attorneys at trial | 8.00 | 1,320.00 | MES |
| | Trial Day 11; waiting for jury verdict | 9.00 | 3,375.00 | CMH |
| Apr-09-13 | Re-organize files; pack; return to Jackson | 7.00 | 2,625.00 | CMH |
| Apr-10-13 | Follow up work on post trial motion and strategy issues | 3.00 | 1,125.00 | CMH |
| Apr-12-13 | Follow up work on future course of proceedings and case strategy | 2.50 | 937.50 | CMH |
| Apr-15-13 | Case follow up and post-trial work | 1.00 | 375.00 | CMH |
| Apr-17-13 | Travel to DC for meetings for post trial motions and strategy work and sessions | 7.00 | 2,625.00 | CMH |
| Apr-18-13 | Session with co-counsel to work on post-trial issues and future strategy | 5.00 | 1,875.00 | CMH |
| Apr-19-13 | Session with co-counsel to work on post-trial issues and future strategy | 6.00 | 2,250.00 | CMH |
| | Return travel to Jackson | 6.00 | 2,250.00 | CMH |
| Apr-25-13 | Post-trial issues; work on issues related to government involvement in case | 1.00 | 375.00 | CMH |
| Apr-26-13 | Telephone calls re: U.S. Attorney, extension re: post-trial motions, e-mails, post-trial issues | 2.00 | 750.00 | CMH |
| | Study recent qui tam decision out of Fifth Circuit | 0.70 | 262.50 | CMH |
| | Follow up work on efforts to involve Justice Department | 0.50 | 187.50 | CMH |
| Totals | | 875.30 | $270,834.50 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Feb-22-13 | To / from Gulfport for PTC | 95.49 |
| Feb-25-13 | To / from Oxford for witness meetings | 93.79 |
| Mar-04-13 | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 65.00 |
| | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 55.00 |
| | Witness/mileage fee | 55.00 |
| | Witness/mileage fee | 55.00 |
| | Witness fee/mileage | 55.00 |
| | Witness fee/mileage | 55.00 |
| Apr-03-13 | Meals with counsel and Scruggs in Gulfport and Oxford | 485.11 |
| Apr-10-13 | Mileage to / from trial in Gulfport and meals during trial | 738.02 |
| Apr-30-13 | Meals during trial | 1,754.80 |
| | Hotel during trial | 838.55 |
| | Mileage to / from Gulfport for trial | 203.40 |
| | Parking | 38.00 |
| | Flight to Washingon on 4/19/2013 | 655.10 |
| | Totals | $5,572.26 |

| | |
|---|---:|
| **Total Fee & Disbursements** | **$276,406.76** |
| Previous Balance | 10,939.58 |
| **Balance Now Due** | **$287,346.34** |

TAX ID Number      27-1612464