IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* § | | |
| CORI RIGSBY and KERRI RIGSBY § | | RELATORS |
| § | | |
| § | | |
| v. § | | Civil No. 1:06CV433-HSO-RHW |
| § | | |
| STATE FARM FIRE AND § | | |
| CASUALTY CO., *et al.* § | | DEFENDANTS |

## FEDERAL RULE OF CIVIL PROCEDURE 54(b)
## FINAL JUDGMENT ON ALL OF RELATORS' CLAIMS

Relators' remaining claims against Defendant State Farm Fire and Casualty Company came on for trial before the Court and a jury on the 25th day of March, 2013, and concluded on the 8th day of April, 2013, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues were duly tried, and the jury having heard all of the evidence and argument of counsel and having received instructions of the Court, retired to consider their verdict and returned upon their oaths, into open Court, their unanimous verdict on the Special Verdict Form [1092].

In accordance with the jury's verdict [1092], the Court's Memorandum Opinion and Order [1128] entered this date, and the Court's previous Orders dismissing Relators' other claims against Defendant State Farm Fire and Casualty Company [1087] and dismissing Relators' claims against the other named Defendants in this action [192], [260], [319], [713], [825], [1073], and in light of judicial administrative interests and the equities involved, the Court makes the

express determination pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in entering judgment upon Relators' claims against Defendants in this action, while Defendant State Farm Fire and Casualty Company's bifurcated Counterclaim against Relators remains pending in this Court. Pursuant to Federal Rules of Civil Procedure 54(b) and 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Relators Cori Rigsby and Kerri Rigsby against Defendant State Farm Fire and Casualty Company on Relators' claims against Defendant State Farm Fire and Casualty Company contained in Counts I and II of Relators' Amended Complaint [16], and that the United States of America shall recover from Defendant State Farm Fire and Casualty Company trebled damages in the amount of $750,000.00 and a civil penalty in the amount of $8,250.00, for a total of $758,250.00.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that Relators Cori Rigsby and Kerri Rigsby shall each recover 15%, for a total of 30%, of the above proceeds awarded the United States of America.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Relators Cori Rigsby and Kerri Rigsby and against Defendant State Farm Fire and Casualty Company for Relators' attorneys' fees in the amount of $2,610,149.80 and expenses in the amount of $303,078.89, for a total of $2,913,228.69.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that the United States of America and Relators Cori Rigsby and Kerri Rigsby are awarded post-judgment

interest on the entire Judgment from the date of entry of this Final Judgment until paid, at the statutory rate as prescribed by 28 U.S.C. §1961.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that costs shall be taxed against Defendant State Farm Fire and Casualty Company. Relators Cori Rigsby and Kerri Rigsby shall submit a bill of costs in the form required by the Clerk of this Court and in accordance with the Federal Rules of Civil Procedure and the Local Uniform Civil Rules of this Court within fourteen (14) days of the date of entry of this Final Judgment.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that Relators' remaining claims against Defendant State Farm Fire and Casualty Company and Relators' claims against Defendants USAA Insurance Company; Allstate Insurance Company; Nationwide Insurance Company; Rimkus Consulting Group, Inc.; Jade Engineering; Exponent, Inc.; Structures Group; E.A. Renfroe, Inc.; Gene Renfroe; Jana Renfroe; Forensic Analysis Engineering Corporation; Alexis King; and Haag Engineering Co., are **DISMISSED** in accordance with the Court's prior Orders [192], [260], [319], [713], [825], [1073], [1087].

**SO ORDERED AND ADJUDGED**, this the 21st day of February, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE