IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY    RELATORS/COUNTER-DEFENDANTS

v.    CASE NO. 1:06cv433-HSO-RHW

STATE FARM FIRE AND CASUALTY COMPANY    DEFENDANT/COUNTER-PLAINTIFF

## NOTICE OF APPEAL OF
## DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY

Notice is hereby given that State Farm Fire and Casualty Company, defendant and counter-plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Rule 54(b) Final Judgment On All Of Relators' Claims (Feb. 21, 2014) [1129], and the Memorandum Opinion and Order Denying Defendant State Farm Fire and Casualty Company's Motion to Alter or Amend Judgment (April 10, 2014)[1140], as well as all prior orders of the District Court that merged into the Rule 54(b) Final Judgment, including but not limited to the Order Denying Defendant State Farm Fire and Casualty Company's Motion for Judgment as a Matter Of Law And Denying Defendant State Farm Fire and Casualty Company's Motion for a New Trial (Feb. 21, 2014) [1127]; Order Granting in Part and Denying in Part Defendant State Farm Fire and Casualty Company's Ore Tenus Motion for Judgment as a Matter of Law (Apr. 5, 2013) [1087]; Order Denying State Farm Fire and Casualty Company's Renewed Motion to Dismiss (June 15, 2012) [948]; Memorandum Opinion and Order Denying State Farm's Motion to Dismiss for Relators' Violation of Seal Order (Jan. 24, 2011) [871 & 872]; Memorandum Opinion and Order regarding Relators' participation in this case (Aug. 10, 2009) [343 and 344]; and Memorandum Opinion and Order declining to dismiss the First Amended Complaint because of the Rigsbys' misconduct (May 19, 2008)[177 and 178].

1

This, the 2nd day of May, 2014.

          Respectfully submitted,

          STATE FARM FIRE AND CASUALTY COMPANY


     By: s/ *Robert C. Galloway* (MB # 4388)
        Robert C. Galloway (MB # 4388)
        Michael B. Beers, *PHV* (ASB-4992-S80M)
        Phil B. Abernethy (MB # 1023)
        E. Barney Robinson III (MB # 09432)
        Amanda B. Barbour (MB # 99119)

     ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
Post Office Drawer 4248
Gulfport, MS  39502
(P) (228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER SNOW LLP
250 Commerce Street, Suite 203
Montgomery, AL  36104
(P) (334) 832-2900
(F) (334) 832-2901
(E) michael.beers@butlersnow.com

BUTLER SNOW LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) phil.abernethy@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

2

## **CERTIFICATE OF SERVICE**

I, Robert C. Galloway, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System:

C. Maison Heidelberg
Ginny Y. Kennedy
HEIDELBERG HARMON, PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, MS  39157
(P) (601) 351-3333
(F) (601) 956-2090
mheidelberg@heidelbergharmon.com
gkennedy@heidelbergharmon.com

August J. Matteis Jr.
William E. Copley
Derek Y. Sugimura
WEISBROD, MATTEIS & COPLEY, PLLC
1900 M Street NW, Suite 850
Washington, DC  20036
amatteis@wmclaw.com
dsugimura@wmclaw.com
COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
(P) (202) 307-0264
(F) (202) 514-0280

Lynn Murray
AUSA
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, MS  39201
(P) (601) 965-2835
lynn.murray@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

THIS the 2nd day of May, 2014.

                          By:    s/*Robert C. Galloway* (MB # 4388)
                                    Robert C. Galloway (MB # 4388)

ButlerSnow 21014849v1