IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                RELATORS/COUNTER-DEFENDANTS

v.                                          CASE NO. 1:06cv433-HSO-RHW

STATE FARM FIRE AND CASUALTY COMPANY   DEFENDANT/COUNTER-PLAINTIFF

### THE PARTIES' JOINT MOTION TO STAY ALL PROCEEDINGS PENDING FINAL DISPOSITION OF THE CASE BY SUPREME COURT OF THE UNITED STATES

Relators/Counter-Defendants Cori and Kerri Rigsby (the "Rigsbys") and Defendant/Counter-Plaintiff State Farm Fire and Casualty Company ("State Farm") jointly move this Court to stay all proceedings on both the Rigsbys' claims and State Farm's counterclaims, pending final adjudication of Case No. 15-513 by the Supreme Court of the United States. The Parties would show:[1]

1.  On October 20, 2015, State Farm filed with the Supreme Court of the United States a Petition for a Writ of Certiorari, a copy of which is in the instant docket at [1231-1].

2.  In its Tuesday, May 31, 2016 "ORDER LIST: 578 U.S. ___," the Supreme Court issued an order granting State Farm's Petition as to the following question:

    What standard governs the decision whether to dismiss a relator's claim for violation of the FCA's seal requirement, 31 U.S.C. § 3730(b)(2)?

([1280-1] at 2.)

3.  On May 31, State Farm filed its [1280] Notice of Action by the Supreme Court of the United States, giving notice of the May 31, 2016 "ORDER LIST: 578 U.S. ___," to this Honorable Court.

---

[1] Due to the straightforward nature of this motion, the Parties request the Court to waive Miss. Unif. Civ. L. R. 7(b)(4)'s requirement of a separate memorandum of authorities.

4. Case No. 15-513 is going to be set for hearing during the Supreme Court's October 2016 term. The Parties wish to focus their attention on that proceeding, and put off any further proceedings in the district court until after the Supreme Court has adjudicated Case No. 15-513.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly move to stay all proceedings in this case, both on the Rigsbys' claims and State Farm's counterclaims, pending final Supreme Court action on Case No. 15-513. The Parties seek such further, alternative or supplemental relief as may be appropriate in the premises.

This the 13th day of June, 2016.

          Respectfully submitted,

          STATE FARM FIRE AND CASUALTY COMPANY

By: s/ *E. Barney Robinson III* (MB # 09432)
    Robert C. Galloway (MB # 4388)
    Michael B. Beers, *PHV* (ASB-4992-S80M)
    Phil B. Abernethy (MB # 1023)
    E. Barney Robinson III (MB # 09432)
    Amanda B. Barbour (MB # 99119)

ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
Post Office Drawer 4248
Gulfport, MS 39502
(P) (228) 575-3019
(E) bob.galloway@butlersnow.com

BUTLER SNOW LLP
250 Commerce Street, Suite 203
Montgomery, AL 36104
(P) (334) 832-2900
(F) (334) 832-2901
(E) michael.beers@butlersnow.com

BUTLER SNOW LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) phil.abernethy@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

| | |
|---|---|
| | /s/ C. Maison Heidelberg |
| August J. Matteis, Jr. (admitted pro hac vice) | C. Maison Heidelberg, (MSB No. 9559) |
| amatteis@wmclaw.com | mheidelberg@whjpllc.com |
| William E. Copley (admitted pro hac vice) | Ginny Y. Kennedy, (MSB No. 102199) |
| wcopley@wmclaw.com | gkennedy@whjpllc.com |
| Derek Y. Sugimura (admitted pro hac vice) | WATSON HEIDELBERG JONES, PLLC |
| dsugimura@wmclaw.com | 2829 Lakeland Drive |
| Timothy M. Belknap (admitted pro hac vice) | Mirror Lake Plaza |
| tbelknap@wmclaw.com | Suite 1502 |
| WEISBROD MATTEIS & COPLEY PLLC | Flowood, Mississippi 39232 |
| 1200 New Hampshire Avenue, NW, Suite 600 | Tel: (601) 939-8900 |
| Washington, DC 20036 | Fax: (601) 932-4400 |
| Tel: (202) 499-7900 | |
| Fax: (202) 478-1795 | |

Attorneys for Cori Rigsby and Kerri Rigsby


## **CERTIFICATE OF SERVICE**

I, E. Barney Robinson III, one of the attorneys for State Farm Fire and Casualty Company, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following via the means directed by the Court's CM/ECF System:

C. Maison Heidelberg
Ginny Y. Kennedy
WATSON HEIDELBERG JONES PLLC
2829 Lakeland Drive, Suite 1502
Flowood, Mississippi 39232
P.O. Box 23546
Jackson, Mississippi 39225-3546
(P) 601-503-1935
(F) 601-932-4400
mheidelberg@whjpllc.com
gkennedy@whjpllc.com

August J. Matteis Jr.
William E. Copley
Derek Y. Sugimura
Timothy M. Belknap
WEISBROD, MATTEIS & COPLEY, PLLC
1200 New Hampshire Avenue, NW, Suite 600
Washington, DC  20036
amatteis@wmclaw.com
wcopley@wmclaw.com
dsugimura@wmclaw.com
tbelknap@wmclaw.com

COUNSEL FOR CORI RIGSBY AND KERRI RIGSBY

Jeffrey S. Bucholtz
Joyce R. Branda
Patricia R. Davis
Jay D. Majors
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
(P) (202) 307-0264
(F) (202) 514-0280

2

Lynn Murray
AUSA
UNITED STATES ATTORNEY'S OFFICE
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, MS  39201
(P) (601) 965-2835
lynn.murray@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

This the 13th day of June, 2016.

By:   s/ *E. Barney Robinson III* (MB # 09432)
         E. Barney Robinson III (MB # 09432)