UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY          RELATORS/COUNTER-DEFENDANTS

VERSUS                                 CIVIL ACTION NO. 1:06CV433-HSO-RHW

STATE FARM FIRE AND CASUALTY COMPANY   DEFENDANT/COUNTER-CLAIMANT

## ORDER ON DISCOVERY ISSUES

This matter came before the Court for a telephonic status conference regarding ongoing discovery in Relators' FCA claim.  *See* Minute Entry (12/14/2017).  By order dated June 22, 2017, the Court had required Defendant to produce copies of claim files for the properties included on the *in camera* list that Defendant previously provided to Relators.  Doc. [1324].  The Court has now conducted two telephone conferences to address issues and disputes raised by the parties regarding this production.  In light of the ongoing conversation with the parties, the Court finds that certain matters should be completed on or before February 1, 2018:

IT IS ORDERED AND ADJUDGED that the parties shall have until February 1, 2018, to complete production of the claim files and resolve any disputes regarding the production of the claim files on the *in camera* list.  Relators shall have until February 1, 2018, to file motions to compel relating to the production of the claim files on the *in camera* list.

IT IS FURTHER ORDERED that on or before February 1, 2018, the parties shall file briefs on the issue of severing claims by individual property/policy number.

IT IS FURTHER ORDERED that on or before February 1, 2018, the parties shall file briefs on their respective positions for disclosing and identifying on the docket and in public Court pleadings the properties and other information contained on the *in camera* list.

IT IS FURTHER ODERED that on or before February 1, 2018, Relators shall file a motion to expand the scope of discovery as it relates to other properties not contained on the *in camera* list.

SO ORDERED AND ADJUDGED, this the 14th day of December, 2017.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE