IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY                      RELATORS/COUNTER-DEFENDANTS

v.                                                        CASE NO. 3:18-MC-0022-JMV

STATE FARM FIRE AND CASUALTY COMPANY   DEFENDANT/COUNTER-PLAINTIFF

## ORDER TRANSFERRING MOTIONS AND CLOSING CASE

By Order [5] dated November 2, 2018, the undersigned directed the parties to this miscellaneous action to show cause why this matter should not be transferred, pursuant to Rule 45(f) of the *Federal Rules of Civil Procedure*, to the United States District Court for the Southern District of Mississippi for determination in *United States ex rel. Rigsby v. State Farm Fire & Cas. Co.*, No. 1:06cv433-HSO-RHW ("underlying FCA case"). Having now considered the parties' responses, **IT IS ORDERED:**

For the reasons stated in the court's November 2 Order [5], **the Clerk is directed to transfer the pending motions [Dckt. No.'s 1 and 4]** in this case, pursuant to Rule 45(f), to the United States District Court for the Southern District of Mississippi for determination in connection with the underlying FCA case, *United States ex rel. Cori Rigsby and Kerri Rigsby v. State Farm Fire & Casualty Co.*, No. 1:06cv433-HSO-RHW.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

This, the 8th day of November, 2018.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE