<span style="color:red">**CLOSED**</span>

# U.S. District Court
## Northern District of Mississippi (Oxford Division)
## CIVIL DOCKET FOR CASE #: 3:18-mc-00022-JMV

United States of America ex rel. et al v. State Farm Fire & Casualty Company
Assigned to: Magistrate Judge Jane M. Virden
Cause: Motion to Quash

Date Filed: 10/24/2018
Date Terminated: 11/08/2018
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**In Re**

**Cori Rigsby**  represented by  **Cecil Maison Heidelberg**
WATSON HEIDELBERG JONES, PLLC
2829 Lakeland Drive
Suite 1502
Flowood, MS 39225-3546
601-
Email: mheidelberg@whjpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chadwick Mitchell Welch**
WEISBROD MATTEIS & COPLEY PLLC
1022 Highland Colony Parkway
Suite 203
Ridgeland, MS 39157
703-989-2829
Email: cwelch@wmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Virginia (Ginny) Y. (Kennedy) Deliman**
WATSON HEIDELBERG PLLC
P.O. Box 23546
29829 Lakeland Drive, Suite 1502
Flowood, MS 39232
601-503-1946
Fax: 601-932-4400
Email: cross@whjpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**In Re**

**Kerri Rigsby**  represented by  **Cecil Maison Heidelberg**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chadwick Mitchell Welch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Virginia (Ginny) Y. (Kennedy) Deliman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State Farm Fire & Casualty Company**   represented by   **Benjamin M. Watson**
BUTLER SNOW LLP
P. O. Box 6010
Ridgeland, MS 38157
(601) 948-5711
Email: ben.watson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2018 | 1 | MOTION to Quash by Cori Rigsby, Kerri Rigsby. (Attachments: # 1 Cover Letters) (tab) |
| 10/24/2018 | 2 | GOOD FAITH CERTIFICATE re 1 MOTION to Quash. (tab) |
| 10/24/2018 | 3 | MEMORANDUM IN SUPPORT re 1 MOTION to Quash filed by Cori Rigsby, Kerri Rigsby. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (tab) |
| 10/31/2018 | 4 | Joint MOTION to Amend/Correct 1 MOTION to Quash *Briefing Schedule or for a Protective Order* by Cori Rigsby, Kerri Rigsby, State Farm Fire & Casualty Company. (Watson, Benjamin) |
| 11/02/2018 | 5 | ORDER TO SHOW CAUSE. Show Cause Response due by 12:00 PM on 11/7/2018. Signed by Magistrate Judge Jane M. Virden on 11/2/18. (ncb) |
| 11/07/2018 | 6 | NOTICE by Benjamin M. Watson on behalf of State Farm Fire & Casualty Company re 1 MOTION to Quash *Notice of Consent to Transfer to Underlying Action Pursuant Fed. R. Civ. P. 45(f)* (Attachments: # 1 Exhibit A, 11-06-2018 E-mail exchange between Watkins and Watson) (Watson, Benjamin) |
| 11/07/2018 | 7 | RESPONSE TO ORDER TO SHOW CAUSE. (Attachments: # 1 Exhibit A, 11-06-2018 E-mail exchange between Watkins and Watson, # 2 Exhibit B, 563 Order in Thomas C. McIntosh, et. al v. State Farm Fire & Cas. Co., et. al., No. 1:06cv1080-LTS-RHW, # 3 Exhibit C, 1194 Order in Thomas C. McIntosh, et. al v. State Farm Fire & Cas. Co., et. al., No. 1:06cv1080-LTS-RHW, # 4 Exhibit D, 1196 Order in Thomas C. McIntosh, et. al v. State Farm Fire & Cas. Co., et. al., No. 1:06cv1080-LTS-RHW, # 5 |

|            |    |                                                                                                                                                                                 |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Exhibit 1:06cv1080-LTS-RHW) (Watson, Benjamin)                                                                                                                                  |
| 11/07/2018 | 8  | MEMORANDUM IN SUPPORT re 7 Response to Order to Show Cause,, filed by State Farm Fire & Casualty Company. (Watson, Benjamin)                                                    |
| 11/07/2018 | 9  | NOTICE by Cecil Maison Heidelberg on behalf of Cori Rigsby, Kerri Rigsby re 5 Order to Show Cause *"Response to the Court's Show Cause Order"* (Heidelberg, Cecil)              |
| 11/08/2018 | 10 | ORDER TRANSFERRING MOTIONS AND CLOSING CASE. CASE CLOSED. Signed by Magistrate Judge Jane M. Virden on 11/8/18. (jtm) (Entered: 11/13/2018)                                     |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 11/14/2018 10:47:14 |||||
| **PACER Login:** | ud1927:4275622:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-mc-00022-JMV |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |