

Weisbrod
Matteis
& Copley

**RECEIVED**

**OCT 2 4 2018**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue, NW
Suite 600
Washington, DC 20036

202 499 7900

www.wmclaw.com

Chadwick M. Welch
Direct Dial: (601) 803-4057
cwelch@wmclaw.com

October 23, 2018

Clerk
U.S. District Court for the Northern District of
Mississippi
Oxford Division
Federal Building
911 Jackson Avenue East
Oxford, MS 38655

      Re: *United States ex rel. Rigsby v. State Farm Fire & Casualty Co.*,
            No. 1:06-cv-00433-HSO-RHW (S.D. Miss.) – Motion to Quash Filed
            in this District

To Whom It May Concern:

Enclosed please find for filing the following:

- Relators' Motion to Quash Subpoenas that State Farm Issued to Richard Scruggs, David Scruggs, and SLF, Inc. or for a Protective Order, with a good faith certificate and seven exhibits attached thereto;
- Relators' Memorandum in Support of their Motion to Quash Subpoenas that State Farm Issued to Richard Scruggs, David Scruggs, and SLF, Inc. or for a Protective Order;
- Proposed Order; and
- Civil Cover Sheet.

Pursuant to the direction of the Clerk's office, we are attaching a cover sheet. We understand that the Northern District does not have a miscellaneous cover sheet. For that reason, we have used the standard Civil Cover Sheet.

                                        Sincerely,

                                        /s/ *Chadwick M. Welch*



**Weisbrod Matteis & Copley**

Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue, NW
Suite 600
Washington, DC 20036

202 499 7900

www.wmclaw.com

Chadwick M. Welch
Direct Dial: (601) 803-4057
cwelch@wmclaw.com

October 24, 2018

Clerk
U.S. District Court for the Northern District of
Mississippi
Oxford Division
Federal Building
911 Jackson Avenue East
Oxford, MS 38655

      Re:    *United States ex rel. Rigsby v. State Farm Fire & Casualty Co.*,
              No. 1:06-cv-00433-HSO-RHW (S.D. Miss.) – Motion to Quash Filed
              in this District

To Whom It May Concern:

Enclosed please find payment for Relators' Motion to Quash Subpoenas that State Farm Issued to Richard Scruggs, David Scruggs, and SLF, Inc. or for a Protective Order, which was separately delivered to the Clerk's Office via Federal Express.

                                              Sincerely,

                                              /s/ Chadwick M. Welch