## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CORI RIGSBY and KERRI RIGSBY | § § § § § | RELATORS/ COUNTER-DEFENDANTS |
| v. | § § § | Civil No. 1:06cv433-HSO-RHWR |
| STATE FARM FIRE AND CASUALTY COMPANY | § § | DEFENDANT/ COUNTERCLAIMANT |

### ORDER GRANTING JOINT MOTION TO
### MODIFY OCTOBER 7, 2021 TEXT ONLY ORDER

The Court has before it Relators Cori Rigsby and Kerri Rigsby's (the "Rigsbys") and Defendant State Farm Fire and Casualty Company's ("State Farm") Joint Motion to Modify the October 7, 2021, Text-Only Order. The Government does not oppose this motion. Having considered the motion and the Government's lack of objection thereto, the Court finds that it is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the Joint Motion to Modify the October 7, 2021, Text-Only Order is hereby granted and the FEMA depositions shall take place on dates mutually agreeable to the Parties and the Government between 21 and 45 days after State Farm completes its production of documents responsive to the Rigsbys' April 10, 2020, document requests (consistent with its Amended Responses or as otherwise ordered by the Court) and FEMA completes its production of documents responsive to the Rigsbys' and State Farm's pending subpoenas.

**IT IS FURTHER ORDERED** that State Farm's deadline to respond to the Rigsbys' Motion for Partial Summary Judgment [1744] will be 30 days after the FEMA deposition(s) have taken place.

**SO ORDERED** this the 10th day of January, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

| | |
|---|---|
| C. Maison Heidelberg, MB #9559<br>mheidelberg@hpwlawgroup.com<br>Chadwick Welch, MB #105588<br>cwelch@hpwlawgroup.com<br>HEIDELBERG PATTERSON WELCH PLLC<br>368 Highland Colony Parkway<br>Ridgeland, MS 39157<br>Tel: (601) 790-1583 | August J. Matteis, Jr. (*pro hac vice*)<br>amatteis@wmclaw.com<br>William E. Copley (*pro hac vice*)<br>wcopley@wmclaw.com<br>Pamira Matteis (*pro hac vice*)<br>pmatteis@wmclaw.com<br>Matthew S. Krauss (*pro hac vice*)<br>mkrauss@wmclaw.com<br>William E. Jacobs (*pro hac vice*)<br>wjacobs@wmclaw.com<br>WEISBROD MATTEIS & COPLEY PLLC<br>1200 New Hampshire Ave., N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 499-7900<br><br>*Attorneys for Cori Rigsby and Kerri Rigsby* |

STATE FARM FIRE AND CASUALTY COMPANY

By:

Michael B. Beers, PHV (ASB-4992-S80M)
Phil B. Abernethy (MB # 1023)
E. Barney Robinson III (MB # 09432)
Amanda B. Barbour (MB # 99119)
Michael C. McCabe, Jr. (MB # 101548)
Douglas W. Baruch, PHV (DC Bar # 414354)
Jennifer M. Wollenberg, PHV (DC Bar # 494895)

ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
Post Office Drawer 4248
Gulfport, MS  39502
(P) (228) 575-3025
(E) michael.mccabe@butlersnow.com

BUTLER SNOW LLP
250 Commerce Street, Suite 203
Montgomery, AL  36104
(P) (334) 832-2900
(F) (334) 832-2901
(E) michael.beers@butlersnow.com

BUTLER SNOW LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(F) (601) 985-4500
(E) phil.abernethy@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, D.C.  20004-2541
(P) (202) 739-5219
(F) (202) 739-3001
(E) douglas.baruch@morganlewis.com
(E) jennifer.wollenberg@morganlewis.com