IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY     RELATORS/COUNTER-DEFENDANTS

v.     CASE NO. 1:06cv433-HSO-BWR

STATE FARM FIRE AND CASUALTY COMPANY    DEFENDANT/COUNTER-PLAINTIFF

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Relators Cori Rigsby and Kerri Rigsby (the "Relators" or the "Rigsbys") and Defendant State Farm Fire and Casualty Company ("State Farm"), by and through their counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a), subject to the consent of the United States of America pursuant to 31 U.S.C. § 3730(b)(1), and stipulate and agree to the following:

1.     On July 20, 2022, the Relators and State Farm entered into a final Settlement Agreement, which was conditioned upon the consent and approval of the United States, to dismiss the False Claims Act claims in this action with prejudice. On that same date, the Relators and State Farm entered into a separate Confidential Settlement Agreement, conditioned upon the dismissal of the False Claims Act claims in this action, to dismiss the counterclaims in this action against the Rigsbys with prejudice.

2.     On July 7, 2022, counsel for the United States advised the Rigsbys and State Farm that the United States has authorization to consent to the final dismissal of this action with prejudice as to the United States in accordance with the terms of the Settlement Agreement upon receipt of payment by State Farm.

3.      Pursuant to Federal Rule of Civil Procedure 41(a) and upon filing of the United States' consent to dismissal, all claims in this action shall be dismissed with prejudice as to Relators pursuant to the terms and conditions of the Settlement Agreement.

4.      Pursuant to Federal Rule of Civil Procedure 41(a) and upon filing of the United States' consent to dismissal, all counterclaims in this action shall be dismissed with prejudice as to State Farm pursuant to the terms and conditions of the Confidential Settlement Agreement.

5.      All pending motions and requests for relief in this action, of any kind whatsoever, are withdrawn or otherwise denied as moot.

6.      The Court shall maintain jurisdiction to resolve any dispute relating to the final Settlement Agreement and Confidential Settlement Agreement.

This the 19th day of August, 2022.

Respectfully submitted,

CORI RIGSBY AND KERRI RIGSBY

By:   /s/ August J. Matteis, Jr.

| | |
|---|---|
| C. Maison Heidelberg, MB #9559 | August J. Matteis, Jr. (*pro hac vice*) |
| mheidelberg@hpwlawgroup.com | William E. Copley (*pro hac vice*) |
| Chadwick Welch, MB #105588 | Pamira Matteis (*pro hac vice*) |
| HEIDELBERG PATTERSON WELCH PLLC | Matthew S. Krauss (*pro hac vice*) |
| | William E. Jacobs (*pro hac vice*) |
| 368 Highland Colony Parkway | WEISBROD MATTEIS & COPLEY PLLC |
| Ridgeland, MS 39157 | 1200 New Hampshire Ave., N.W., Suite 400 |
| Tel: (601) 790-1583 | Washington, D.C. 20036 |
| | Tel: (202) 499-7900 |

*Attorneys for Cori Rigsby and Kerri Rigsby*

STATE FARM FIRE AND CASUALTY COMPANY

By:   /s/ Michael C. McCabe, Jr.
    Michael B. Beers, PHV (ASB-4992-S80M)
    Phil B. Abernethy (MB # 1023)
    E. Barney Robinson III (MB # 09432)
    Amanda B. Barbour (MB # 99119)
    Michael C. McCabe, Jr. (MB # 101548)
    Douglas W. Baruch, PHV (DC Bar # 414354)
    Jennifer M. Wollenberg, PHV (DC Bar # 494895)
    Mathea K.E. Bulander, PHV (MN Bar # 388921)

OF COUNSEL:

*Attorneys for State Farm Fire and Casualty Company*

Butler Snow LLP
Post Office Drawer 4248
Gulfport, MS  39502
(P) (228) 575-3025
(E) michael.mccabe@butlersnow.com

Butler Snow LLP
250 Commerce Street, Suite 203
Montgomery, AL  36104
(P) (334) 832-2900
(E) michael.beers@butlersnow.com

Butler Snow LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
(P) (601) 948-5711
(E) phil.abernethy@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C.  20004-2541
(P) (202) 739-5219
(E) douglas.baruch@morganlewis.com
(E) jennifer.wollenberg@morganlewis.com

Redgrave LLP
120 S. 6th Street, Suite 2490
Minneapolis, MN 55402
(P) (612)-746-5035
(E) mbulander@redgravellp.com