IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
CORI RIGSBY and KERRI RIGSBY        RELATORS/COUNTER-DEFENDANTS

v.        CASE NO. 1:06cv433-HSO-BWR

STATE FARM FIRE AND CASUALTY COMPANY    DEFENDANT/COUNTER-PLAINTIFF

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court are the Joint Stipulation of Dismissal with Prejudice filed by Relators Cori Rigsby and Kerri Rigsby (the "Relators" or the "Rigsbys") and Defendant State Farm Fire and Casualty Company ("State Farm"), and the Notice of the United States' Consent to Dismissal filed by the Government. For the reasons stated in these documents and based upon information submitted by the parties with respect to these documents, the record in this case, and the relevant law, including 31 U.S.C. § 3730(b)(1), the Court hereby consents to the dismissal and:

IT IS ORDERED AND ADJUDGED that State Farm shall pay $100,000,000.00 to the United States pursuant to the terms and conditions of the July 20, 2022 Settlement Agreement between Relators and State Farm, of which amount the Court FINDS $100,000,000.00 to be restitution to the Government for the potential liability resolved by the Settlement Agreement;[1]

IT IS ORDERED AND ADJUDGED that all claims in this action shall be dismissed with prejudice as to Relators pursuant to the terms and conditions of the July 20, 2022 Settlement Agreement between Relators and State Farm;

---

[1] Neither the Parties nor the Government disputes that the Court's restitution finding satisfies the "identification" requirement of 26 U.S.C. § 162(f)(2)(A)(ii) or that this amount actually constitutes restitution.

IT IS ORDERED AND ADJUDGED that all counterclaims in this action shall be dismissed with prejudice as to State Farm pursuant to the terms and conditions of the July 20, 2022 Confidential Settlement Agreement between the Rigsbys and State Farm;

IT IS ORDERED that all pending motions and requests for relief in this action, of any kind whatsoever, are denied as moot; and

IT IS ORDERED that the Court retains jurisdiction to resolve any dispute relating to the final Settlement Agreement and Confidential Settlement Agreement.

SO ORDERED AND ADJUDGED, this the 19th day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

The foregoing Order is hereby
consented and agreed to:

CORI RIGSBY AND KERRI RIGSBY

By:  /s/ August J. Matteis, Jr.

| | |
|---|---|
| C. Maison Heidelberg, MB #9559 | August J. Matteis, Jr. (*pro hac vice*) |
| mheidelberg@hpwlawgroup.com | William E. Copley (*pro hac vice*) |
| Chadwick Welch, MB #105588 | Pamira Matteis (*pro hac vice*) |
| HEIDELBERG PATTERSON WELCH PLLC | Matthew S. Krauss (*pro hac vice*) |
| | William E. Jacobs (*pro hac vice*) |
| 368 Highland Colony Parkway | WEISBROD MATTEIS & COPLEY PLLC |
| Ridgeland, MS 39157 | 1200 New Hampshire Ave., N.W., Suite 400 |
| Tel: (601) 790-1583 | Washington, D.C. 20036 |
| | Tel: (202) 499-7900 |

*Attorneys for Cori Rigsby and Kerri Rigsby*

STATE FARM FIRE AND CASUALTY COMPANY

By:   /s/ Michael C. McCabe, Jr.
     Michael B. Beers, PHV (ASB-4992-S80M)
     Phil B. Abernethy (MB # 1023)
     E. Barney Robinson III (MB # 09432)
     Amanda B. Barbour (MB # 99119)
     Michael C. McCabe, Jr. (MB # 101548)
     Douglas W. Baruch, PHV (DC Bar # 414354)
     Jennifer M. Wollenberg, PHV (DC Bar # 494895)
     Mathea K.E. Bulander, PHV (MN Bar # 388921)

*Attorneys for State Farm Fire and Casualty Company*

OF COUNSEL:

Butler Snow LLP
Post Office Drawer 4248
Gulfport, MS  39502
(P) (228) 575-3025
(E) michael.mccabe@butlersnow.com

Butler Snow LLP
250 Commerce Street, Suite 203
Montgomery, AL  36104
(P) (334) 832-2900
(E) michael.beers@butlersnow.com

Butler Snow LLP
200 Renaissance at Colony Park, Suite 1400
1020 Highland Colony Parkway (39157)
Post Office Box 6010
Ridgeland, MS 39158
(P) (601) 948-5711
(E) phil.abernethy@butlersnow.com
(E) barney.robinson@butlersnow.com
(E) ben.watson@butlersnow.com
(E) amanda.barbour@butlersnow.com

Morgan Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, D.C.  20004
(P) (202) 739-5219
(E) douglas.baruch@morganlewis.com
(E) jennifer.wollenberg@morganlewis.com

Redgrave LLP
120 S. 6th Street, Suite 2490
Minneapolis, MN 55402
(P) (612)-746-5035
(E) mbulander@redgravellp.com