IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CORI RIGSBY and KERRI RIGSBY | § § § § § | RELATORS/ COUNTER-DEFENDANTS |
| v. | § § § | Civil No. 1:06cv433-HSO-BWR |
| STATE FARM FIRE AND CASUALTY COMPANY | § § | DEFENDANT/ COUNTERCLAIMANT |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order of Dismissal with Prejudice entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties, and the Court hereby specifically retains jurisdiction to enforce, or resolve any dispute relating to, the parties' final Settlement Agreement and Confidential Settlement Agreement.

**SO ORDERED** this the 19th day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE